LCMC Health – SBO
P.O. Box 733679
Dallas, TX 75373-3679
**P 504.401.9287**

Children's Hospital New Orleans
East Jefferson General Hospital
New Orleans East Hospital
Touro
University Medical Center New Orleans
West Jefferson Medical Center



**Guarantor Information:**
Winston Bruce Boyd

███████████

**Guarantor ID:**

████████████

Pay your bill easily
on our Patient Portal

**LCMChealth.org/patientportal**
Activation code:
**4GM8P-B3KZ6-TQ4FA**
Or visit
**LCMChealth.org/paymybill**
to pay as a guest

**Patient Information:**
**Patient:** Boyd,Winston Bruce
**Patient Account:** ████████

**Admission Date:** 01/22/24
**Discharge Date:** 01/23/24

**Location of Service:** Umcno Emergency Dept - Emergency Medicine

| Total Charges | Total Payments | Total Adjustments | Patient Responsibility |
|---|---|---|---|
| $2,958.00 | $0.00 | $0.00 | $0.00 |

## Hospital Charges

| Date | Code | Description | CPT/HCPCS | Rev Code | Qty | Orig Amount |
|---|---|---|---|---|---|---|
| 01/22/2024 | 36100655 | HC REPAIR SUPERFICIAL WOUND SCALP HAND FOOT GENITALIA 2.5CM OR LESS | 12001 | 0490 | 1 | $567.00 |
| 01/22/2024 | 45000507 | HC ED VISIT, LVL 4 | 99284 | 0450 | 1 | $1,676.00 |
| 01/23/2024 | 32000093 | HC XR FEMUR MINIMUM 2 VIEWS | 73552 | 0320 | 1 | $389.00 |
| 01/23/2024 | 32000095 | HC XR KNEE 3 VIEWS | 73562 | 0320 | 1 | $320.00 |
| 01/23/2024 | 6370001 | AMOXICILLIN-CLAVULANATE 875-125 MG TAB | 6370001 | 0250 | 1 | $3.00 |
| 01/23/2024 | 6370001 | IBUPROFEN 600 MG TAB | 6370001 | 0250 | 1 | $3.00 |
| | | **Total Charges** | | | | **$2,958.00** |

You may qualify for financial assistance, if you do not have insurance, are underinsured, or if it would be a financial hardship to pay all out-of-pocket expenses for services provided by LCMC Health hospitals and providers. Our Financial Assistance Program provides free or discounted care to patients having difficulty paying their medical bills if eligibility is met. Contact our Financial Counselors at **504.702.3500** or go to **LCMChealth.org/paymybill** for more details.



**University**
**Medical Center**
New Orleans
LCMC Health

2000 Canal St.
New Orleans, LA 70112

## CERTIFICATION OF MEDICAL RECORDS

DATE: <u>2/18/24</u>

TO WHOM IT MAY CONCERN:

This is to certify that, without exception, this is a true and correct copy of the medical records at the time of processing described in the attached request, subpoena, summons or court order. As the duly authorized custodian of medical records of University Medical Center New Orleans, I have the authority to certify these records.

PATIENT NAME: <u>Winston Bruce Boyd</u>
DATE OF BIRTH: ███████████

These records were prepared by the personnel of this facility, medical staff members, or person acting under the control of either, in the ordinary course of this facility's business at or near the time of the act, condition or event.

Copies of the original records were made by the personnel of MRO Corporation.

*Gwen Doherty*

Gwen Doherty
HIM Supervisor



**University Medical Center**
New Orleans
LCMC Health

2000 Canal St.
New Orleans, LA 70112

## <u>CERTIFICATION OF ITEMIZED BILLING RECORDS</u>

DATE: <u>2/18/24</u>

TO WHOM IT MAY CONCERN:

This is to certify that, without exception, this is a true and correct copy of the itemized hospital bills at the time of processing described in the attached request, subpoena, summons or court order. As the duly authorized custodian of itemized bills of University Medical Center New Orleans, I have the authority to certify these bills.

PATIENT NAME: <u>Winston Bruce Boyd</u>
DATE OF BIRTH: ██████████

These bills were prepared by the personnel of this facility, medical staff members, or person acting under the control of either, in the ordinary course of this facility's business at or near the time of the act, condition or event.

Copies of the original records were made by the personnel of MRO Corporation.


<u>Tamiko Smith</u>
MRO Field Representative

 **LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
████████████████████, Sex: M

## Patient

### Visit List

| Date | Type | Location | Department | Specialty | Provider |
|------|------|----------|------------|-----------|----------|
| 01/23/2024 | Appointment | UNIVERSITY MEDICAL CENTER - NO | University Medical Center Radiology Department | Radiology | — |
| 01/22/2024 - 01/23/2024 | ED | UNIVERSITY MEDICAL CENTER - NO | UMCNO EMERGENCY DEPT | Emergency Medicine | Detiege, Pierre G., MD |

Description: Dog bite (Primary Dx)

### Demographics

Name: Winston Bruce Boyd
Address: 3030 HAMILTON    ST NEW ORLEANS LA 70118
Date of birth: ████████
Ethnicity: No, not of Hispanic, Latino/a, or Spanish origin
SSN: ████████████
Mobile: ████████████████

Sex: Male
Race: Black or African American
Home phone: ████████████

Gender identity: Male
Language: English
Work phone: ████████████

#### Relationships

| Name | Relation to Patient | Phone Number |
|------|---------------------|--------------|
| BOYD,ERICA | Spouse (Legal Guardian) | Mobile: ████████████ |

### Active Coverages

**AETNA BETTER HEALTH**

Plan: AETNA BETTER HEALTH
Subscriber: BOYD,WINSTON BRUCE

Member: ████████████
Subscriber ID: ████████████

Effective from: 6/1/2019
Guarantor: BOYD,WINSTON BRUCE

### Care Team

#### Active

No active care team members

### Advance Care Planning

#### Plan

##### Patient Capacity

The patient has full capacity. There is no history of patient status change.

##### Current Code Status

| Date Active | Code Status | Order ID | Comments | User | Context |
|-------------|-------------|----------|----------|------|---------|
| Not on file | | | | | |

##### Health Care Agents

There are no Health Care Agents on file.



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M

**Patient (continued)**

**Advance Care Planning (continued)**

**Documents**

**ADV DIR ACKnowledgement**

**Electronic signature on 1/23/2024  2:05 AM (effective from 1/23/2024) - E-signed**

Clinical date/time: 1/23/2024 0205                         Description: —
Status: Signed
Effective date/time: 1/23/2024 0205



**University Medical Center**
New Orleans
LCMC Health

### INFORMATION ABOUT ADVANCE DIRECTIVES OR LIVING WILLS

The law in the State of Louisiana states each person may decide about their own medical care. That includes deciding about respirators, surgery, medications, or procedures when you, the patient, have a terminal and irreversible condition. That means a condition that will not improve or get better. This law states your wishes must be followed even if you are no longer able to make decisions about your medical care. The way that you are able to do this is with **A LIVING WILL or a DURABLE POWER OF ATTORNEY FOR HEALTHCARE.**

#### WHAT IS A LIVING WILL?
A **Living Will** in Louisiana is a legal document or paper which allows you, the patient, to decide about the medical treatment you want if you have been diagnosed as having a terminal and irreversible condition, or, you are in a coma and not able to express your opinion at the time. In a living will, you may state that life sustaining procedures be withheld or withdrawn and you be allowed to die naturally. You may state you want pain medicine and other care to provide relief from pain and unnecessary suffering.

#### WHAT IS A DURABLE POWER OF ATTORNEY FOR HEALTHCARE?
A **Durable Power of Attorney for Healthcare** in Louisiana is a legal document or paper which allows you, the patient, to appoint someone known as an "agent" or "proxy" to make medical decisions for you if a doctor later determines you can no longer make reasoned decisions or communicate them. You can also appoint a backup agent or proxy to serve as a substitute in case your first choice is not available when needed.

#### WHO MAY MAKE AN ADVANCED DIRECTIVE?
Any adult may, at any time, make a written living will or durable power of attorney for healthcare which will tell his/her doctor to withhold or withdraw life-sustaining procedures, or will appoint an agent or proxy to make healthcare decisions if he/she is diagnosed as having a terminal and irreversible medical condition; or, is in a coma with no reasonable chance of recovery provided:

1. The written document has been signed by the patient in front of two witnesses who must also sign the document; and
2. The witnesses are competent adults who are not related to the patient by blood or marriage and who would not be entitled to any portion of the patient's estate.

An oral or nonverbal statement of the patient's wishes may also be made by an adult before two

 **LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M

**Patient (continued)**

**Advance Care Planning (continued)**

witnesses (as stated above) or by any non-written means of communication. An oral or nonverbal statement may only be made **AFTER** the patient has been diagnosed as having a terminal and irreversible condition or is in a coma with no reasonable chance of recovery.



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M

### Patient (continued)

**Advance Care Planning (continued)**

**YOU CAN MAKE A PSYCHIATRIC ADVANCED DIRECTIVE** if you believe you could at some point be involuntarily committed for psychiatric purposes for treatment. A psychiatric advanced directive, like other living wills or durable powers of attorney for healthcare, may name a person who is authorized to make decisions for you if you are legally determined to be incompetent to make decisions on your own, or provide instructions about hospitalization and the use of medications, therapies, and your wishes about the use of restraint and seclusion. The directive may also designate who should be notified upon your admission to the hospital for psychiatric treatment, and who should not be permitted to visit you.

**NO ONE IS REQUIRED TO FILL OUT THESE DOCUMENTS,** but you have the CHOICE to do so now instead of leaving the decision to your family or physician in a time if crisis. The care you receive in the hospital or while homebound and from your physician will not be changed should you decide not to make a living will.

**RESPONSIBILITY TO NOTIFY PHYSICIAN**
It is your responsibility to notify your doctor you have made an advance directive (living will or durable power of attorney for healthcare). However, if you become unable to communicate this to your doctor, then any other person who knows about your advance directives may inform the doctor of them.

**WHO ELSE MAY MAKE A LIVING WILL?**
Provided you have not already made a living will, Louisiana law gives the following people, in the order listed, the right to make a living will on behalf of an adult patient:
1. The court-appointed guardian of the patient, if one has been appointed.
2. The patient's spouse, not legally separated.
3. The patient's adult children, as a class.
4. The patient's parents, as a class.
5. The patient's brothers and sisters, as a class.
6. The patient's other relatives, ascending or descending, as a class.
Unless the **living will** is made by the court appointed guardian or the spouse (not legally separated) and there is more than one person within a class named above then the declaration shall be made by all of that class available for consultation upon good faith efforts to secure participation of all of that class. Also, two witnesses, as described above, must be present at the time that the living will is made.

**WHAT ABOUT A CHILD OR MINOR?** If a minor (a child under eighteen [18] years of age) has been diagnosed and certified as having a terminal and irreversible condition or as being in a coma with no chance of recovery, the following persons may volunteer to make a living will on behalf of the child.
    1. The minor's spouse, if he/she is of legal age; or



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

█████████████████████ , Sex: M

**Patient (continued)**

---

**Advance Care Planning (continued)**

2. If there is no spouse, or if the spouse is not available or unable to act, or if the spouse is also a minor, then either the parents or guardian of the minor.

The **living will** must be signed by the person in front of two witnesses, as described above. The witnesses must also sign the papers. However, the person named above may **not** sign if he/she knows that the minor does not want a **living will**, or the parents or spouse of legal age do not agree on the **living will.**

**DOES AN ADVANCED DIRECTIVE AFFECT INSURANCE?** No. Making a living will or durable power of attorney for healthcare does **not** affect or change any life insurance policy which you may have.

**CAN AN ADVANCED DIRECTIVE BE CHANGED?**
Yes. Under the law, a **living will** or **durable power of attorney for healthcare** can be stopped at any time by **the person who made it** without regard to his/her mental state by canceling, burning, tearing, crossing out or otherwise destroying it. The person who made the document may also tell someone else to destroy it. He/she may write a letter (signed and dated) canceling the advanced directive. He/she may make an oral or nonverbal expression canceling the advanced directive.

Cancellation of the advanced directive by any of the means above goes into effect when the doctor is informed.

**NOTE: additional information and assistance before reaching a decision, we suggest you discuss the Living Will with your doctor, lawyer, pastor, and family members. After you are admitted to the hospital, any of the staff will be happy to put you in touch with a Social Worker for additional information.**

Signature captured with Topaz by Winston B. Boyd at 1/23/2024 02:05 AM

**Patient/ Guardian Signature:**
00:00 AM/PM

January 23, 2024
**Date MM/DD/YY**                          **Time**

Interpreter Used? No
Information about the Interpreter (Name/Service/Company/Cyracom #/etc.): Not Applicable

Printed Name of Hospital Representative:  **HARRISON, ELLA**

ADV DIR ACKNOWLEDGEMENT
LC-1003| (06/19, 08/23) Revised                                    *PL100*

---

 LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M

**Patient (continued)**

**Advance Care Planning (continued)**

 **LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
███████████████████, Sex: M

**Patient (continued)**

Documents

**HIPAA Notice of Privacy**

Electronic signature on 1/23/2024  2:06 AM (effective from 1/23/2024) - E-signed



**University Medical Center New Orleans**
LCMC Health

### Acknowledgement of Receipt of Notice of Privacy Practices

I acknowledge that I have received a copy of the Notice of Privacy Practices at UNIVERSITY MEDICAL CENTER - NO.

Signature captured with Topaz by Winston B. Boyd at 1/23/2024 02:06 AM

Patient Signature

Interpreter Used? No
Information about the Interpreter (Name/Service/Company/#/etc.): Not Applicable

### Health Care Provider's Documentation of
### Good Faith Effort to Obtain Acknowledgement of Receipt

If the acknowledgement could not be obtained prior to the date of first service to the patient, or, in an emergency situation, as soon as reasonably practicable after the emergency has resolved, describe below the efforts made to obtain the written Acknowledgement and the reasons why the written Acknowledgement could not be obtained. If the patient refused to provide the written Acknowledgement, please so state. **This section must be completed in writing and scanned into the Electronic Medical Record.**

Document in writing the following:

Efforts to obtain written Acknowledgement and reasons written Acknowledgement could not be obtained.

Patient Contacts



Boyd, Winston Bruce

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

███████████████████████████, Sex: M

## Patient (continued)

## Patient Contacts (continued)

### Patient Contacts

| Name | Relationship | Phone | Roles |
|------|--------------|-------|-------|
| BOYD,ERICA | Spouse | 504-408-3983 | |

## Vitals

### Vital Signs - Last Recorded                          Most recent update: 1/22/2024 11:21 PM

| BP | Pulse | Temp | Resp | Ht |
|----|-------|------|------|-----|
| 139/85 | 84 | 97.9 °F (36.6 °C) | 18 | 6' (1.829 m) |

| Wt | SpO2 | BMI |
|----|------|-----|
| 200 lb (90.7 kg) | 99% | 27.12 kg/m² |

## Implants (as-of Current Date)

No documentation.

## Immunizations (as-of Current Date)

No documentation.



UNIVERSITY MEDICAL CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
▮▮▮▮▮▮▮▮▮▮▮▮, Sex: M
Visit date: 1/23/2024

### 01/23/2024 - Appointment in University Medical Center Radiology Department

## Visit Information

### Appointment Information

**LCMC XR FEMUR 2 VW LEFT**                                   **Completed**
1/23/2024 12:15 AM

| Time | Provider | Department | Length |
|------|----------|------------|--------|
| 12:15 AM | LCMC UMC XR ED 1 | UMCNO RADIOLOGY DEPT | 15 min |

Referral Provider:   DETIEGE, PIERRE G.              Arrival Time:        12:13 AM
Enc Form Number:   16291951

#### History

| | | | | |
|--|--|--|--|--|
| Made On: | 1/23/2024 12:13 AM | By: | Ericka Hatsell, RT | RIS |
| Checked In: | 1/23/2024 12:13 AM | By: | Ericka Hatsell, RT | ES |
| Lnk Req: | 1/23/2024 12:14 AM | By: | Mallory Kessling, RT | Vrfy Orders |
| EOD Status: | 1/27/2024 10:01 PM | By: | Cadence, Batch Job | ES |

## Visit Account Information

### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|------|---------|-------|--------|------------------|
| Boyd, Winston Bruce | ▮▮▮▮▮ | Emergency | Billed | AETNA BETTER HEALTH - AETNA BETTER HEALTH |

### Guarantor Account (for Hospital Account #56630051)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|------|----------------|--------------|---------|-----------|
| Boyd, Winston Bruce | Self | LCMCSA | Yes | Personal/Family |

| Address | Phone |
|---------|-------|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ |

### Coverage Information (for Hospital Account ▮▮▮▮▮)

| F/O Payor/Plan | Precert # |
|----------------|-----------|
| AETNA BETTER HEALTH/AETNA BETTER HEALTH | |

| Subscriber | Subscriber # |
|------------|--------------|
| Boyd, Winston Bruce | ▮▮▮▮▮ |

| Address | Phone |
|---------|-------|
| PO BOX 982962 EL PASO, TX 79998-2962 | |

## Patient as-of Visit

### Problem List as of 1/23/2024

Problems never marked as reviewed
No problems documented.

### Documentation from Outside Organizations - Unverified



LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
████████████████, Sex: M
Visit date: 1/23/2024

**01/23/2024 - Appointment in University Medical Center Radiology Department (continued)**

### Patient as-of Visit (continued)

| Problem | Priority | Noted On | Resolved On | Chronic | Status | State |
|---|---|---|---|---|---|---|
| Received from Ochsner Health System and Its Subsidiaries and Affiliates on 01/22/2024 2316 | | | | | | |
| Generalized anxiety disorder | — | 07/20/2022 | — | — | Active | Active |
| Sickle cell trait | — | 07/20/2022 | — | — | Active | Active |
| Last Assessment & Plan: | | | | | | |
| Formatting of this note might be different from the original. | | | | | | |
| F/U OP PRN | | | | | | |
| Encounter for medical screening examination | — | 07/21/2022 | 10/24/2022 | — | Resolved | — |
| Elevated BP without diagnosis of hypertension | — | 07/21/2022 | — | — | Active | Active |
| Last Assessment & Plan: | | | | | | |
| Formatting of this note might be different from the original. | | | | | | |
| PRN clonidine | | | | | | |
| Monitor and F/U PRN | | | | | | |
| F/U with PCP after discharge from RPBH | | | | | | |
| Violent behavior | — | 07/21/2022 | — | — | Active | Active |
| Received from Surescripts Record Locator Gateway on 01/22/2024 2317 | | | | | | |
| Diabetes mellitus screening | — | 08/13/2019 | — | — | Active | Active |
| Lipid screening | — | 08/13/2019 | — | — | Active | Active |
| Tobacco user | — | 08/13/2019 | — | — | Active | Active |
| Irritability and anger | — | 12/31/2018 | — | — | Active | Active |
| Screening for cardiovascular system disease | — | 12/31/2018 | 08/13/2019 | — | Resolved | Completed |
| Adult health examination (procedure) | — | 12/31/2018 | — | — | Resolved | Completed |
| Family history of prostate cancer | — | 12/31/2018 | — | — | Active | Active |
| Problem, abnormal examination | — | 12/31/2018 | 08/13/2019 | — | Resolved | Completed |

### Allergies as of 1/23/2024

Allergies last reviewed by Frank Schiavi III, RN on 1/22/2024 2321 - Review Complete
No Known Allergies

### Immunizations as-of Visit as of 1/23/2024

No documentation.

### History as of 1/23/2024

#### Medical History as of 1/23/2024

Medical last reviewed by Frank Schiavi III, RN on 1/22/2024

##### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Major depressive disorder, single episode | — | — | Provider |

#### Surgical History as of 1/23/2024

Surgical last reviewed by Frank Schiavi III, RN on 1/22/2024
None

#### Family History as of 1/23/2024

Family History as of 1/23/2024



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
Sex: M
Visit date: 1/23/2024

**01/23/2024 - Appointment in University Medical Center Radiology Department (continued)**

**Patient as-of Visit (continued)**

### Substance & Sexuality History as of 1/23/2024

#### Tobacco Use as of 1/23/2024

Tobacco Use last reviewed by Frank Schiavi III, RN on 1/22/2024

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Smoking Frequency |
|---|---|---|---|
| Some Days | — | — | |
| **Other Smoking Type** | **Start Date** | **Quit Date** | |
| Cigars | — | — | |
| **Passive Exposure** | | | |
| Never | | | |
| **Smokeless Status** | **Smokeless Type** | **Smokeless Quit Date** | |
| Never | — | — | |
| **Source** | | | |
| Provider | | | |

#### Alcohol Use as of 1/23/2024

Alcohol Use last reviewed by Frank Schiavi III, RN on 1/22/2024

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | — | Provider |

#### Drug Use as of 1/23/2024

Drug Use last reviewed by Frank Schiavi III, RN on 1/22/2024

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

#### Sexual Activity as of 1/23/2024

Sexual Activity last reviewed by Frank Schiavi III, RN on 1/22/2024
None

### Socioeconomic History as of 1/23/2024

#### Occupational as of 1/23/2024

Occupational last reviewed by Frank Schiavi III, RN on 1/22/2024
None

#### Socioeconomic as of 1/23/2024

Socioeconomic last reviewed by Frank Schiavi III, RN on 1/22/2024

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | No, not of Hispanic, Latino/a, or Spanish origin | Black or African American | — |

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M
Visit date: 1/23/2024

## 01/23/2024 - Appointment in University Medical Center Radiology Department (continued)

### Patient as-of Visit (continued)

#### Social Documentation History as of 1/23/2024

Social Documentation last reviewed by Frank Schiavi III, RN on 1/22/2024
None

## Coding Summary

### Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 56630051 - BOYD,WINSTON BRUCE | AETNA BETTER HEALTH [3501] | None | None |

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 01/22/2024 0013 | Admit Date/Time: | 01/22/2024 2315 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | |
| Means of Arrival: | Ambulance | Primary Service: | Emergency Medicine | Secondary Service: | |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | LCMC UMC XR ED 1 | Attending Provider: | Pierre G. Detiege, MD | Referring Provider: | Pierre G. Detiege, MD |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 01/23/2024 0254 | Home Or Self Care | None | None | University Medical Center Radiology Department |

### Admission Diagnoses / Reasons for Visit (ICD-10-CM)

| Code | Description | Comments |
|---|---|---|
| S71.102A | Unspecified open wound, left thigh, initial encounter | |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S71.112A [Principal] | Laceration without foreign body, left thigh, initial encounter | | | | |

### External Causes of Injury (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| W54.0XXA | Bitten by dog, initial encounter | | | | |

LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
███████████████  Sex: M
Visit date: 1/23/2024

**01/23/2024 - Appointment in University Medical Center Radiology Department (continued)**

Documents

**Hospital Consent for Treatment - Electronic signature on 1/23/2024  2:08 AM (effective from 1/23/2024) - E-signed**

Clinical date/time: 1/23/2024 0208
Status: Signed
Effective date/time: 1/23/2024 0208

Description: —

University
Medical Center
New Orleans
LCMC Health

**Financial Consent for Examination and Treatment**

**IMPORTANT: DO NOT SIGN THIS FORM WITHOUT READING AND UNDERSTANDING ITS CONTENTS.**

**1. Consent to Medical Treatment/Services and Surgical Procedures**
I hereby authorize Provider, the provider(s) treating me, and whomever they may select as their assistants, to provide reasonable and
necessary medical treatment to me, including but not limited to, emergency care, administration of approved drugs, nursing care, and radiology
and pathology services.  I understand it is the responsibility of my physician or surgeon to obtain my informed consent, when required, for
medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered under the general and special
instructions of the physician.  I understand that in many instances the physicians and surgeons furnishing services to me are independent
contractors and are not employees or agents of Provider.  If I am incapacitated and unable to provide my consent and authorization as
discussed above, such consent and authorization may be given by any of those persons who are authorized to consent to surgical or medical
treatment on my behalf pursuant to La. R. S. 40:1299.53.

**2. Specimens**
I authorize and consent to the preservation, examination, testing, retention, use, including, without limitation, the use for scientific, diagnostic,
therapeutic or educational purposes, or disposal, by Provider, at its discretion, of any specimens, tissues, materials, or substances which may be
removed during a diagnostic procedure, therapeutic intervention or medical treatment.

**3. Photography**
I consent to photographs, videotapes, digital or other images that may be recorded to document my care. I understand that these images may be
used for treatment, health care operations, scientific, educational, research, patient identification, or security purposes.  I understand that these
images will be stored in a secure manner and will only be used for reasons other than those outlined above upon my written authorization, or as
otherwise permitted by law.

**4. Telemedicine**
I consent to having some or all of my medical services provided by video or other interactive telecommunication technology as allowed by law.  I
understand that I may decline to receive medical services via telemedicine or withdraw from such care at any time.

**5. Education**
I have been informed and understand that Provider is a teaching institution and the procedures performed may require observation, cooperation
and services of multiple health care providers.  I authorize and understand that my care may be provided by student nurses, technicians,
therapists, interns, residents, fellows and other providers and observers, which are supervised by qualified faculty and/or personnel, in
accordance with policies of the Provider. I also consent to the presence of manufacturer's representative(s) during certain procedure(s) to
observe and provide technical consultation to the physician(s) at the discretion and approval of the physician(s) and Provider.

**6. Drugs**
Unless my provider specifies otherwise, I agree and consent to Provider dispensing chemically identical or therapeutically comparable ("generic")
drugs from a drug list approved by the Provider's Medical Staff, as part of its formulary system.

**7. Devices**
I consent to disposal of explanted medical device unless I specifically request it to be retained prior to procedure.

**8. No Guarantees**
I acknowledge that the practice of medicine is not an exact science and that **NO GUARANTEES OR ASSURANCES HAVE BEEN MADE TO
ME** concerning the outcome and/or result of any Medical Treatment/Services.

**9. Blood**
I understand that should any hospital or emergency medical personnel, physician, or other person(s) be exposed or report an exposure to my
blood or body fluids, my blood will be tested for blood borne infections including, without limitation, Hepatitis B and C as well as HIV/AIDS. I
understand that I can decline HIV testing if it is for routine screening.  I understand that state law requires Provider and/or physician to report
certain infectious diseases including sexually transmitted diseases to the state Department of Health.

**10. Waiver of Liability for Loss of Personal Property**
Provider encourages patients and families NOT to store money and valuables at Provider facilities; these items should be left at home or with
family members or other caregivers.  Some Provider facilities have designated secure areas for the safekeeping of money and valuables
(including but not limited to, money, jewelry, documents, fur garments, dentures, eyeglasses, hearing aids, prosthetics, or other personal
property).  Provider will not be liable for the loss of or damage to any personal property not formally deposited in a designated secure area.

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M

Visit date: 1/23/2024

**01/23/2024 - Appointment in University Medical Center Radiology Department (continued)**

## Documents (continued)

### 11. Assignment of Benefits
I hereby assign and authorize, whether I sign as agent or as Patient, direct payment to Provider and/or to any hospital based physician of all insurance and health plan benefits, including, but not limited to, federal healthcare program benefits, otherwise payable to or on behalf of me for this hospitalization or for these outpatient services, including emergency services if rendered. It is understood by me that I am financially responsible to Provider for charges not covered by this assignment.

### 12. Authorization for Healthcare Related Calls, Texts, and E-mails
I authorize Provider, its employees, agents, representatives and/or designees to contact me using prerecorded/artificial voice messages and/or automatic dialing service at any telephone number (including a wireless telephone) that I disclose to Provider. This consent and authorization will apply to text messages sent to the wireless numbers I disclose to Provider as well as emails using any email address that I provide to Provider.

I agree that by providing services to myself (or others I may be financially responsible, including but not limited to my dependent(s), "We", (which, for purposes of this CONSENT FORM at UNIVERSITY MEDICAL CENTER - NO, "We" or "Us" includes any third party and/or service partner we enlist to service your account or to collect any amounts you may owe) may contact you, or anyone on your behalf, by telephone at any telephone number associated with your account, including wireless telephone numbers, which could result in charges to you. We may also contact you by sending text messages to any number you provide or We obtain or emails using any email address you provide or We obtain. Methods of contact may include using pre-recorded/artificial voice messages and/or use of an automatic dialing device, as applicable. Telephone calls to and from Us may be monitored and recorded. You also agree and understand We may use vendor partners in servicing your account. Any information available or obtained by Us may be used by Us and provided to our vendor partners for the limited purpose of servicing and/or collection.

### 13. Authorization to Release Information
I hereby authorize Provider to obtain my medical information from other health care providers and suppliers as needed for my care and treatment. I authorize Provider to disclose, for review and/or copying, any of my medical information compiled during my admission as may be requested by my insurance company (private or governmental, i.e., Medicare or Medicaid), or other financially liable third party and/or their designated agent(s), for my benefit determinations, payment for services provided to me, and determination of the appropriateness of my admission or continued admission to, and length of stay at Provider location. EXCEPT AS I MAY SPECIFICALLY DIRECT OTHERWISE, I further authorize Provider to disclose my medical information to persons participating in my care. I understand that some of these providers and suppliers may be independent persons or entities that are involved in my medical care. I understand that State and Federal regulations may also require Provider to report information about me for public health or safety purposes including, but not limited to, reporting to immunization registries. If I am an LCMC Health employee or contractor, and am injured or exposed while at work and receive treatment, I authorize LCMC Health Employee Health to access my medical record for follow-up care and related purposes.

I further understand that the Provider belongs, directly or indirectly, to the Partnership for Access to Total Health Information Exchange (PATH HIE) which is also known as the Greater New Orleans Health Information Exchange (GNOHIE). PATH HIE allows other providers to see your health records including your health history, the medicines you take, test results, surgery reports, hospital discharge notes, and other health information. The sharing of this information saves time and helps providers give you better care. If you do not want the PATH HIE to share your records, you can "OPT OUT" of the PATH HIE at anytime by calling 504-301-9835 or by visiting the website at https://gnohie.org/contact-main/patient-opt-out- contact-form/ and clicking on "FAQs." Your records for treatment, payment, and operations will be shared until GNOHIE receives your "opt out" directive. I further understand that the Provider may participate in secure information exchanges designed to promote efficient, high quality care. These exchanges allow other providers to see your health records including your health history, the medicines you take, test results, surgery reports, hospital discharge notes, and other health information. If you do not want to share your records with these exchanges, you can "opt out" of at anytime by sending a completed and signed Opt-Out Form to the appropriate facility's Compliance Department or by contacting the LCMC HIM Department at 1(844) 324-6205 for assistance in submitting the Opt-Out Form. If you opt out of these exchanges, you will be excluded from all exchanges that Provider participates in.

### 14. Financial Agreement
I hereby obligate myself to pay Provider for all care, services, and treatment I receive, according to Provider's regular rates and fee schedules. If I am covered by a health plan or insurance policy, I agree to provide current and accurate information prior to or at the time of admission/ registration. I certify that all information that I have provided or shared with the Provider is true and accurate and that I have complied with all insurance company requirements for referrals, pre-authorizations, and family coverage to avoid payment denial. I understand that if I have failed to comply with these requirements, I will be responsible for the bill. If I am eligible to receive benefits under a health care service plan with which Provider has contracted, I may be required to pay for some services pursuant to the plan's contract. If I prefer a private room during an inpatient stay, I understand that I may be responsible for its cost. If my health care plan determines Provider's services to me are not medically necessary, I authorize Provider to represent me in any review of the determination made by or on behalf of my health care plan. If non–insurance payments made on my account exceed the total amount due, including without limitation to any late charge, Provider is authorized to apply that excess to any pre-existing account for prior medical services furnished. In the event, my account becomes delinquent and is referred to an attorney or a collection agency, I will be expected to pay attorney fees, court costs, and collection expenses. I understand that I am responsible for any non–covered services, deductibles, and co–payments. All delinquent accounts shall bear interest at the maximum rate allowed by law. *I understand that I will receive bills both from Provider and any independent physicians or other practitioners involved in my care.*

**I understand that this General Consent for Examination and Treatment will remain in effect and apply to all treatment or services I receive unless I revoke it, in writing, except to the extent that Provider has already taken action in reliance therein. I also understand that I may be asked to provide informed consent for specific procedures, treatments, or services rendered by Provider, a physician, or other healthcare providers affiliated with Provider and that such informed consent will include, but is not limited to, the benefits and risks associated with a specific procedure, treatment, or service. Such informed consent will be presented to me in a separate document or electronic medium and will be made part of my medical record.**
FINANCIAL RESPONSIBILITY BY PERSON OTHER THAN THE PATIENT OR PATIENT'S LEGAL REPRESENTATIVE
I agree to accept financial responsibility for services rendered to the Patient and to unconditionally accept the terms of the Financial Agreement



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

███████████████████, Sex: M
Visit date: 1/23/2024

### 01/23/2024 - Appointment in University Medical Center Radiology Department (continued)

**Documents (continued)**

and Assignment of Benefits set forth above.

**PATIENT CERTIFICATION**
I have read, understood and fully agree to each of the above statements and have been provided the opportunity to ask questions regarding such statements.  I sign below as my free and voluntary act. I also acknowledge that I have been offered information on the following subjects: Patient Rights and Responsibilities, Advance Directives, Notice of Privacy Practices, and Patient Billing. I also acknowledge that I have the right to receive a copy of this General Consent form upon my request.

**Signature of Responsible Party:**

Signature captured with Topaz by Winston B. Boyd at 1/23/2024 02:08 AM

**If other than Patient, indicate relationship:**

**(If signing via MyChart) - Relation to Patient :**

**Reason Patient is unable to sign (if applicable):**

**(If signing via MyChart) - Reason unable to sign :**

**Hospital Representative:** HARRISON, ELLA

LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M

Visit date: 1/23/2024

**01/23/2024 - Appointment in University Medical Center Radiology Department (continued)**

**Documents (continued)**



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
_____, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT

## Visit Information

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 01/22/2024 2315 | Admit Date/Time: | 01/22/2024 2325 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | |
| Means of Arrival: | Ambulance | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | LCMC SERVICE AREA | Unit: | UMCNO EMERGENCY DEPT |
| Admit Provider: | | Attending Provider: | Pierre G. Detiege, MD | Referring Provider: | |

### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Discharge** | Stable | Joshua Zaky Wahba, MD | Tue Jan 23, 2024 2:31 AM | Condition at discharge: Stable |

### Discharge Information

Date/Time: 01/23/2024 0254    Disposition: Home Or Self Care    Destination: —
Provider: Pierre G. Detiege, MD    Unit: UMCNO EMERGENCY DEPT

### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info | Additional Information |
|---|---|---|---|---|---|
| UMCNO EMERGENCY DEPT | Emergency Medicine | Go to | As needed, if symptoms worsen | 2000 Canal St New Orleans Louisiana 70112-3018 504-702-4003 | Report to emergency room registration. |
| University Medical Center Primary Care Clinic | Primary Care | Schedule an appointment as soon as possible for a visit in 2 weeks | For suture removal | 2003 Tulane Ave Suite B New Orleans Louisiana 70112-3018 504-962-6120 | UMCNO Primary Care Center, Suite B of the Clinic (Annex) ------------------------- ------------------------- ------------------------- Please report to University Medical Center New Orleans. The main patient entrances are on S. Galvez Street and Tulane Avenue. Free patient parking is available in our parking garage at 2001 Tulane Avenue. UMCNO Primary Care Center is located on the first floor, street level, of the UMCNO parking garage at the corner of Tulane Avenue and S Prieur Street. Swipe your valid driver's license or state-issued ID card at the kiosk. When called, check in with the Patient Access Registrar. |



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

▓▓▓▓▓▓▓▓▓▓▓▓, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

### Visit Information (continued)

### Reason for Visit

#### Chief Complaint *[last edited by Frank Schiavi III, RN on 1/22/2024 2318]*

- Animal Bite

#### Visit Diagnosis *[last edited by Paul Alexander Ramirez, MD on 1/23/2024 0025]*

| Name | Is ED? |
|---|---|
| Dog bite (primary) | Yes |

### Visit Account Information

#### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Boyd, Winston Bruce | 56630051 | Emergency | Billed | AETNA BETTER HEALTH - AETNA BETTER HEALTH |

#### Guarantor Account (for Hospital Account #56630051)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Boyd, Winston Bruce | Self | LCMCSA | Yes | Personal/Family |

| Address | Phone |
|---|---|
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ |

#### Coverage Information (for Hospital Account ▓▓▓▓▓)

| F/O Payor/Plan | Precert # |
|---|---|
| AETNA BETTER HEALTH/AETNA BETTER HEALTH | |

| Subscriber | Subscriber # |
|---|---|
| Boyd, Winston Bruce | ▓▓▓▓▓▓▓ |

| Address | Phone |
|---|---|
| PO BOX 982962 EL PASO, TX 79998-2962 | |

### Treatment Team

| Provider | Service | Role | Provider Team | Specialty | From | To |
|---|---|---|---|---|---|---|
| Pierre G. Detiege, MD | — | Attending | — | Emergency Medicine | 01/23/24 0007 | 01/23/24 0254 |
| Joshua Zaky Wahba, MD | Emergency Medicine | Resident | — | Emergency Medicine | 01/23/24 0139 | — |
| Paul Alexander Ramirez, MD | — | Resident | — | Emergency Medicine | 01/23/24 0009 | |

### Events

#### ED Arrival at 1/22/2024 2315

Unit: UMCNO EMERGENCY DEPT

#### Admission at 1/22/2024 2325

Unit: UMCNO EMERGENCY DEPT          Room: EMS Triage          Bed: EMS Triage
Patient class: Emergency          Service: Emergency Medicine

#### ED Roomed at 1/22/2024 2325

Unit: UMCNO EMERGENCY DEPT          Room: EMS Triage          Bed: EMS Triage



LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

████████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

### Events (continued)

Patient class: Emergency                  Service: Emergency Medicine

**Transfer In at 1/23/2024 0137**

Unit: UMCNO EMERGENCY DEPT        Room: 2501              Bed: 2501
Patient class: Emergency                  Service: Emergency Medicine

**ED Transfer at 1/23/2024 0137**

Unit: UMCNO EMERGENCY DEPT        Room: 2501              Bed: 2501
Patient class: Emergency                  Service: Emergency Medicine

**Discharge at 1/23/2024 0254**

Unit: UMCNO EMERGENCY DEPT        Room: 2501              Bed: 2501
Patient class: Emergency                  Service: Emergency Medicine

**Discharge at 1/23/2024 0254**

Unit: UMCNO EMERGENCY DEPT        Room: 2501              Bed: 2501
Patient class: Emergency                  Service: Emergency Medicine

## Current Medications

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Prior To Admission

None

#### Discharge Medication List

**amoxicillin-clavulanate (AUGMENTIN) 875-125 mg per tablet**

Instructions: Take 1 tablet by mouth 2 (two) times daily for 10 days
Authorized by: Joshua Zaky Wahba, MD           Ordered on: 1/23/2024
Start date: 1/23/2024                          End date: 2/2/2024
Quantity: 20 tablet                            Refill: No refills remaining

**ibuprofen (MOTRIN) 600 MG tablet**

Instructions: Take 1 tablet by mouth every 6 (six) hours as needed (For pain) for up to 7 days
Authorized by: Joshua Zaky Wahba, MD           Ordered on: 1/23/2024
Start date: 1/23/2024                          End date: 1/30/2024
Quantity: 28 tablet                            Refill: No refills remaining

#### Stopped in Visit

None

## Vitals

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight |
|---|---|---|---|---|---|---|
| 01/22/24 2317 | 97.9 °F (36.6 °C) | 84 | 18 | 139/85 | 99 % | 200 lb (90.7 kg) |

## Patient as-of Visit

### Problem List as of 1/23/2024

Problems never marked as reviewed
No problems documented.



UNIVERSITY MEDICAL CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
█████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Patient as-of Visit (continued)**

**Documentation from Outside Organizations - Unverified**

| Problem | Priority | Noted On | Resolved On | Chronic | Status | State |
|---------|----------|----------|-------------|---------|--------|-------|
| Received from Ochsner Health System and Its Subsidiaries and Affiliates on 01/22/2024 2316 | | | | | | |
| Generalized anxiety disorder | — | 07/20/2022 | — | — | Active | Active |
| Sickle cell trait | — | 07/20/2022 | — | — | Active | Active |
| Last Assessment & Plan: Formatting of this note might be different from the original. F/U OP PRN | | | | | | |
| Encounter for medical screening examination | — | 07/21/2022 | 10/24/2022 | — | Resolved | — |
| Elevated BP without diagnosis of hypertension | — | 07/21/2022 | — | — | Active | Active |
| Last Assessment & Plan: Formatting of this note might be different from the original. PRN clonidine Monitor and F/U PRN F/U with PCP after discharge from RPBH | | | | | | |
| Violent behavior | — | 07/21/2022 | — | — | Active | Active |
| Received from Surescripts Record Locator Gateway on 01/22/2024 2317 | | | | | | |
| Diabetes mellitus screening | — | 08/13/2019 | — | — | Active | Active |
| Lipid screening | — | 08/13/2019 | — | — | Active | Active |
| Tobacco user | — | 08/13/2019 | — | — | Active | Active |
| Irritability and anger | — | 12/31/2018 | — | — | Active | Active |
| Screening for cardiovascular system disease | — | 12/31/2018 | 08/13/2019 | — | Resolved | Completed |
| Adult health examination (procedure) | — | 12/31/2018 | 08/13/2019 | — | Resolved | Completed |
| Family history of prostate cancer | — | 12/31/2018 | — | — | Active | Active |
| Problem, abnormal examination | — | 12/31/2018 | 08/13/2019 | — | Resolved | Completed |

**Allergies** as of 1/23/2024

Allergies last reviewed by Frank Schiavi III, RN on 1/22/2024 2321 - Review Complete
No Known Allergies

**Immunizations as-of Visit** as of 1/23/2024

No documentation.

**History** as of 1/23/2024

**Medical History** as of 1/23/2024

Medical last reviewed by Frank Schiavi III, RN on 1/22/2024

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|-----------|------|----------|--------|
| Major depressive disorder, single episode | — | — | Provider |

**Surgical History** as of 1/23/2024

Surgical last reviewed by Frank Schiavi III, RN on 1/22/2024
None

**Family History** as of 1/23/2024



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Patient as-of Visit (continued)**

### Family History as of 1/23/2024

### Substance & Sexuality History as of 1/23/2024

#### Tobacco Use as of 1/23/2024

Tobacco Use last reviewed by Frank Schiavi III, RN on 1/22/2024

| Smoking Status | Smoking Start Date | Last Attempt to Quit | Smoking Frequency |
|---|---|---|---|
| Some Days | — | — | |
| Other Smoking Type | Start Date | Quit Date | |
| Cigars | — | — | |
| Passive Exposure | | | |
| Never | | | |
| Smokeless Status | Smokeless Type | Smokeless Quit Date | |
| Never | — | — | |
| Source | | | |
| Provider | | | |

#### Alcohol Use as of 1/23/2024

Alcohol Use last reviewed by Frank Schiavi III, RN on 1/22/2024

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

#### Drug Use as of 1/23/2024

Drug Use last reviewed by Frank Schiavi III, RN on 1/22/2024

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Not Currently | — | — | — | Provider |

#### Sexual Activity as of 1/23/2024

Sexual Activity last reviewed by Frank Schiavi III, RN on 1/22/2024
None

### Socioeconomic History as of 1/23/2024

#### Occupational as of 1/23/2024

Occupational last reviewed by Frank Schiavi III, RN on 1/22/2024
None

#### Socioeconomic as of 1/23/2024

Socioeconomic last reviewed by Frank Schiavi III, RN on 1/22/2024

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | No, not of Hispanic, Latino/a, or | Black or African American | — |



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Patient as-of Visit (continued)

Spanish
origin

### Social Documentation History as of 1/23/2024
Social Documentation last reviewed by Frank Schiavi III, RN on 1/22/2024
None

## Medication List

### Medication List

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Prior To Admission
None

#### Discharge Medication List

**amoxicillin-clavulanate (AUGMENTIN) 875-125 mg per tablet**

| | |
|---|---|
| Instructions: Take 1 tablet by mouth 2 (two) times daily for 10 days | |
| Authorized by: Joshua Zaky Wahba, MD | Ordered on: 1/23/2024 |
| Start date: 1/23/2024 | End date: 2/2/2024 |
| Quantity: 20 tablet | Refill: No refills remaining |

**ibuprofen (MOTRIN) 600 MG tablet**

| | |
|---|---|
| Instructions: Take 1 tablet by mouth every 6 (six) hours as needed (For pain) for up to 7 days | |
| Authorized by: Joshua Zaky Wahba, MD | Ordered on: 1/23/2024 |
| Start date: 1/23/2024 | End date: 1/30/2024 |
| Quantity: 28 tablet | Refill: No refills remaining |

#### Stopped in Visit
None

## ED Provider Note

### ED Provider Notes by Paul Alexander Ramirez, MD at 1/23/2024 0024

| | | |
|---|---|---|
| Author: Paul Alexander Ramirez, MD | Service: Emergency Medicine | Author Type: Resident |
| Filed: 1/23/2024 12:29 AM | Date of Service: 1/23/2024 12:24 AM | Creation Time: 1/23/2024 12:24 AM |
| Status: Attested | Editor: Paul Alexander Ramirez, MD (Resident) | |
| Cosigner: Pierre G. Detiege, MD at 1/24/2024 11:51 PM | | |

**Attestation signed by Pierre G. Detiege, MD at 1/24/2024 11:51 PM**

Patient seen and examined by me.  Clinical findings discussed with resident team and documentation reviewed.
I have reviewed results.  I was actively involved in medical decision making, present for key portions of this case
and treatment was provided under my supervision.

Pierre Detiege M.D. 11:51 PM 1/24/24



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**ED Provider Note (continued)**

## HPI
39 y.o. male that presents to the ED complaining of dog bite to the thigh.  Intact motor and sensation.  No other trauma.

## Review of Systems
Constitutional:  Negative for fever.
HENT:Negative for trouble speaking or swallowing.
Respiratory:  Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for nausea. Negative for vomiting.
Musculoskeletal:  Negative for extremity pain
Skin: Negative for rash.
Neurological:  Negative for headache.


No Known Allergies
## Social History

**Socioeconomic History**
- Marital status:               Single
        Spouse name:        Not on file
- Number of children:       Not on file
- Years of education:        Not on file
- Highest education level:  Not on file

**Occupational History**
- Not on file

**Tobacco Use**
- Smoking status:             Some Days
        Types:                     Cigars
        Passive exposure:        Never
- Smokeless tobacco:        Never

**Substance and Sexual Activity**
- Alcohol use:                  Not Currently
- Drug use:                     Not Currently
- Sexual activity:             Not on file

**Other Topics**                 Concern
- Not on file

**Social History Narrative**
- Not on file

## Social Determinants of Health

Financial Resource Strain: Not on file
Food Insecurity: Not on file
Transportation Needs: Not on file
Physical Activity: Not on file
Stress: Not on file
Social Connections: Not on file
Intimate Partner Violence: Not on file
Housing Stability: Not on file

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**ED Provider Note (continued)**

History reviewed. No pertinent family history.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Major depressive disorder, single episode | |

History reviewed. No pertinent surgical history.

**Patient's Medications**
No medications on file

**Physical Examination**

ED Triage Vitals [01/22/24 2317]

Enc Vitals Group

| | |
|---|---|
| BP | **139/85** |
| Pulse | **84** |
| Resp | **18** |
| Temp | **97.9 °F (36.6 °C)** |
| Temp src | |
| SpO2 | **99 %** |
| Weight - Scale | **90.7 kg (200 lb)** |
| Height | **1.829 m (6')** |
| Head Circumference | |
| Peak Flow | |
| Pain Score | **7** |
| Pain Loc | |
| Pain Edu? | |
| Excl. in GC? | |

**Vitals:**

| | 01/22/24 2317 |
|---|---|
| BP: | 139/85 |
| Pulse: | 84 |
| Resp: | 18 |
| Temp: | 97.9 °F (36.6 °C) |
| SpO2: | 99% |
| Weight: | 90.7 kg (200 lb) |
| Height: | 1.829 m (6') |

Nursing note and vitals reviewed.
Constitutional: Appears well-developed and well-nourished. Not diaphoretic. Cooperative.  Non-toxic appearance.
Head: Normocephalic and atraumatic.
Cardiovascular: Normal rate
Pulmonary/Chest: Effort normal. No accessory muscle usage. No respiratory distress.
Musculoskeletal: No extremity deformity.  Multiple puncture wounds to the left thigh.  2+ distal pulse.  Good sensation and motor distally.
Neurological: Alert and oriented to person, place, and time. Moves all 4 extremities. No obvious facial asymmetry.
GCS eye subscore is 4. GCS verbal subscore is 5. GCS motor subscore is 6.
Skin: No rash noted.
Psychiatric: Normal mood and affect. Speech is normal and behavior is normal.

 

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
█████████████████ , Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**ED Provider Note (continued)**

**MDM and ED Course:** Afebrile. Non toxic. Hemodynamically stable. No emergent airway issues. Does not meet emergent STEMI, Stroke or Trauma Activation Criteria.  As the Sort/Triage provider, I performed an initial assessment and ordered appropriate labs and imaging studies, if any, to facilitate Winston Bruce Boyd's care in the ED. The ED is currently on saturation with limited room availability. Once a room is available, care will be completed by the core ED team.

**Clinical Impression:** No diagnosis found.

Paul Ramirez PGY4
LSU Emergency Medicine
12:24 AM
01/23/24

Paul Alexander Ramirez, MD
Resident
01/23/24 0029

Electronically signed by Paul Alexander Ramirez, MD at 1/23/2024 12:29 AM
Electronically signed by Pierre G. Detiege, MD at 1/24/2024 11:51 PM

**ED Provider Notes by Joshua Zaky Wahba, MD at 1/23/2024 0144**

Author: Joshua Zaky Wahba, MD | Service: Emergency Medicine | Author Type: Resident
Filed: 1/23/2024  3:01 AM | Date of Service: 1/23/2024  1:44 AM | Creation Time: 1/23/2024  1:44 AM
Status: Attested | Editor: Joshua Zaky Wahba, MD (Resident) |
Cosigner: Victor Edgar Tuckler, MD at 1/28/2024  9:29 PM
    Procedure Orders
    1. Lac Repair [309267027] ordered by Joshua Zaky Wahba, MD

**Attestation signed by Victor Edgar Tuckler, MD at 1/28/2024  9:29 PM**

### Emergency Medicine Attending Attestation Note

**Patient was seen by a resident and myself. I have performed the critical or key portions of the service, and participated in the notes/ assessments /management / procedures performed of the patient. I have reviewed and agree with the resident's note, and I have reviewed all labs and imaging studies or reports. I have reviewed assessments and/or procedures performed by the House Officer, I concur with the documentation of this patient. I have discussed this case with the residents.  Treatment plan, patient history, and co-morbidities were discussed with the House Officer.   I have explained my thought process and medical decision making to the resident. I was present for the key portions of the separately billed procedures.**

**Victor Tuckler M.D. ED Staff**
**This chart was dictated using voice recognition software and may possibly contain phonetic / grammatical errors.**

**History**



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
<span>, Sex: M</span>
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**ED Provider Note (continued)**

**Chief Complaint**
Patient presents with
- Animal Bite

HPI
39-year-old male who was brought in by EMS following a dog bite to the left thigh which occurred earlier this evening. Patient was bit by a police dog.  He states he was on the ground for a few minutes.  He did not hit his head or lose consciousness.  He denies any numbness to the lower extremity.  Last tetanus was 2 years ago.

**Past Medical History:**

| Diagnosis | Date |
|-----------|------|
| • Major depressive disorder, single episode | |

History reviewed. No pertinent surgical history.

History reviewed. No pertinent family history.

**Social History**

| Tobacco Use | |
|-------------|---|
| • Smoking status: | Some Days |
| Types: | Cigars |
| Passive exposure: | Never |
| • Smokeless tobacco: | Never |
| Substance Use Topics | |
| • Alcohol use: | Not Currently |
| • Drug use: | Not Currently |

Review of Systems
Pertinent ROS in the HPI
**Physical Exam**
Blood pressure 139/85, pulse 84, temperature 97.9 °F (36.6 °C), temperature source  , resp. rate 18, SpO2 99 %.

**Physical Exam**
Vitals and nursing note reviewed.
<u>Constitutional</u>:
    General: He is not in acute distress.
    Appearance: He is not toxic-appearing or diaphoretic.
<u>HENT</u>:
    Head: Normocephalic and atraumatic.
    Nose: Nose normal.
<u>Eyes</u>:
    Extraocular Movements: Extraocular movements intact.
<u>Cardiovascular</u>:
    Rate and Rhythm: Normal rate.



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
█████████████████████████████    Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**ED Provider Note (continued)**

Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
Abdominal:
  Palpations: Abdomen is soft.
Musculoskeletal:
  Cervical back: Normal range of motion.
  Comments: **2 deep puncture wounds on the left mid thigh, 1 greater than 2 cm the other 1 approximately 1 cm.  Scattered abrasions over the thigh.  2+ DP pulses.  Motor and sensation intact distally**
Skin:
  General: Skin is warm and dry.
Neurological:
  General: No focal deficit present.
  Mental Status: He is oriented to person, place, and time. Mental status is at baseline.


**Lac Repair**

Date/Time: **1/23/2024 3:00 AM**

Performed by: **Joshua Zaky Wahba, MD**
Authorized by: **Pierre G. Detiege, MD**
Consent:
  Consent obtained: **Verbal**
  Consent given by: **Patient**
  Risks discussed: **Infection, pain, need for additional repair, poor cosmetic result, nerve damage and poor wound healing**
  Alternatives discussed: **No treatment and observation**
Anesthesia:
  Anesthesia method: **Local infiltration**
  Local anesthetic: **Lidocaine 1% w/o epi**
Laceration details:
  Location: **Leg**
  Leg location: **L upper leg**
  Length (cm): **2**
  Depth (mm): **20**
Exploration:
  Hemostasis achieved with: **Direct pressure**
Treatment:
  Area cleansed with: **Saline**
  Amount of cleaning: **Standard**
  Irrigation solution: **Sterile saline**
  Irrigation method: **Pressure wash**
Skin repair:
  Repair method: **Sutures**
  Suture size: **3-0**
  Suture material: **Prolene**
  Number of sutures: **1**
Repair type:
  Repair type: **Simple**
Post-procedure details:
  Dressing: **Open (no dressing)**

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**ED Provider Note (continued)**

Procedure completion:  **Tolerated well, no immediate complications**


**Medical Decision Making**
HO-2 MDM
39-year-old male who presents after a bite from a police dog.  Vital signs stable.  Exam findings detailed above.  Low concern for rabies as the bite was from police dog.  Plain films obtained of the left knee and thigh showed no obvious fracture or dislocation.  The wounds were irrigated with sterile water.  One suture was placed in 1 of the wounds since it was gaping.  Patient will be discharged with course of Augmentin and ibuprofen.  Strict return precautions discussed.

Joshua Wahba, MD
LSU Emergency Medicine PGY2
2:57 AM 1/23/24

Dog bite: acute illness or injury
Amount and/or Complexity of Data Reviewed
Independent Historian: EMS
Radiology: ordered and independent interpretation performed. Decision-making details documented in ED Course.


Risk
Minor surgery with no identified risk factors.




**ED Course**

**ED Course** as of 01/23/24 0301
**Tue Jan 23, 2024**
0144    **XR Femur 2 VW Left**
        Reviewed, interpreted by me as no fracture or
        dislocation.  Some soft tissue swelling. [JW]
0144    **XR Knee 3 VW Left**
        Reviewed, interpreted by me as no fracture or
        dislocation.   [JW]

**ED Course User Index**
[JW] Joshua Zaky Wahba, MD


**Clinical Impressions** as of 01/23/24 0301
Dog bite

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

### ED Provider Note (continued)

**Attending Provider**

| Provider | Specialty | From | To |
|---|---|---|---|
| Pierre G. Detiege, MD | Emergency Medicine | 01/23/24 0007 | — |

Joshua Zaky Wahba, MD
Resident
01/23/24 0301

Electronically signed by Joshua Zaky Wahba, MD at 1/23/2024  3:01 AM
Electronically signed by Victor Edgar Tuckler, MD at 1/28/2024  9:29 PM

### ED Notes

#### ED Triage Notes by Frank Schiavi III, RN at 1/22/2024 2318

| | | |
|---|---|---|
| Author: Frank Schiavi III, RN | Service: — | Author Type: Registered Nurse |
| Filed: 1/22/2024 11:20 PM | Date of Service: 1/22/2024 11:18 PM | Creation Time: 1/22/2024 11:18 PM |
| Status: Signed | Editor: Frank Schiavi III, RN (Registered Nurse) | |

Pt to ER via NOEMS with c/o dog bite to left thigh by Police K-9. Wound to left palm.
Tetanus up to date. Pt assessed by MD.

Electronically signed by Frank Schiavi III, RN at 1/22/2024 11:20 PM

### ED Care Timeline

#### Patient Care Timeline (1/22/2024 23:15 to 1/23/2024 02:54)

| 1/22/2024 | Event | Details | User |
|---|---|---|---|
| 23:15 | Patient arrived in ED | | Frank Schiavi III, RN |
| 23:15:44 | Emergency encounter created | | Frank Schiavi III, RN |
| 23:16 | Travel Screening | Have you been in contact with someone who was sick? **No / Unsure** ; Do you have any of the following new or worsening symptoms? **None of these** ; Have you traveled internationally or domestically in the last month? **No** Travel Locations: **Travel history not shown for past encounters** | Frank Schiavi III, RN |
| 23:16:50 | Arrival Complaint | NOEMS-3258 - dog bite | |
| 23:17 | Peripheral IV 01/22/24 Left;Posterior Hand Placed | Removal Date/Time: 01/23/24 0243  Placement Date/Time: 01/22/24 2317  Present on Admission: Yes  Placed by External Staff?: EMS  Size (Gauge): 20 G  Orientation: Left;Posterior  Location: Hand | Frank Schiavi III, RN |

---

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
████████████████████    Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**ED Care Timeline (continued)**

| 23:17 | **Vital Signs** | **Vitals Assessment** | Frank Schiavi III, RN |
|---|---|---|---|
| | | Automatic Restart Vitals Timer:  Yes | |
| | | **Vital Signs** | |
| | | SpO2:  99 % | |
| | | **Oxygen Therapy** | |
| | | SpO2:  99 % | |
| | | **Height and Weight** | |
| | | Height:  6' (182.9 cm) | |
| | | Height Method:  Stated | |
| | | Weight - Scale:  200 lb (90.7 kg) | |
| | | Weight Method:  Stated | |
| | | **Pain Assessment** | |
| | | Pain Assessment:  0-10 | |
| | | Pain Score:  7 - Seven | |
| | | Pain Type:  Acute pain | |
| | | Pain Location:  Leg | |
| | | Pain Orientation:  Left | |
| | | Pain Descriptors:  Sore | |
| | | Pain Frequency:  Continuous | |
| | | Pain Onset:  Sudden | |
| | | Clinical Progression:  Not changed | |
| 23:17 | **Pain Assessment** | **Other flowsheet entries** | Frank Schiavi III, RN |
| | | Restart Pain Assessment Timer:  Yes | |
| 23:17 | **Arrival Doc** | **Prehospital Treatment** | Frank Schiavi III, RN |
| | | Prehospital Treatment:  Yes | |
| | | **Prehospital Care** | |
| | | LDA Prior to Arrival:  Peripheral IV | |
| | | **Vital Signs** | |
| | | Temp:  97.9 °F (36.6 °C) | |
| | | Pulse:  84 | |
| | | Resp:  18 | |
| | | BP:  139/85 | |
| 23:17 | **Anthropometrics** | **Anthropometrics** | Frank Schiavi III, RN |
| | | Weight Change:  0 | |



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
▮▮▮▮▮▮▮▮▮▮▮▮, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

### 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

**ED Care Timeline (continued)**

| 23:17 | Custom Formula Data | **Height and Weight** | Frank Schiavi III, RN |
|---|---|---|---|

Adjusted Body Weight: 186.8
BSA (Calculated - sq m): 2.15 sq meters
Adjusted Body Weight: 190.6
**Post-Hemodialysis**
Treatment Weight Change: 90.72
**Weight and Growth Recommendation**
AIBW (Calculated) Male: 82.85 kg
**Other flowsheet entries**
IBW (lb): 178
% IBW: 112.36
EBW (lb): 13.2 lbs
Mifflin - St. Jeor Equation: 1860.19
BMI : 27.1
MIFFLIN-ST.JEOR: 1860.19
HARRIS-BENEDICT: 1967.62
Adjusted Ideal Body Weight (Using Metric IBW Calculation): 79.84 kg
BMI (Calculated): 27.2
IBW/kg (Calculated) Male: 77.6 kg
Low Range Vt 6cc/kg MALE: 465.6 mL
Adult Moderate Range Vt 8cc/kg MA: 620.8 mL
Adult High Range Vt 10cc/kg MALE: 776 mL
IBW (lb): 184.35
% IBW: 108.49
Total Weight Lost (lb): -200 lbs
EBW (lb): 15.65 lbs
% EBWL: 108.49
FLOW1.6: 3.44 CC/MIN
FLOW1.8: 3.87 CC/MIN
FLOW2.0: 4.3 CC/MIN
FLOW2.2: 4.73 CC/MIN
FLOW2.4: 5.16 CC/MIN
FLOW2.8: 6.02 CC/MIN
FLOW3.0: 6.45 CC/MIN
Cerebral Perfusion flow: 2.15 CC/MIN
FLOW1.2: 2.58 CC/MIN
FLOW1.4: 3.01 CC/MIN
FLOW2.6: 5.59 CC/MIN
Percent Weight Change Since Birth: 0
IBW/kg (Calculated) : 77.6
Low Range Vt 6cc/kg : 465.6 mL
Adult Moderate Range Vt 8cc/kg : 620.8 mL
Adult High Range Vt 10cc/kg : 776 mL

| 23:17 | Sepsis Shock Index | **Other flowsheet entries**<br>Shock Index (HR/SBP): 0.6 | Frank Schiavi III, RN |
|---|---|---|---|
| 23:18:32 | Chief Complaints Updated | **Animal Bite** | Frank Schiavi III, RN |
| 23:18:32 | Triage Started | | Frank Schiavi III, RN |
| 23:18:33 | ED Triage Notes | Pt to ER via NOEMS with c/o dog bite to left thigh by Police K-9. Wound to left palm.<br>Tetanus up to date. Pt assessed by MD. | Frank Schiavi III, RN |
| 23:21 | ED Sepsis Screening | **Sepsis Screening**<br>Does the patient have any of the following symptoms? : No<br>Does the patient have 2 or more of the following Sepsis Criteria?: No<br>Do you have a high suspicion for Sepsis?: No | Frank Schiavi III, RN |



**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
█████████████████████████   Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

### ED Care Timeline (continued)

| | | | |
|---|---|---|---|
| 23:21 | **SAFE-T Protocol with C-SSRS** | **Columbia Suicide Severity Rating Scale (CSSRS)**<br>1. Wish to be Dead:  No<br>2. Suicidal Thoughts:  No<br>6. Suicide Behavior Question:  No | Frank Schiavi III, RN |
| 23:21 | **Custom Formula Data** | **Columbia Suicide Severity Rating Scale (CSSRS)**<br>CSSRS Risk Level:  No risk<br>CSSRS Numeric:  0 | Frank Schiavi III, RN |
| 23:21:20 | **Allergies Reviewed - Review Complete** | | Frank Schiavi III, RN |
| 23:21:36 | **History Reviewed** | Sections Reviewed: Surgical | Frank Schiavi III, RN |
| 23:21:38 | **History Reviewed** | Sections Reviewed: Alcohol | Frank Schiavi III, RN |
| 23:23 | **Acuity Destination** | **Triage Plan**<br>Patient Acuity:  3<br>Deteriorating Condition instruction given to patient or caregiver?:  Yes<br>ED Destination:  Main | Frank Schiavi III, RN |
| 23:23:07 | **History Reviewed** | Sections Reviewed: Medical, Surgical, Alcohol, Drug Use, Sexual Activity, Tobacco, Custom, Family, Socioeconomic, Social Documentation | Frank Schiavi III, RN |
| 23:23:38 | **Deteriorating Condition Instruction Given to Patient or Caregiver** | | Frank Schiavi III, RN |
| 23:23:38 | **Triage Completed** | | Frank Schiavi III, RN |
| 23:25:35 | **Patient roomed in ED** | To room EMS Triage | Frank Schiavi III, RN |
| 23:30 | **Early Detection of Sepsis** | Other flowsheet entries<br>Early Sepsis Detection Score:  0.79 | Ip, Background User |
| 23:45 | **Early Detection of Sepsis** | Other flowsheet entries<br>Early Sepsis Detection Score:  0.79 | Ip, Background User |

| 1/23/2024 | Event | Details | User |
|---|---|---|---|
| 00:01 | **Early Detection of Sepsis** | Other flowsheet entries<br>Early Sepsis Detection Score:  0.79 | Ip, Background User |
| 00:07:34 | **Assign Attending** | Pierre G. Detiege, MD assigned as Attending | Pierre G. Detiege, MD |
| 00:07:34 | **Door to Doc Time Filed** | | Pierre G. Detiege, MD |
| 00:09:23 | **Assign Mid-level** | Paul Alexander Ramirez, MD assigned as Resident | Paul Alexander Ramirez, MD |
| 00:12:02 | **XR Ordered** | LCMC XR FEMUR 2 VW LEFT | Paul Alexander Ramirez, MD |
| 00:12:02 | **Imaging Exam Ordered** | | Paul Alexander Ramirez, MD |
| 00:12:02 | **Orders Placed** | Medications  - Tdap (ADACEL) 2 Lf-(2.5-5-3-5 mcg)-5Lf/0.5 mL injection 0.5 mL<br>Imaging  - XR Femur 2 VW Left | Paul Alexander Ramirez, MD |
| 00:12:17 | **Orders Placed** | Imaging  - XR Knee 3 VW Left | Paul Alexander Ramirez, MD |
| 00:12:18 | **XR Ordered** | LCMC XR KNEE 3 VW LEFT | Paul Alexander Ramirez, MD |


**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**ED Care Timeline (continued)**

| Time | Event | Details | Provider |
|------|-------|---------|----------|
| 00:12:18 | **Imaging Exam Ordered** | | Paul Alexander Ramirez, MD |
| 00:13:36 | **Imaging Exam Started** | XR Femur 2 VW Left | Ericka Hatsell, RT |
| 00:14:20 | **Imaging Exam Started** | XR Knee 3 VW Left | Mallory Kessling, RT |
| 00:15 | **PDMP Review** | **PDMP Review** Overdose Risk Score: 000 (NARxCHECK scores) Stimulant NARX Score: 000 Sedative NARX Score: 000 Narcotic NARX Score: 000 | Lcmc Incoming Flowsheet - Appriss |
| 00:15 | **Early Detection of Sepsis** | **Other flowsheet entries** Early Sepsis Detection Score: 0.79 | Ip, Background User |
| 00:31 | **Early Detection of Sepsis** | **Other flowsheet entries** Early Sepsis Detection Score: 0.79 | Ip, Background User |
| 00:32:37 | **Diagnostic Imaging Exam Ended** | XR Femur 2 VW Left | Ericka Hatsell, RT |
| 00:32:37 | **Diagnostic Imaging Exam Ended** | XR Knee 3 VW Left | Ericka Hatsell, RT |
| 00:39:42 | **Order Performed** | XR Knee 3 VW Left - ID: **01XR24263496** | |
| 00:40:10 | **XR Knee 3 VW Left Resulted** | Collected: **1/23/2024 00:39** Last updated: **1/23/2024 00:40** Status: **Final result** | Edi, Rad Results In |
| 00:40:22 | **Imaging Final Result** | XR Knee 3 VW Left | Edi, Rad Results In |
| 00:40:22 | **Xray Final Result** | (Final result) LCMC XR KNEE 3 VW LEFT | Edi, Rad Results In |
| 00:43:34 | **Order Performed** | XR Femur 2 VW Left - ID: **01XR24263494** | |
| 00:43:47 | **XR Femur 2 VW Left Resulted** | Collected: **1/23/2024 00:43** Last updated: **1/23/2024 00:43** Status: **Final result** | Edi, Rad Results In |
| 00:43:53 | **Imaging Final Result** | XR Femur 2 VW Left | Edi, Rad Results In |
| 00:43:53 | **Xray Final Result** | (Final result) LCMC XR FEMUR 2 VW LEFT | Edi, Rad Results In |
| 00:46 | **Early Detection of Sepsis** | **Other flowsheet entries** Early Sepsis Detection Score: 0.79 | Ip, Background User |
| 01:01 | **Early Detection of Sepsis** | **Other flowsheet entries** Early Sepsis Detection Score: 0.79 | Ip, Background User |
| 01:15 | **Early Detection of Sepsis** | **Other flowsheet entries** Early Sepsis Detection Score: 0.79 | Ip, Background User |
| 01:31 | **Early Detection of Sepsis** | **Other flowsheet entries** Early Sepsis Detection Score: 0.79 | Ip, Background User |
| 01:37 | **Patient transferred** | From room EMS Triage to room 2501 | Michael Verges, RN |
| 01:37 | **Abuse Indicators** | **Screening** Any physical OR behavioral OR parent/guardian to child interaction behaviors that prompt concern for abuse/neglect? : No Safe in Home: Yes Safe in Relationship: Yes Are you in immediate danger?: No | Michael Verges, RN |


**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

### 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

**ED Care Timeline (continued)**

| Time | Event | Details | Provider |
|---|---|---|---|
| 01:37 | Patient Stated Immunization History | **Patient Stated Immunization History**<br>Last Tetanus vaccine?: < 5 years<br>**Influenza Vaccine Screen - October through April**<br>Have you had an influenza vaccine this season? (0=No, 1=Yes): No<br>Influenza Vaccine Contraindication: Other (comment)<br>Influenza Vaccine Precautions: Other (comment)<br>Does Patient Meet Criteria: No, Patient Does not meet criteria for Flu Vaccine<br>**Pneumonia Vaccination**<br>Pneumococcal Vaccine Patient Age: Age 19-64<br>**Pneumococcal 19-64**<br>Have you had a pneumococcal vaccine?: Never<br>Pneumococcal Vaccine Contraindication (19-64): No Contraindication<br>Pneumococcal Verification: Self-Reported<br>Anaphylaxis to DTaP, or any vaccine containing diptheria toxoid?: No<br>**Screening**<br>Does patient have any of the following?: None Present<br>Are any of the following diseases present?: None Present | Michael Verges, RN |
| 01:37:37 | Orders Acknowledged | New - XR Femur 2 VW Left; Tdap (ADACEL) 2 Lf-(2.5-5-3-5 mcg)-5Lf/0.5 mL injection 0.5 mL; XR Knee 3 VW Left | Michael Verges, RN |
| 01:38 | Medication Hold | Tdap (ADACEL) 2 Lf-(2.5-5-3-5 mcg)-5Lf/0.5 mL injection 0.5 mL - Dose: **0 mL** ; Route: **Intramuscular** ; Reason: **Other** ; Scheduled Time: **0015** ; Comment: **pt UTD had Tdap 2 years ago** | Michael Verges, RN |
| 01:38:06 | Home Medications Reviewed | | Michael Verges, RN |
| 01:39:33 | Assign Mid-level | Joshua Zaky Wahba, MD assigned as Resident | Joshua Zaky Wahba, MD |
| 01:40:49 | Orders Placed | Medications - ibuprofen (Motrin) tablet 600 mg | Joshua Zaky Wahba, MD |
| 01:45 | Early Detection of Sepsis | **Other flowsheet entries**<br>Early Sepsis Detection Score: 0.79 | Ip, Background User |
| 01:54:12 | Orders Acknowledged | New - ibuprofen (Motrin) tablet 600 mg | Michael Verges, RN |
| 01:57 | Medication Given | ibuprofen (Motrin) tablet 600 mg - Dose: **600 mg** ; Route: **Oral** ; Scheduled Time: **0145** | Michael Verges, RN |
| 02:01 | Early Detection of Sepsis | **Other flowsheet entries**<br>Early Sepsis Detection Score: 0.79 | Ip, Background User |
| 02:10:21 | Registration Completed | | Ella Harrison |
| 02:15 | Early Detection of Sepsis | **Other flowsheet entries**<br>Early Sepsis Detection Score: 0.79 | Ip, Background User |
| 02:31 | Early Detection of Sepsis | **Other flowsheet entries**<br>Early Sepsis Detection Score: 0.79 | Ip, Background User |
| 02:31:48 | Discharge Disposition Selected | ED Disposition set to Discharge. | Joshua Zaky Wahba, MD |
| 02:31:48 | Disposition Selected | | Joshua Zaky Wahba, MD |
| 02:34:06 | Orders Placed | Medications - amoxicillin-clavulanate (AUGMENTIN) 875-125 mg per tablet 875 mg of amoxicillin | Joshua Zaky Wahba, MD |
| 02:34:33 | Discharge Orders Placed | Medications - amoxicillin-clavulanate (AUGMENTIN) 875-125 mg per tablet; ibuprofen (MOTRIN) 600 MG tablet | Joshua Zaky Wahba, MD |



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
███████████████ , Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

### ED Care Timeline (continued)

| Time | Event | Details | Provider |
|---|---|---|---|
| 02:35:07 | **Patient Ready to Go** | | Joshua Zaky Wahba, MD |
| 02:36:01 | **AVS Printed** | ED After Visit Summary | Michael Verges, RN |
| 02:43 | **Peripheral IV 01/22/24 Left;Posterior Hand Removed** | Removal Date/Time: 01/23/24 0243  Placement Date/Time: 01/22/24 2317  Present on Admission: Yes  Placed by External Staff?: EMS  Size (Gauge): 20 G  Orientation: Left;Posterior  Location: Hand | Michael Verges, RN |
| 02:43:26 | **Orders Acknowledged** | New  - amoxicillin-clavulanate (AUGMENTIN) 875-125 mg per tablet 875 mg of amoxicillin | Michael Verges, RN |
| 02:46 | **Early Detection of Sepsis** | Other flowsheet entries    Early Sepsis Detection Score: 0.85 | Ip, Background User |
| 02:52 | **Medication Given** | amoxicillin-clavulanate (AUGMENTIN) 875-125 mg per tablet 875 mg of amoxicillin -  Dose: **875 mg of amoxicillin** ; Route: **Oral** ; Scheduled Time: **0245** | Michael Verges, RN |
| 02:53 | **Departure Condition** | **Departure** Departure Condition: Good Mobility at Departure:  Ambulatory Departure Mode:  With friend Patient Teaching:  Discharge instructions reviewed; Pain management discussed; One new prescription medication reviewed; Patient/Caregiver demonstrated understanding; Patient/Caregiver verbalized understanding | Michael Verges, RN |
| 02:54 | **Patient discharged** | | Michael Verges, RN |
| 02:54:07 | **Charting Complete** | | Paul Alexander Ramirez, MD |
| 02:54:07 | **Charting Complete** | | Joshua Zaky Wahba, MD |
| 02:54:07 | **Billing Extract Generated** | | Michael Verges, RN |

## Imaging

### Imaging

#### XR Femur 2 VW Left [309253952] (Final result)

Electronically signed by: **Paul Alexander Ramirez, MD on 01/23/24 0012**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Paul Alexander Ramirez, MD 01/23/24 0012          Ordering provider: Paul Alexander Ramirez, MD
Authorized by: Pierre G. Detiege, MD                             Ordering mode: Standard
Frequency: STAT Once 01/23/24 0012 - 1  occurrence              Class: Hospital Performed
Quantity: 1                                                      Lab status: Final result
Instance released by: Paul Alexander Ramirez, MD (auto-released) 1/23/2024 12:12 AM

##### Questionnaire

| Question | Answer |
|---|---|
| Transport method | Stretcher |
| Reason for Exam: | ANIMAL BITE |

##### End Exam Questions

| | Answer | Comment |
|---|---|---|
| Reason for adjusted reading priority? | | |
| Is this a reportable exam? | Yes | |

#### XR Femur 2 VW Left [309253952]                    Resulted: 01/23/24 0043, Result status: Final result

Ordering provider: Paul Alexander Ramirez, MD  01/23/24          Order status: Completed

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
████████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Imaging (continued)

0012
Resulted by: Eric Joseph Wallace Jr., MD
Performed: 01/23/24 0013 - 01/23/24 0032
Resulting lab: UMC GE CENTRICITY
Narrative:
LCMC XR FEMUR 2 VW LEFT

ICD10: W54.0XXA   Dog bite
REASON FOR STUDY: ANIMAL BITE.
PROVIDER COMMENTS:

COMPARISON: None.

FINDINGS: Soft tissue swelling and irregularity about the anterior thigh with associated soft tissue gas. No acute fracture or dislocation. No significantly advanced degenerative change.

Impression:
Soft tissue injuries about the anterior thigh.

Electronically Signed By: ERIC WALLACE 1/23/2024 12:43 AM CST

Filed by: Edi, Rad Results In  01/23/24 0043
Accession number: 01XR24263494

---

**XR Femur 2 VW Left [309253952]**                    Resulted: 01/23/24 0043, Result status: In process

Ordering provider: Paul Alexander Ramirez, MD  01/23/24
0012
Resulted by: Eric Joseph Wallace Jr., MD
Performed: 01/23/24 0013 - 01/23/24 0032
Resulting lab: UMC GE CENTRICITY

Order status: Completed

Filed by: Eric Joseph Wallace Jr., MD  01/23/24 0043
Accession number: 01XR24263494

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **153 - Unknown** | UMC GE CENTRICITY | Unknown | Unknown | 02/24/17 0947 - Present |

**XR Femur 2 VW Left [309253952]**                    Resulted: 01/23/24 0013, Result status: In process

Ordering provider: Paul Alexander Ramirez, MD  01/23/24
0012
Resulted by: Eric Joseph Wallace Jr., MD
Performed: 01/23/24 0013 - 01/23/24 0032
Resulting lab: UMC GE CENTRICITY

Order status: Completed

Filed by: Ericka Hatsell, RT  01/23/24 0013
Accession number: 01XR24263494

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **153 - Unknown** | UMC GE CENTRICITY | Unknown | Unknown | 02/24/17 0947 - Present |

### Signed

Electronically signed by Eric Joseph Wallace Jr., MD on 1/23/24 at 0043 CST

---

**XR Knee 3 VW Left [309253954] (Final result)**

Electronically signed by: **Paul Alexander Ramirez, MD on 01/23/24 0012**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Paul Alexander Ramirez, MD 01/23/24 0012
Authorized by: Pierre G. Detiege, MD

Ordering provider: Paul Alexander Ramirez, MD
Ordering mode: Standard

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

### 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

## Imaging (continued)

Frequency: STAT Once 01/23/24 0013 - 1 occurrence          Class: Hospital Performed
Quantity: 1                                                 Lab status: Final result
Instance released by: Paul Alexander Ramirez, MD (auto-released) 1/23/2024 12:12 AM

### Questionnaire

| Question | Answer |
|---|---|
| Reason for Exam: | ANIMAL BITE |

### End Exam Questions

| | Answer | Comment |
|---|---|---|
| Reason for adjusted reading priority? | | |
| Is this a reportable exam? | Yes | |

### XR Knee 3 VW Left [309253954]                    Resulted: 01/23/24 0040, Result status: Final result

Ordering provider: Paul Alexander Ramirez, MD  01/23/24         Order status: Completed
0012
Resulted by: Eric Joseph Wallace Jr., MD                        Filed by: Edi, Rad Results In  01/23/24 0040
Performed: 01/23/24 0013 - 01/23/24 0032                        Accession number: 01XR24263496
Resulting lab: UMC GE CENTRICITY
Narrative:
LCMC XR KNEE 3 VW LEFT

ICD10: W54.0XXA   Dog bite
REASON FOR STUDY: ANIMAL BITE.
PROVIDER COMMENTS:

COMPARISON: None.

FINDINGS: Soft tissue swelling and irregularity about the anterior thigh with associated soft tissue gas. No acute fracture or
dislocation. No significantly advanced degenerative change.

Impression:
Soft tissue injuries about the anterior thigh.

Electronically Signed By: ERIC WALLACE 1/23/2024 12:40 AM CST

### XR Knee 3 VW Left [309253954]                    Resulted: 01/23/24 0039, Result status: In process

Ordering provider: Paul Alexander Ramirez, MD  01/23/24         Order status: Completed
0012
Resulted by: Eric Joseph Wallace Jr., MD                        Filed by: Eric Joseph Wallace Jr., MD  01/23/24 0040
Performed: 01/23/24 0013 - 01/23/24 0032                        Accession number: 01XR24263496
Resulting lab: UMC GE CENTRICITY

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 153 - Unknown | UMC GE CENTRICITY | Unknown | Unknown | 02/24/17 0947 - Present |

### XR Knee 3 VW Left [309253954]                    Resulted: 01/23/24 0014, Result status: In process

Ordering provider: Paul Alexander Ramirez, MD  01/23/24         Order status: Completed
0012
Resulted by: Eric Joseph Wallace Jr., MD                        Filed by: Mallory Kessling, RT  01/23/24 0014
Performed: 01/23/24 0013 - 01/23/24 0032                        Accession number: 01XR24263496
Resulting lab: UMC GE CENTRICITY



LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
███████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

## Imaging (continued)

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 153 - Unknown | UMC GE CENTRICITY | Unknown | Unknown | 02/24/17 0947 - Present |

### Signed

Electronically signed by Eric Joseph Wallace Jr., MD on 1/23/24 at 0040 CST

## Procedures

### Lac Repair [309267027] (Final result)

Electronically signed by: **Joshua Zaky Wahba, MD on 01/23/24 0300**          Status: **Completed**
Ordering user: Joshua Zaky Wahba, MD 01/23/24 0300          Ordering provider: Joshua Zaky Wahba, MD
Authorized by: Pierre G. Detiege, MD          Ordering mode: Standard
Frequency: Routine Once 01/23/24 0301 - 1  occurrence          Class: Point Of Care
Quantity: 1          Lab status: Final result
Instance released by: Joshua Zaky Wahba, MD 1/23/2024  3:00 AM
Order comments: This order was created via procedure documentation

#### Lac Repair [309267027]          Resulted: 01/23/24 0300, Result status: Final result

Ordering provider: Joshua Zaky Wahba, MD  01/23/24 0300          Order status: Completed
Filed by: Victor Edgar Tuckler, MD  01/28/24 2129
Narrative:
Joshua Zaky Wahba, MD    1/23/2024  3:01 AM
Lac Repair

Date/Time: 1/23/2024 3:00 AM

Performed by: Joshua Zaky Wahba, MD
Authorized by: Pierre G. Detiege, MD
Consent:
  Consent obtained:  Verbal
  Consent given by:  Patient
  Risks discussed:  Infection, pain, need for additional repair, poor
cosmetic result, nerve damage and poor wound healing
  Alternatives discussed:  No treatment and observation
Anesthesia:
  Anesthesia method:  Local infiltration
  Local anesthetic:  Lidocaine 1% w/o epi
Laceration details:
  Location:  Leg
  Leg location:  L upper leg
  Length (cm):  2
  Depth (mm):  20
Exploration:
  Hemostasis achieved with:  Direct pressure
Treatment:
  Area cleansed with:  Saline
  Amount of cleaning:  Standard
  Irrigation solution:  Sterile saline
  Irrigation method:  Pressure wash
Skin repair:
  Repair method:  Sutures
  Suture size:  3-0
  Suture material:  Prolene
  Number of sutures:  1
Repair type:
  Repair type:  Simple
Post-procedure details:

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Procedures (continued)

Dressing:  Open (no dressing)
Procedure completion:  Tolerated well, no immediate complications

Resulted: 01/23/24 0300, Result status: Preliminary
result

**Lac Repair [309267027]**

Ordering provider: Joshua Zaky Wahba, MD  01/23/24 0300        Order status: Completed
Filed by: Joshua Zaky Wahba, MD  01/23/24 0301
Narrative:
Joshua Zaky Wahba, MD    1/23/2024  3:01 AM
Lac Repair

Date/Time: 1/23/2024 3:00 AM

Performed by: Joshua Zaky Wahba, MD
Authorized by: Pierre G. Detiege, MD
Consent:
  Consent obtained:  Verbal
  Consent given by:  Patient
  Risks discussed:  Infection, pain, need for additional repair, poor
cosmetic result, nerve damage and poor wound healing
  Alternatives discussed:  No treatment and observation
Anesthesia:
  Anesthesia method:  Local infiltration
  Local anesthetic:  Lidocaine 1% w/o epi
Laceration details:
  Location:  Leg
  Leg location:  L upper leg
  Length (cm):  2
  Depth (mm):  20
Exploration:
  Hemostasis achieved with:  Direct pressure
Treatment:
  Area cleansed with:  Saline
  Amount of cleaning:  Standard
  Irrigation solution:  Sterile saline
  Irrigation method:  Pressure wash
Skin repair:
  Repair method:  Sutures
  Suture size:  3-0
  Suture material:  Prolene
  Number of sutures:  1
Repair type:
  Repair type:  Simple
Post-procedure details:
  Dressing:  Open (no dressing)
  Procedure completion:  Tolerated well, no immediate complications

## Additional Notes

### Discharge Instructions

#### Joshua Zaky Wahba, MD at 1/23/2024 0235

Author: Joshua Zaky Wahba, MD          Service: —                          Author Type: Resident
Filed: 1/23/2024  2:35 AM              Date of Service: 1/23/2024  2:35 AM  Creation Time: 1/23/2024  2:35 AM
Status: Written                        Editor: Joshua Zaky Wahba, MD (Resident)

If you experience any signs of infection at your wound such as redness, warmth, swelling, drainage of pus, or any

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

**Additional Notes (continued)**

other concerning symptoms please return to the nearest emergency room.

      Electronically signed by Joshua Zaky Wahba, MD at 1/23/2024  2:35 AM

## Medication Administrations

### amoxicillin-clavulanate (AUGMENTIN) 875-125 mg per tablet 875 mg of amoxicillin [309253956]

Ordering Provider: Joshua Zaky Wahba, MD
Ordered On: 01/23/24 0234
Ordered Dose (Remaining/Total): 875 mg of amoxicillin (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 01/23/24 0245 - 01/23/24 0252
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 01/23/24 0252 Documented: 01/23/24 0252 | Given | 875 mg of amoxicillin | Oral | Performed by:  Michael Verges, RN Scanned Package: 65862-503-20 |

### ibuprofen (Motrin) tablet 600 mg [309253955]

Ordering Provider: Joshua Zaky Wahba, MD
Ordered On: 01/23/24 0140
Ordered Dose (Remaining/Total): 600 mg (0/1)
Frequency: Once

Status: Completed (Past End Date/Time)
Starts/Ends: 01/23/24 0145 - 01/23/24 0157
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 01/23/24 0157 Documented: 01/23/24 0157 | Given | 600 mg | Oral | Performed by:  Michael Verges, RN Scanned Package: 0904-5854-61 |

### Tdap (ADACEL) 2 Lf-(2.5-5-3-5 mcg)-5Lf/0.5 mL injection 0.5 mL [309253951]

Ordering Provider: Paul Alexander Ramirez, MD

Ordered On: 01/23/24 0012
Ordered Dose (Remaining/Total): 0.5 mL (1/1)
Frequency: Once

Status: Discontinued (Past End Date/Time), Reason: Patient
Discharge
Starts/Ends: 01/23/24 0015 - 01/24/24 0454
Route: Intramuscular
Ordered Rate/Order Duration: — / —

| Timestamps | Action / Reason | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 01/23/24 0138 Documented: 01/23/24 0138 | Hold Other | 0 mL | Intramuscular | Performed by:  Michael Verges, RN Comments:  pt UTD had Tdap 2 years ago |

## Medication Orders

### Medications

#### Tdap (ADACEL) 2 Lf-(2.5-5-3-5 mcg)-5Lf/0.5 mL injection 0.5 mL [309253951] (Discontinued)

Electronically signed by: **Paul Alexander Ramirez, MD on 01/23/24 0012**     Status: **Discontinued**
Ordering user: Paul Alexander Ramirez, MD 01/23/24 0012    Ordering provider: Paul Alexander Ramirez, MD



**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

### 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

**Medication Orders (continued)**

Authorized by: Paul Alexander Ramirez, MD
Frequency: STAT Once 01/23/2024 0015 - 1  occurrence
Discontinued by: Automatic Discharge Provider 01/23/2024 0454 [Patient Discharge]
Acknowledged: Michael Verges, RN 01/23/2024 0137 for Placing Order
Package: 49281-400-58

Ordering mode: Standard
Class: Normal

---

**ibuprofen (Motrin) tablet 600 mg [309253955] (Completed)**

Electronically signed by: **Joshua Zaky Wahba, MD on 01/23/24 0140**                    Status: **Completed**
Ordering user: Joshua Zaky Wahba, MD 01/23/24 0140
Authorized by: Joshua Zaky Wahba, MD
Frequency: STAT Once 01/23/24 0145 - 1  occurrence
Acknowledged: Michael Verges, RN 01/23/24 0154 for Placing Order
Package: 0904-5854-61

Ordering provider: Joshua Zaky Wahba, MD
Ordering mode: Standard
Class: Normal

---

**amoxicillin-clavulanate (AUGMENTIN) 875-125 mg per tablet 875 mg of amoxicillin [309253956] (Completed)**

Electronically signed by: **Joshua Zaky Wahba, MD on 01/23/24 0234**                    Status: **Completed**
Ordering user: Joshua Zaky Wahba, MD 01/23/24 0234
Authorized by: Joshua Zaky Wahba, MD
Frequency: STAT Once 01/23/24 0245 - 1  occurrence
Indications of use: skin and skin structure infection
Acknowledged: Michael Verges, RN 01/23/24 0243 for Placing Order
Package: 65862-503-20

Ordering provider: Joshua Zaky Wahba, MD
Ordering mode: Standard
Class: Normal

---

**amoxicillin-clavulanate (AUGMENTIN) 875-125 mg per tablet [309253957] (Expired)**

Electronically signed by: **Joshua Zaky Wahba, MD on 01/23/24 0234**                    Status: **Expired**
Ordering user: Joshua Zaky Wahba, MD 01/23/24 0234
Authorized by: Joshua Zaky Wahba, MD
Frequency: Routine BID 01/23/24 - 10  days
Diagnoses
Dog bite [W54.0XXA]

Ordering provider: Joshua Zaky Wahba, MD
Ordering mode: Standard
Class: Normal

**Indications**

Dog bite [W54.0XXA (ICD-10-CM)]

---

**ibuprofen (MOTRIN) 600 MG tablet [309253958] (Expired)**

Electronically signed by: **Joshua Zaky Wahba, MD on 01/23/24 0234**                    Status: **Expired**
Ordering user: Joshua Zaky Wahba, MD 01/23/24 0234
Authorized by: Joshua Zaky Wahba, MD
PRN Comment: For pain
Frequency: Routine Q6H PRN 01/23/24 - 7  days

Ordering provider: Joshua Zaky Wahba, MD
Ordering mode: Standard
Class: Normal

---

**Flowsheets**

**Abuse Indicators**

| Row Name | 01/23/24 0137 |
| --- | --- |
| Screening | |
| Any physical OR behavioral OR parent/guardian to child interaction behaviors that prompt concern for abuse/neglect? | No  -MV at 01/23/24 0138 |
| Safe in Home | Yes  -MV at 01/23/24 0138 |
| Safe in | Yes  -MV at 01/23/24 |

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

**Flowsheets (continued)**

| Relationship | 0138 |
|---|---|
| Are you in immediate danger? | No -MV at 01/23/24 0138 |

### Acuity Destination

| Row Name | 01/22/24 2323 |
|---|---|
| **Triage Plan** | |
| Patient Acuity | Urgent -FS at 01/22/24 2323 |
| Deteriorating Condition instruction given to patient or caregiver? | Yes -FS at 01/22/24 2323 |
| ED Destination | Main -FS at 01/22/24 2323 |

### Anthropometrics

| Row Name | 01/22/24 2317 |
|---|---|
| **Anthropometrics** | |
| Height | 6' (1.829 m) -FS at 01/22/24 2321 |
| Weight | 200 lb (90.7 kg) -FS at 01/22/24 2321 |
| Weight Change | 0 -FS at 01/22/24 2321 |
| BMI (Calculated) | 27.2 -FS at 01/22/24 2321 |

### Arrival Doc

| Row Name | 01/22/24 2317 |
|---|---|
| **Prehospital Treatment** | |
| Prehospital Treatment | Yes -FS at 01/22/24 2318 |
| **Prehospital Care** | |
| SpO2 | 99 % -FS at 01/22/24 2321 |
| LDA Prior to Arrival | Peripheral IV -FS at 01/22/24 2318 |
| **Vital Signs** | |
| Temp | 97.9 °F (36.6 °C) - FS at 01/22/24 2318 |
| Pulse | 84 -FS at 01/22/24 2318 |
| Resp | 18 -FS at 01/22/24 2318 |
| BP | 139/85 -FS at 01/22/24 2318 |
| **[REMOVED] Peripheral IV 01/22/24 Left;Posterior Hand** | |
| IV Properties | Placement Date: 01/22/24 -FS, 01/22/24 2317 Placement Time: 2317 -FS, 01/22/24 2317 Present on Admission: Yes -FS, 01/22/24 2317 Placed by External Staff?: EMS -FS, 01/22/24 2317 Size (Gauge): 20 G -FS, 01/22/24 2317 Orientation: Left;Posterior -FS, 01/22/24 2317 Location: Hand -FS, 01/22/24 2317 Removal Date: 01/23/24 -MV, 01/23/24 0243 Removal Time: 0243 -MV, 01/23/24 0243 |

### Custom Formula Data

| Row Name | 01/22/24 2321 | 01/22/24 2317 |
|---|---|---|

# LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
                                    Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

### Flowsheets (continued)

| Height and Weight | | |
|---|---|---|
| BSA (Calculated - sq m) | — | 2.15 sq meters -FS at 01/22/24 2321 |
| Adjusted Body Weight | — | 186.8 -FS at 01/22/24 2321 |
| Adjusted Body Weight | — | 190.6 -FS at 01/22/24 2321 |

| OTHER | | |
|---|---|---|
| IBW (lb) | — | 178 -FS at 01/22/24 2321 |
| % IBW | — | 112.36 -FS at 01/22/24 2321 |
| EBW (lb) | — | 13.2 lbs -FS at 01/22/24 2321 |
| Mifflin - St. Jeor Equation | — | 1860.19 -FS at 01/22/24 2321 |
| BMI | — | 27.1 -FS at 01/22/24 2321 |
| MIFFLIN-ST.JEOR | — | 1860.19 -FS at 01/22/24 2321 |
| HARRIS-BENEDICT | — | 1967.62 -FS at 01/22/24 2321 |
| Adjusted Ideal Body Weight (Using Metric IBW Calculation) | — | 79.84 kg -FS at 01/22/24 2321 |
| BMI (Calculated) | — | 27.2 -FS at 01/22/24 2321 |
| IBW/kg (Calculated) Male | — | 77.6 kg -FS at 01/22/24 2321 |
| Low Range Vt 6cc/kg MALE | — | 465.6 mL -FS at 01/22/24 2321 |
| Adult Moderate Range Vt 8cc/kg MA | — | 620.8 mL -FS at 01/22/24 2321 |
| Adult High Range Vt 10cc/kg MALE | — | 776 mL -FS at 01/22/24 2321 |
| IBW (lb) | — | 184.35 -FS at 01/22/24 2321 |
| % IBW | — | 108.49 -FS at 01/22/24 2321 |
| Total Weight Lost (lb) | — | -200 lbs -FS at 01/22/24 2321 |
| EBW (lb) | — | 15.65 lbs -FS at 01/22/24 2321 |
| % EBWL | — | 108.49 -FS at 01/22/24 2321 |
| FLOW1.6 | — | 3.44 CC/MIN -FS at 01/22/24 2321 |
| FLOW1.8 | — | 3.87 CC/MIN -FS at 01/22/24 2321 |
| FLOW2.0 | — | 4.3 CC/MIN -FS at 01/22/24 2321 |
| FLOW2.2 | — | 4.73 CC/MIN -FS at 01/22/24 2321 |
| FLOW2.4 | — | 5.16 CC/MIN -FS at 01/22/24 2321 |
| FLOW2.8 | — | 6.02 CC/MIN -FS at 01/22/24 2321 |
| FLOW3.0 | — | 6.45 CC/MIN -FS at 01/22/24 2321 |
| Cerebral Perfusion flow | — | 2.15 CC/MIN -FS at 01/22/24 2321 |
| FLOW1.2 | — | 2.58 CC/MIN -FS at |

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

### Flowsheets (continued)

| | | |
|---|---|---|
| | | 01/22/24 2321 |
| FLOW1.4 | — | 3.01 CC/MIN -FS at 01/22/24 2321 |
| FLOW2.6 | — | 5.59 CC/MIN -FS at 01/22/24 2321 |
| Percent Weight Change Since Birth | — | 0 -FS at 01/22/24 2321 |
| IBW/kg (Calculated) | — | 77.6 -FS at 01/22/24 2321 |
| Low Range Vt 6cc/kg | — | 465.6 mL -FS at 01/22/24 2321 |
| Adult Moderate Range Vt 8cc/kg | — | 620.8 mL -FS at 01/22/24 2321 |
| Adult High Range Vt 10cc/kg | — | 776 mL -FS at 01/22/24 2321 |
| **Weight and Growth Recommendation** | | |
| AIBW (Calculated) Male | — | 82.85 kg -FS at 01/22/24 2321 |
| **Post-Hemodialysis** | | |
| Treatment Weight Change | — | 90.72 -FS at 01/22/24 2321 |
| **Columbia Suicide Severity Rating Scale (CSSRS)** | | |
| CSSRS Risk Level | No risk -FS at 01/22/24 2323 | — |
| CSSRS Numeric | 0 -FS at 01/22/24 2323 | — |

### Departure Condition

| Row Name | 01/23/24 0253 | 01/22/24 2317 |
|---|---|---|
| **Departure** | | |
| Departure Condition | Good -MV at 01/23/24 0253 | — |
| Mobility at Departure | Ambulatory -MV at 01/23/24 0253 | — |
| Departure Mode | With friend -MV at 01/23/24 0253 | — |
| Patient Teaching | Discharge instructions reviewed;Pain management discussed;One new prescription medication reviewed;Patient/Caregiver demonstrated understanding;Patient/Caregiver verbalized understanding -MV at 01/23/24 0253 | — |
| **Vital Signs** | | |
| Temp | — | 97.9 °F (36.6 °C) -FS at 01/22/24 2318 |
| Pulse | — | 84 -FS at 01/22/24 2318 |
| Resp | — | 18 -FS at 01/22/24 2318 |
| BP | — | 139/85 -FS at 01/22/24 2318 |
| SpO2 | — | 99 % -FS at 01/22/24 2321 |

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
                                           Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

### Flowsheets (continued)

**Pain Assessment**

| | | |
|---|---|---|
| Pain Assessment | — | 0-10 -FS at 01/22/24 2321 |
| Pain Score | — | 7 - Seven -FS at 01/22/24 2321 |
| Pain Type | — | Acute pain -FS at 01/22/24 2321 |
| Pain Location | — | Leg -FS at 01/22/24 2321 |
| Pain Orientation | — | Left -FS at 01/22/24 2321 |
| Pain Descriptors | — | Sore -FS at 01/22/24 2321 |
| Pain Frequency | — | Continuous -FS at 01/22/24 2321 |
| Pain Onset | — | Sudden -FS at 01/22/24 2321 |
| Clinical Progression | — | Not changed -FS at 01/22/24 2321 |

**Height and Weight**

| | | |
|---|---|---|
| Height | — | 6' (1.829 m) -FS at 01/22/24 2321 |
| Height Method | — | Stated -FS at 01/22/24 2321 |
| Weight | — | 200 lb (90.7 kg) -FS at 01/22/24 2321 |
| Weight Method | — | Stated -FS at 01/22/24 2321 |

### Early Detection of Sepsis

| Row Name | 01/23/24 0246 | 01/23/24 0231 | 01/23/24 0215 | 01/23/24 0201 | 01/23/24 0145 |
|---|---|---|---|---|---|
| OTHER | | | | | |
| Early Sepsis Detection Score | 0.85 -BI at 01/23/24 0248 | 0.79 -BI at 01/23/24 0233 | 0.79 -BI at 01/23/24 0218 | 0.79 -BI at 01/23/24 0203 | 0.79 -BI at 01/23/24 0147 |
| **Row Name** | **01/23/24 0131** | **01/23/24 0115** | **01/23/24 0101** | **01/23/24 0046** | **01/23/24 0031** |
| OTHER | | | | | |
| Early Sepsis Detection Score | 0.79 -BI at 01/23/24 0133 | 0.79 -BI at 01/23/24 0117 | 0.79 -BI at 01/23/24 0103 | 0.79 -BI at 01/23/24 0048 | 0.79 -BI at 01/23/24 0033 |
| **Row Name** | **01/23/24 0015** | **01/23/24 0001** | **01/22/24 2345** | **01/22/24 2330** | |
| OTHER | | | | | |
| Early Sepsis Detection Score | 0.79 -BI at 01/23/24 0017 | 0.79 -BI at 01/23/24 0003 | 0.79 -BI at 01/22/24 2347 | 0.79 -BI at 01/22/24 2332 | |

### ED Sepsis Screening

| Row Name | 01/22/24 2321 |
|---|---|
| **Sepsis Screening** | |
| Does the patient have any of the following symptoms? | No -FS at 01/22/24 2321 |
| Does the patient have 2 or more of the following Sepsis Criteria? | No -FS at 01/22/24 2321 |
| Do you have a high suspicion for Sepsis? | No -FS at 01/22/24 2321 |

**LCMC** Health 

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Flowsheets (continued)**

### Pain Assessment

| Row Name | 01/22/24 2317 |
|---|---|
| **Pain Assessment** | |
| Pain Assessment | 0-10 -FS at 01/22/24 2321 |
| Pain Score | 7 - Seven -FS at 01/22/24 2321 |
| Pain Type | Acute pain -FS at 01/22/24 2321 |
| Pain Location | Leg -FS at 01/22/24 2321 |
| Pain Orientation | Left -FS at 01/22/24 2321 |
| Pain Descriptors | Sore -FS at 01/22/24 2321 |
| Pain Frequency | Continuous -FS at 01/22/24 2321 |
| Pain Onset | Sudden -FS at 01/22/24 2321 |
| Clinical Progression | Not changed -FS at 01/22/24 2321 |
| **OTHER** | |
| Restart Pain Assessment Timer | Yes -FS at 01/22/24 2321 |

### Patient Stated Immunization History

| Row Name | 01/23/24 0137 |
|---|---|
| **Patient Stated Immunization History** | |
| Last Tetanus vaccine? | < 5 years -MV at 01/23/24 0137 |
| **Influenza Vaccine Screen - October through April** | |
| Have you had an influenza vaccine this season? (0=No, 1=Yes) | No -MV at 01/23/24 0137 |
| Influenza Vaccine Contraindication | Other (comment) - MV at 01/23/24 0137 |
| Influenza Vaccine Precautions | Other (comment) - MV at 01/23/24 0137 |
| Does Patient Meet Criteria | No, Patient Does not meet criteria for Flu Vaccine -MV at 01/23/24 0137 |
| **Pneumonia Vaccination** | |
| Pneumococcal Vaccine Patient Age | Age 19-64 -MV at 01/23/24 0137 |
| **Pneumococcal 19-64** | |
| Pneumococcal Vaccine Contraindication (19-64) | No Contraindication -MV at 01/23/24 0137 |
| Anaphylaxis to DTaP, or any vaccine containing diptheria toxoid? | No -MV at 01/23/24 0137 |



**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Flowsheets (continued)

| | |
|---|---|
| Have you had a pneumococcal vaccine? | Never  -MV at 01/23/24 0137 |
| Pneumococcal Verification | Self-Reported  -MV at 01/23/24 0137 |

### Screening

| | |
|---|---|
| Are any of the following diseases present? | None Present  -MV at 01/23/24 0137 |
| Does patient have any of the following? | None Present  -MV at 01/23/24 0137 |

## PDMP Review

| Row Name | 02/18/24 1111 | 01/28/24 0128 | 01/23/24 0015 |
|---|---|---|---|
| **PDMP Review** | | | |
| Overdose Risk Score | 000 NARxCHECK scores -L at 02/18/24 1011 | 000 NARxCHECK scores -L at 01/28/24 0028 | 000 NARxCHECK scores -L at 01/22/24 2315 |
| Stimulant NARX Score | 000 -L at 02/18/24 1011 | 000 -L at 01/28/24 0028 | 000 -L at 01/22/24 2315 |
| Sedative NARX Score | 000 -L at 02/18/24 1011 | 000 -L at 01/28/24 0028 | 000 -L at 01/22/24 2315 |
| Narcotic NARX Score | 000 -L at 02/18/24 1011 | 000 -L at 01/28/24 0028 | 000 -L at 01/22/24 2315 |

## Resend Chart for Billing

| Row Name | 01/28/24 2129 |
|---|---|
| **Resend Chart for Billing** | |
| Resend Chart for Billing? | Yes -VT at 01/28/24 2129 |

## SAFE-T Protocol with C-SSRS

| Row Name | 01/22/24 2321 |
|---|---|
| **Columbia Suicide Severity Rating Scale (CSSRS)** | |
| 1. Wish to be Dead | No  -FS at 01/22/24 2323 |
| 2. Suicidal Thoughts | No  -FS at 01/22/24 2323 |
| 6. Suicide Behavior Question | No  -FS at 01/22/24 2323 |
| CSSRS Risk Level | No risk  -FS at 01/22/24 2323 |
| CSSRS Numeric | 0  -FS at 01/22/24 2323 |

## Sepsis Shock Index

| Row Name | 01/22/24 2317 |
|---|---|
| **OTHER** | |
| Shock Index (HR/SBP) | 0.6  -FS at 01/22/24 2318 |

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
█████████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Flowsheets (continued)**

**Vital Signs**

| Row Name | 01/22/24 2317 |
|---|---|

**Vitals Assessment**

| | |
|---|---|
| Automatic Restart Vitals Timer | Yes  -FS at 01/22/24 2321 |

**Vital Signs**

| | |
|---|---|
| Temp | 97.9 °F (36.6 °C)  -FS at 01/22/24 2318 |
| Pulse | 84  -FS at 01/22/24 2318 |
| Resp | 18  -FS at 01/22/24 2318 |
| BP | 139/85  -FS at 01/22/24 2318 |
| SpO2 | 99 %  -FS at 01/22/24 2321 |

**Height and Weight**

| | |
|---|---|
| Height | 6' (1.829 m)  -FS at 01/22/24 2321 |
| Height Method | Stated  -FS at 01/22/24 2321 |
| Weight | 200 lb (90.7 kg)  -FS at 01/22/24 2321 |
| Weight Method | Stated  -FS at 01/22/24 2321 |

**Pain Assessment**

| | |
|---|---|
| Pain Assessment | 0-10  -FS at 01/22/24 2321 |
| Pain Score | 7 - Seven  -FS at 01/22/24 2321 |
| Pain Type | Acute pain  -FS at 01/22/24 2321 |
| Pain Location | Leg  -FS at 01/22/24 2321 |
| Pain Orientation | Left  -FS at 01/22/24 2321 |
| Pain Descriptors | Sore  -FS at 01/22/24 2321 |
| Pain Frequency | Continuous  -FS at 01/22/24 2321 |
| Pain Onset | Sudden  -FS at 01/22/24 2321 |
| Clinical Progression | Not changed  -FS at 01/22/24 2321 |

**User Key**

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Provider Type | Discipline |
|---|---|---|---|
| FS | Frank Schiavi III, RN | Registered Nurse | Nurse |
| L | Lcmc Incoming Flowsheet - Appriss | — | — |
| BI | Ip, Background User | — | — |
| MV | Michael Verges, RN | Registered Nurse | Nurse |
| VT | Victor Edgar Tuckler, MD | Physician | — |

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Discharge Instructions**

If you experience any signs of infection at your wound such as redness, warmth, swelling, drainage of pus, or any other concerning symptoms please return to the nearest emergency room.



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

### Discharge References/Attachments

**Animal Bites Discharge Instructions (English)**
**Animal Bites ED (English)**
**Laceration Repair With Stitches Discharge Instructions (English)**

### After Visit Summary

ED After Visit Summary (below)

---

**AFTER VISIT SUMMARY**

University
Medical Center
New Orleans
LCMC Health

**Winston B. Boyd**   MRN: ▮▮▮▮▮▮    📅 1/22/2024   📍 UMCNO EMERGENCY DEPT 504-702-4003

## Instructions

If you experience any signs of infection at your wound such as redness, warmth, swelling, drainage of pus, or any other concerning symptoms please return to the nearest emergency room.

 **Your medications have changed**

⟳ START taking:
**amoxicillin-clavulanate (AUGMENTIN)**
**ibuprofen (Motrin)**

**Review your updated medication list below.**

 Read the attached information
1. Animal Bites Discharge Instructions (English)
2. Animal Bites ED (English)
3. Laceration Repair With Stitches Discharge Instructions (English)

 Pick up these medications at WALGREENS DRUG STORE #15571 - METAIRIE, LA - 4501 AIRLINE DR AT NWC OF CLEARVIEW & AIRLINE
amoxicillin-clavulanate • ibuprofen
Address:   4501 AIRLINE DR, METAIRIE LA 70001-5646
Hours:   24-hours
Phone:   504-885-4867

 Schedule an appointment with University Medical Center Primary Care Clinic as soon as possible for a visit in 2 weeks (around 2/6/2024)
Why: For suture removal
Specialty: Primary Care
Contact: 2003 Tulane Ave
       Suite B
       New Orleans Louisiana 70112-3018
       504-962-6120
UMCNO Primary Care Center, Suite B of the Clinic (Annex)
-------
Please report to University Medical Center New Orleans. The main patient entrances are on S. Galvez Street and Tulane Avenue. Free patient parking is available in our parking garage at 2001 Tulane Avenue. UMCNO Primary Care Center is located on the first floor, street level, of the UMCNO parking garage at the corner of Tulane Avenue and S Prieur Street. Swipe your valid driver's license or state-issued ID card at the kiosk. When called, check in with the Patient Access Registrar.

Winston B. Boyd (MRN: ▮▮▮▮▮ • Printed at 1/23/2024  2:36 AM



## Today's Visit
You were seen by P Detiege, MD

**Reason for Visit**
Animal Bite

**Diagnosis**
Dog bite

📋 **Imaging Tests**
XR Femur 2 VW Left
XR Knee 3 VW Left

💊 **Medications Given**
ibuprofen (Motrin) Last given
1/23/2024 1:57 AM

**Blood Pressure**
139/85

**Temperature**
97.9 °F

**Pulse**
84

**Respiration**
18

**Oxygen Saturation**
99%

Page 1 of 15   **Epic**



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
██████████████████████████ , Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**After Visit Summary (continued)**

---

Instructions (continued)

 Go to UMCNO EMERGENCY DEPT
Why: As needed, if symptoms worsen
Specialty: Emergency Medicine
Contact: 2000 Canal St
New Orleans Louisiana 70112-3018
504-702-4003
Report to emergency room registration.

## What's Next
You currently have no upcoming appointments scheduled.

**Questions about your health or care at LCMC Health? Call our free Nurse Hotline at (504) 962-6202. Hours: Mon-Fri 8a-8p and Sat-Sun 8a-4p.**

We're committed to providing you with the best care possible. It is important for us to know if we accomplished our goal during your stay with us. You may receive a phone call or paper survey following your discharge from UMC to rate your hospital experience, including your room, how you were treated and other items. Your input would be greatly appreciated. Thank you for your help in improving the care we will provide for you and others in the future.

If you have any non-urgent problems after discharge, please feel free to call the Nurse Manager or the Charge Nurse on the unit you were discharged from at (504)702-3000.  We will help you with any questions you may have.

University Medical Center would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness. Our entire staff strives to provide an excellent experience for our patients and their families.

Patient satisfaction is important to us! After discharge, you may be randomly selected to get a call from our patient satisfaction survey vendor. Your answers help us to improve care for our patients. We hope that you will take the time to answer the survey when called, and let us know how we are doing. Thank you for choosing University Medical Center for your care!

## Immunizations Administered

| Name | Date |
| --- | --- |
| TDAP | ~~1/23/2024~~ Deferred |

Manufacturer: Sanofi Pasteur
Medication Name: ADACEL (TDAP ADOLESN/ADULT)(PF)2LF-(2.5-5-3-5MCG)-5 LF/0.5 ML IM SUSP

## Medicaid Transportation Information
Non-Emergency transportation to medical appointments.

Winston B. Boyd (MRN: ████████ • Printed at 1/23/2024  2:36 AM        Page 2 of 15    *Epic*



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
█████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## After Visit Summary (continued)

### Medicaid Transportation Information (continued)

If you have Medicaid and require transportation to follow-up appointments, you can access Medicaid Transportation by calling the telephone number on the back of your Medicaid card and following the prompts.

If you do not know which Medicaid plan you have call:  1-888-342-6207

| Medicaid Provider | Call Center Name | Phone Number |
|---|---|---|
| Legacy Medicaid | Southeast Transportation | Reservations: 855-325-7565 |
| Healthy Blue | Meditrans | Reservations: 866-430-1101 |
| AmeriHealth Caritas | Southeast Transportation | Reservations: 855-913-0364 |
| Humana Healthy Horizons | Meditrans | Reservations: 844-613=1638 |
| LA Healthcare Connections | Centene | Reservations: 855-369-3723 |
| Aetna Better Health | Meditrans | Reservations: 877-917-4150 |
| United Healthcare Community | Modivcare | Reservations: 866-726-1472 |

Members must call no later than 48 HOURS/2 BUSINESS DAYS before the time of your appointment. You must call between 7am-7pm Monday – Friday to make your reservation. Have your Medicaid number or social number ready. You will need the address of your appointment as well as the address of your pick up location.

Winston B. Boyd (MRN: ██████ • Printed at 1/23/2024  2:36 AM                    Page 3 of 15   *Epic*



**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**After Visit Summary (continued)**

## Changes to Your Medication List

### START taking these medications


START

**amoxicillin-clavulanate** 875-125 mg per tablet
Commonly known as: AUGMENTIN

Take 1 tablet by mouth 2 (two) times daily for 10 days


START

**ibuprofen** 600 MG tablet
Commonly known as: Motrin

Take 1 tablet by mouth every 6 (six) hours as needed
(For pain) for up to 7 days

### LCMC Health Patient Portal

Welcome to LCMC Health Patient Portal ! Send messages to your health care providers, renew prescriptions, view
test results, request and manage appointments, and more. **For medical emergencies, dial 911.**

To sign up, visit https://PatientPortal.LCMCHealth.org Click "Sign Up Now" and enter your access code exactly as it
appears below:

**4GM8P-B3KZ6-TQ4FA**
**Expires: 3/23/2024  2:36 AM**

Winston B. Boyd (MRN: ██████ • Printed at 1/23/2024  2:36 AM          Page 4 of 15    *Epic*



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

███████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**After Visit Summary (continued)**

🗎 Attached Information                    Animal Bites Discharge Instructions (English)

Patient Education

## Animal Bites Discharge Instructions

### About this topic

Many kinds of animals can bite you. The bite may have scraped, torn, or punctured your skin. Depending on how serious the bite is, you may need stitches. You may need to take antibiotics to treat or prevent infections. The doctors gave you a rabies vaccine if the animal bite could have exposed you to rabies. You will need to get more shots of the vaccine to keep you from getting rabies. Most of the time, you can care for your wounds at home. How long it will take to heal is based on how serious the wound is.

### What care is needed at home?

- Ask your doctor what you need to do when you go home. Make sure you ask questions if you do not understand what the doctor says.

- If you got a prescription for antibiotics, be sure to take all of the medicine as prescribed.

- The doctor may want you to keep your wound covered as it heals. You may want to use a thin layer of antibiotic ointment to help keep the wound moist. This will also keep the dressing from sticking to the wound.

- After a day or two, you can gently wash the wound with soap and water. Pat dry and put on a clean dressing. If you got stitches, the doctor will tell you how to care for them.

- Change your dressing once a day or every other day.

- Always wash your hands before and after touching the wound.

- Each time you change the dressing, look closely at the wound to be sure it is healing the right way. The wound may have a thin, yellowish discharge, and this is normal.

- Avoid picking the scab or scratching the site which may cause more irritation.

- Do not soak in water or swim with an open wound.

Winston B. Boyd (MRN: ██████ • Printed at 1/23/2024  2:36 AM                    Page 5 of 15  *Epic*

 **LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
█████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**After Visit Summary (continued)**

## Wound Care



### What follow-up care is needed?

- Your doctor may want you to follow up in 48 hours to check for infection.
- If you have stitches, you will need to have them taken out. Your doctor will often want to do this in 1 to 2 weeks.

### What drugs may be needed?

The doctor may order drugs to:

- Help with pain
- Prevent infection

You may also get a tetanus or rabies shot from your doctor. If rabies shots are needed, they are given over a specific period of time. Make sure you keep all appointments to get all of your shots.

### Will physical activity be limited?

For minor bruises or wounds, you will likely be able to do your normal activities. If your wound is very bad, you may have to limit your activity.

### What problems could happen?

Most animal bites get better without problems. Sometimes, there are problems like:

- Infection
- Bleeding

Winston B. Boyd (MRN: ████ • Printed at 1/23/2024 2:36 AM          Page 6 of 15    *Epic*

 **LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

████████████████████ , Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**After Visit Summary (continued)**

- Pain in the bitten area
- Drainage, swelling, or redness at wound site

### What can be done to prevent this health problem?

- Always be careful when playing with pets.
- Do not bother animals, especially when they are eating, sleeping, or caring for their young.
- Do not step between animals that are growling, hissing, or fighting.
- Do not interact with unknown animals. Help your children learn which animals are OK to play with. Always ask before you reach out to touch someone's animal.
- Do not play with wild animals. Keep your fingers out of cages at zoos and pet stores.
- Do not capture or feed wild animals.
- Do not pull on animal's tails or ears.
- Keep your pet's rabies shots up to date.
- Keep your tetanus shot up to date.
- If an unknown animal comes up to you, do not move.

## Avoiding Animal Bites



Avoid taking a dog's bone or toys

Avoid bothering dogs when they are eating

Avoid putting your face right up to a dog's face

Avoid bothering animals when they are resting

Avoid grabbing tail or ears

### When do I need to call the doctor?

- You have a fever of 100.4°F (38°C) or higher or chills.
- Your wound is swollen, red, or warm.
- Your wound has thick yellow or green drainage.

Winston B. Boyd (MRN: ████████ • Printed at 1/23/2024 2:36 AM          Page 7 of 15   *Epic*

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**After Visit Summary (continued)**

- The wound opens up.
- You have more pain at the bite after the first 2 days.

### Teach Back: Helping You Understand

The Teach Back Method helps you understand the information we are giving you. After you talk with the staff, tell them in your own words what you learned. This helps to make sure the staff has described each thing clearly. It also helps to explain things that may have been confusing. Before going home, make sure you can do these:

- I can tell you how to care for my wound.
- I can tell you what I will do to help prevent another animal bite.
- I can tell you what I will do if I have swelling, redness, or warmth around my wound.

### Last Reviewed Date

2021-10-05

### Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https:// www.wolterskluwer.com/en/know/clinical-effectiveness-terms

### Copyright

Copyright © 2023 UpToDate, Inc. and its affiliates and/or licensors. All rights reserved.



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

� , Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**After Visit Summary (continued)**

## ✒ Attached Information

Animal Bites ED (English)

Patient Education

## Animal Bites ED

### General Information

You came to the Emergency Department (ED) after an animal bite. The bite may have scraped, torn, or punctured your skin. Depending on how serious the bite is, you may need stitches. You may need to take antibiotics to treat or prevent infections. The doctors gave you a rabies vaccine if the animal bite could have exposed you to rabies. You will need to get more shots of the vaccine to keep you from getting rabies. Most of the time, you can care for your wounds at home. How long it will take to heal is based on how serious the wound is.

### What care is needed at home?

- Call your regular doctor to let them know you were in the ED. Make a follow-up appointment if you were told to.

- If you got a prescription for antibiotics, be sure to take all of the medicine as prescribed.

- The doctor may want you to keep your wound covered as it heals. You may want to use a thin layer of antibiotic ointment to help keep the wound moist. This will also keep the dressing from sticking to the wound.

- After a day or two, you can gently wash the wound with soap and water. Pat dry and put on a clean dressing. If you got stitches, the doctor will tell you how to care for them.

- Change your dressing once a day or every other day.

- Always wash your hands before and after touching the wound.

- Each time you change the dressing, look closely at the wound to be sure it is healing the right way. The wound may have a thin, yellowish discharge, and this is normal.

- Avoid picking the scab or scratching the site which may cause more irritation.

- Do not soak in water or swim with an open wound.

- If you have stitches, do not take them out yourself. Your stitches need to be removed on _____.

### When do I need to call the doctor?

- You have a fever of 100.4°F (38°C) or higher or chills.

- Your wound is swollen, red, or warm.

- Your wound has thick yellow or green drainage.

- The wound opens up.

- You have more pain at the bite after the first 2 days.

- You have new or worsening symptoms.

### Last Reviewed Date

Winston B. Boyd (MRN: ████ • Printed at 1/23/2024 2:36 AM                    Page 9 of 15   *Epic*



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**After Visit Summary (continued)**

2021-08-18

## Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms

## Copyright

Copyright © 2023 UpToDate, Inc. and its affiliates and/or licensors. All rights reserved.

Winston B. Boyd (MRN: ████████ • Printed at 1/23/2024 2:36 AM                    Page 10 of 15   *Epic*



**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**After Visit Summary (continued)**

 Attached Information          Laceration Repair With Stitches Discharge Instructions (English)

Patient Education

**Laceration Repair With Stitches Discharge Instructions**

**About this topic**

A laceration is a cut on your skin. It is most often caused by a sharp object like a knife blade, glass, or from other things with sharp edges. Sometimes, this kind of cut is shallow. Other times, it goes deep into the skin and muscles. Before the cut can be closed, it must be cleaned. Closing the wound is called a laceration repair.

Stitches are a special kind of thread and are also called sutures. They are used to close a skin cut or wound. They are often used for cuts that are deep or bleeding. Stitches work well for cuts with jagged edges, or those that have fat or muscle showing. Stitches most often makes the skin heal faster and with less scarring. The skin is sewn together with special kinds of thread. Stitches are used to fix cuts on the outside of the skin. They are also used to fix cuts made in surgery and cuts inside the body. Stitches are also used to help control bleeding. Some stitches need to be taken out. Others melt away or dissolve on their own as the wound heals.

**Laceration Repair with Stitches**



Winston B. Boyd (MRN: ███) • Printed at 1/23/2024 2:36 AM          Page 11 of 15   *Epic*



| | UNIVERSITY MEDICAL CENTER - NO<br>2000 Canal St<br>New Orleans LA 70112-3018 | Boyd, Winston Bruce<br>▇▇▇▇▇▇▇▇▇▇▇▇▇, Sex: M<br>Adm: 1/22/2024, D/C: 1/23/2024 |

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

After Visit Summary (continued)

### Wound Care



## What care is needed at home?

- Ask your doctor what you need to do when you go home. Make sure you ask questions if you do not understand what the doctor says.

- Your wound may drain a small amount of clear yellow fluid in the first few days.

- Keep your wound clean and dry for the first 24 hours. After 24 hours, you can gently wash the wound with soap and water or take a shower.

- You may apply an antibiotic ointment to the wound 1 to 2 times each day. If you want, you can cover your wound with a bandage. You can also leave it open to air if you prefer.

- Wash your hands before and after you touch your wound or bandage.

- Avoid activities that could hurt the area of your stitches for 1 to 2 weeks. If you hurt the same part of your body again, stitches can break, and the cut can open up again.

- Do not try to take out the stitches yourself.

## What follow-up care is needed?

- Your doctor may ask you to make visits to the office to check on your progress. Be sure to keep these visits.

- If you have stitches that do not dissolve on their own, you will need to have them taken out. Your doctor will often want to do this in 5 to 10 days.

Winston B. Boyd (MRN: ▇▇▇▇ • Printed at 1/23/2024 2:36 AM         Page 12 of 15   *Epic*

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Adm: 1/22/2024, D/C: 1/23/2024 , Sex: M

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

After Visit Summary (continued)

## What drugs may be needed?

The doctor may order drugs to:

- Help with pain
- Prevent or fight an infection

## Will physical activity be limited?

- Limit your activity until your wound is fully healed. Talk to your doctor about the right amount of activity for you.
- Your doctor will tell you when it is safe to return to sports. Be sure to ask your doctor before you do any activities.

## What problems could happen?

- Bleeding
- Infection
- Poor healing
- Scarring

## When do I need to call the doctor?

- You have a fever of 100.4°F (38°C) or higher or chills.
- Your wound is swollen, red, or warm.
- Your wound has thick yellow or green drainage.
- The wound opens up.

## Teach Back: Helping You Understand

The Teach Back Method helps you understand the information we are giving you. After you talk with the staff, tell them in your own words what you learned. This helps to make sure the staff has described each thing clearly. It also helps to explain things that may have been confusing. Before going home, make sure you can do these:

- I can tell you about my procedure.
- I can tell you how to care for my wound.
- I can tell you if my stitches dissolve or need to be removed by the doctor.
- I can tell you what I will do if I have swelling, redness, or warmth around my wound.

## Last Reviewed Date

2021-05-05

## Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the

Winston B. Boyd (MRN: ███ • Printed at 1/23/2024 2:36 AM          Page 13 of 15     *Epic*



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
█████████████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**After Visit Summary (continued)**

medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms

## Copyright

Copyright © 2023 UpToDate, Inc. and its affiliates and/or licensors. All rights reserved.

**When you feel sick, you want to feel better fast. But antibiotics aren't the answer for every illness. This brochure can help you know when antibiotics work - and when they won't. For more information, talk to your healthcare provider or visit www.cdc.gov/getsmart.**

## The Risk: Bacteria Become Resistant

What's the harm in taking antibiotics anytime? Using antibiotics when they are not needed causes some bacteria to become resistant to the antibiotic.

These resistant bacteria are stronger and harder to kill. They can stay in your body and can cause severe illnesses that cannot be cured with antibiotics. A cure for resistant bacteria may require stronger treatment - and possibly a stay in the hospital.

To avoid the threat of antibiotic-resistant infections, the Centers for Disease Control and Prevention (CDC) recommends that you avoid taking unnecessary antibiotics.

## Antibiotics Aren't Always the Answer

Most illnesses are caused by two kinds of germs: bacteria or viruses. Antibiotics can cure bacterial infections - not viral infections.

**Bacteria** cause strep throat, some pneumonia and sinus infections. *Antibiotics can work.*

**Viruses** cause the common cold, most coughs and the flu. *Antibiotics don't work.*

Using antibiotics for a virus:

- **Will NOT cure the infection**
- **Will NOT help you feel better**
- **Will NOT keep others from catching your illness**

## Protect Yourself With the Best Care

You should not use antibiotics to treat the common cold or the flu.

Winston B. Boyd (MRN: ████████ · Printed at 1/23/2024 2:36 AM          Page 14 of 15    Epic

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**After Visit Summary (continued)**

If antibiotics are prescribed for you to treat a bacterial infection - such as strep throat - be sure to take all of the medicine. Only using part of the prescription means that only part of the infection has been treated. Not finishing the medicine can cause resistant bacteria to develop.

**Talk to Your Healthcare
Provider to Learn More**

## Commonly Asked Questions:

**How Do I Know if I Have a Viral or Bacterial Infection?**

Ask your healthcare provider and follow his or her advice on what to do about your illness.

Remember, colds are caused by viruses and should not be treated with antibiotics.

**Won't an Antibiotic Help Me Feel Better Quicker so That I Can Get Back to Work When I Get a Cold or the Flu?**

No, antibiotics do nothing to help a viral illness. They will not help you feel better sooner. Ask your healthcare provider what other treatments are available to treat your symptoms.

**If Mucus from the Nose Changes from Clear to Yellow or Green - Does This Mean
I Need an Antibiotic?**

No. Yellow or green mucus does not mean that you have a bacterial infection. It is normal for mucus to get thick and change color during a viral cold.

**GET SMART...**
• Antibiotics are strong medicines, but they don't cure everything.
• When not used correctly, antibiotics can actually be harmful to your health.
• Antibiotics can cure most bacterial infections. Antibiotics cannot cure viral illnesses.
• Antibiotics kill bacteria – not viruses.
• When you are sick, antibiotics are not always the answer.

**USE ANTIBIOTICS WISELY**
*Talk with your healthcare provider about the right medicines
for your health.*

Cold or Flu.
Antibiotics Don't Work for You.

For more information, see the Centers for Disease Control and Prevention website at:
**www.cdc.gov/getsmart or call 1-800-CDC-INFO**

Winston B. Boyd (MRN:          • Printed at 1/23/2024 2:36 AM

Page 15 of 15  *Epic*

## Coding Summary

### Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| 56630051 - | AETNA BETTER | None | None |



**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
█████████████████████████  Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Coding Summary (continued)

BOYD,WINSTON         HEALTH [3501]
BRUCE

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 01/22/2024 2315 | Admit Date/Time: | 01/22/2024 2315 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | |
| Means of Arrival: | Ambulance | Primary Service: | Emergency Medicine | Secondary Service: | |
| Transfer Source: | | Service Area: | LCMC SERVICE AREA | Unit: | UMCNO EMERGENCY DEPT |
| Admit Provider: | | Attending Provider: | Pierre G. Detiege, MD | Referring Provider: | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 01/23/2024 0254 | Home Or Self Care | None | Pierre G. Detiege, MD | UMCNO EMERGENCY DEPT |

### Admission Diagnoses / Reasons for Visit (ICD-10-CM)

| Code | Description | Comments |
|---|---|---|
| S71.102A | Unspecified open wound, left thigh, initial encounter | |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S71.112A [Principal] | Laceration without foreign body, left thigh, initial encounter | | | | |

### External Causes of Injury (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| W54.0XXA | Bitten by dog, initial encounter | | | | |



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Documents

**Consent Form - Electronic signature on 1/23/2024  2:06 AM (effective from 1/23/2024) - E-signed**

Clinical date/time: 1/23/2024 0206                          Description: —
Status: Signed
Effective date/time: 1/23/2024 0206

**University Medical Center**
New Orleans
LCMC Health

Financial Consent for Examination and Treatment

### IMPORTANT: DO NOT SIGN THIS FORM WITHOUT READING AND UNDERSTANDING ITS CONTENTS.

**1. Consent to Medical Treatment/Services and Surgical Procedures**
I hereby authorize Provider, the provider(s) treating me, and whomever they may select as their assistants, to provide reasonable and necessary medical treatment to me, including but not limited to, emergency care, administration of approved drugs, nursing care, and radiology and pathology services.  I understand it is the responsibility of my physician or surgeon to obtain my informed consent, when required, for medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered under the general and special instructions of the physician.  I understand that in many instances the physicians and surgeons furnishing services to me are independent contractors and are not employees or agents of Provider.  If I am incapacitated and unable to provide my consent and authorization as discussed above, such consent and authorization may be given by any of those persons who are authorized to consent to surgical or medical treatment on my behalf pursuant to La. R. S. 40:1299.53.

**2. Specimens**
I authorize and consent to the preservation, examination, testing, retention, use, including, without limitation, the use for scientific, diagnostic, therapeutic or educational purposes, or disposal, by Provider, at its discretion, of any specimens, tissues, materials, or substances which may be removed during a diagnostic procedure, therapeutic intervention or medical treatment.

**3. Photography**
I consent to photographs, videotapes, digital or other images that may be recorded to document my care. I understand that these images may be used for treatment, health care operations, scientific, educational, research, patient identification, or security purposes.  I understand that these images will be stored in a secure manner and will only be used for reasons other than those outlined above upon my written authorization, or as otherwise permitted by law.

**4. Telemedicine**
I consent to having some or all of my medical services provided by video or other interactive telecommunication technology as allowed by law.  I understand that I may decline to receive medical services via telemedicine or withdraw from such care at any time.

**5. Education**
I have been informed and understand that Provider is a teaching institution and the procedures performed may require observation, cooperation and services of multiple health care providers.  I authorize and understand that my care may be provided by student nurses, technicians, therapists, interns, residents, fellows and other providers and observers, which are supervised by qualified faculty and/or personnel, in accordance with policies of the Provider. I also consent to the presence of manufacturer's representative(s) during certain procedure(s) to observe and provide technical consultation to the physician(s) at the discretion and approval of the physician(s) and Provider.

**6. Drugs**
Unless my provider specifies otherwise, I agree and consent to Provider dispensing chemically identical or therapeutically comparable ("generic") drugs from a drug list approved by the Provider's Medical Staff, as part of its formulary system.

**7. Devices**
I consent to disposal of explanted medical device unless I specifically request it to be retained prior to procedure.

**8. No Guarantees**
I acknowledge that the practice of medicine is not an exact science and that **NO GUARANTEES OR ASSURANCES HAVE BEEN MADE TO ME** concerning the outcome and/or result of any Medical Treatment/Services.

**9. Blood**
I understand that should any hospital or emergency medical personnel, physician, or other person(s) be exposed or report an exposure to my blood or body fluids, my blood will be tested for blood borne infections including, without limitation, Hepatitis B and C as well as HIV/AIDS. I understand that I can decline HIV testing if it is for routine screening. I understand that state law requires Provider and/or physician to report certain infectious diseases including sexually transmitted diseases to the state Department of Health.

**10. Waiver of Liability for Loss of Personal Property**
Provider encourages patients and families NOT to store money and valuables at Provider facilities; these items should be left at home or with family members or other caregivers.  Some Provider facilities have designated secure areas for the safekeeping of money and valuables (including but not limited to, money, jewelry, documents, fur garments, dentures, eyeglasses, hearing aids, prosthetics, or other personal property).  Provider will not be liable for the loss of or damage to any personal property not formally deposited in a designated secure area.



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

**11. Assignment of Benefits**
I hereby assign and authorize, whether I sign as agent or as Patient, direct payment to Provider and/or to any hospital based physician of all insurance and health plan benefits, including, but not limited to, federal healthcare program benefits, otherwise payable to or on behalf of me for this hospitalization or for these outpatient services, including emergency services if rendered. It is understood by me that I am financially responsible to Provider for charges not covered by this assignment.

**12. Authorization for Healthcare Related Calls, Texts, and E-mails**
I authorize Provider, its employees, agents, representatives and/or designees to contact me using prerecorded/artificial voice messages and/or automatic dialing service at any telephone number (including a wireless telephone) that I disclose to Provider. This consent and authorization will apply to text messages sent to the wireless numbers I disclose to Provider as well as emails using any email address that I provide to Provider.

I agree that by providing services to myself (or others I may be financially responsible, including but not limited to my dependent(s), "We", (which, for purposes of this CONSENT FORM at UNIVERSITY MEDICAL CENTER - NO, "We" or "Us" includes any third party and/or service partner we enlist to service your account or to collect any amounts you may owe) may contact you, or anyone on your behalf, by telephone at any telephone number associated with your account, including wireless telephone numbers, which could result in charges to you. We may also contact you by sending text messages to any number you provide or We obtain or emails using any email address you provide or We obtain. Methods of contact may include using pre-recorded/artificial voice messages and/or use of an automatic dialing device, as applicable. Telephone calls to and from Us may be monitored and recorded. You also agree and understand We may use vendor partners in servicing your account. Any information available or obtained by Us may be used by Us and provided to our vendor partners for the limited purpose of servicing and/or collection.

**13. Authorization to Release Information**
I hereby authorize Provider to obtain my medical information from other health care providers and suppliers as needed for my care and treatment. I authorize Provider to disclose, for review and/or copying, any of my medical information compiled during my admission as may be requested by my insurance company (private or governmental, i.e., Medicare or Medicaid), or other financially liable third party and/or their designated agent(s), for my benefit determinations, payment for services provided to me, and determination of the appropriateness of my admission or continued admission to, and length of stay at Provider location. EXCEPT AS I MAY SPECIFICALLY DIRECT OTHERWISE, I further authorize Provider to disclose my medical information to persons participating in my care. I understand that some of these providers and suppliers may be independent persons or entities that are involved in my medical care. I understand that State and Federal regulations may also require Provider to report information about me for public health or safety purposes including, but not limited to, reporting to immunization registries. If I am an LCMC Health employee or contractor, and am injured or exposed while at work and receive treatment, I authorize LCMC Health Employee Health to access my medical record for follow-up care and related purposes.

I further understand that the Provider belongs, directly or indirectly, to the Partnership for Access to Total Health Information Exchange (PATH HIE) which is also known as the Greater New Orleans Health Information Exchange (GNOHIE). PATH HIE allows other providers to see your health records including your health history, the medicines you take, test results, surgery reports, hospital discharge notes, and other health information. The sharing of this information saves time and helps providers give you better care. If you do not want the PATH HIE to share your records, you can "OPT OUT" of the PATH HIE at anytime by calling 504-301-9835 or by visiting the website at https://gnohie.org/contact-main/patient-opt-out-contact-form/ and clicking on "FAQs." Your records for treatment, payment, and operations will be shared until GNOHIE receives your "opt out" directive. I further understand that the Provider may participate in secure information exchanges designed to promote efficient, high quality care. These exchanges allow other providers to see your health records including your health history, the medicines you take, test results, surgery reports, hospital discharge notes, and other health information. If you do not want to share your records with these exchanges, you can "opt out" of at anytime by sending a completed and signed Opt-Out Form to the appropriate facility's Compliance Department or by contacting the LCMC HIM Department at 1 (844) 324-6205 for assistance in submitting the Opt-Out Form. If you opt out of these exchanges, you will be excluded from all exchanges that Provider participates in.

**14. Financial Agreement**
I hereby obligate myself to pay Provider for all care, services, and treatment I receive, according to Provider's regular rates and fee schedules. If I am covered by a health plan or insurance policy, I agree to provide current and accurate information prior to or at the time of admission/registration. I certify that all information that I have provided or shared with the Provider is true and accurate and that I have complied with all insurance company requirements for referrals, pre-authorizations, and family coverage to avoid payment denial. I understand that if I have failed to comply with these requirements, I will be responsible for the bill. If I am eligible to receive benefits under a health care service plan with which Provider has contracted, I may be required to pay for some services pursuant to the plan's contract. If I prefer a private room during an inpatient stay, I understand that I may be responsible for its cost. If my health care plan determines Provider's services to me are not medically necessary, I authorize Provider to represent me in any review of the determination made by or on behalf of my health care plan. If non-insurance payments made on my account exceed the total amount due, including without limitation to any late charge, Provider is authorized to apply that excess to any pre-existing account for prior medical services furnished. In the event, my account becomes delinquent and is referred to an attorney or a collection agency, I will be expected to pay attorney fees, court costs, and collection expenses. I understand that I am responsible for any non-covered services, deductibles, and co-payments. All delinquent accounts shall bear interest at the maximum rate allowed by law. *I understand that I will receive bills both from Provider and any independent physicians or other practitioners involved in my care.*

**I understand that this General Consent for Examination and Treatment will remain in effect and apply to all treatment or services I receive unless I revoke it, in writing, except to the extent that Provider has already taken action in reliance therein. I also understand that I may be asked to provide informed consent for specific procedures, treatments, or services rendered by Provider, a physician, or other healthcare providers affiliated with Provider and that such informed consent will include, but is not limited to, the benefits and risks associated with a specific procedure, treatment, or service. Such informed consent will be presented to me in a separate document or electronic medium and will be made part of my medical record.**
**FINANCIAL RESPONSIBILITY BY PERSON OTHER THAN THE PATIENT OR PATIENT'S LEGAL REPRESENTATIVE**
I agree to accept financial responsibility for services rendered to the Patient and to unconditionally accept the terms of the Financial Agreement



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

and Assignment of Benefits set forth above.

**PATIENT CERTIFICATION**
I have read, understood and fully agree to each of the above statements and have been provided the opportunity to ask questions regarding such statements. I sign below as my free and voluntary act. I also acknowledge that I have been offered information on the following subjects: Patient Rights and Responsibilities, Advance Directives, Notice of Privacy Practices, and Patient Billing. I also acknowledge that I have the right to receive a copy of this General Consent form upon my request.

Signature of Responsible Party:

Signature captured with Topaz by Winston B. Boyd at 1/23/2024 02:06 AM

**If other than Patient, indicate relationship:**

**(If signing via MyChart) - Relation to Patient :**

**Reason Patient is unable to sign (if applicable):**

**(If signing via MyChart) - Reason unable to sign :**

**Hospital Representative:** HARRISON, ELLA

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**



LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

**Patient Rights and Responsibilities - Electronic signature on 1/23/2024 2:07 AM (effective from 1/23/2024) - E-signed**

Clinical date/time: 1/23/2024 0207                    Description: —
Status: Signed
Effective date/time: 1/23/2024 0207

# PATIENT'S BILL OF RIGHTS AND RESPONSIBILITIES

## Your Rights

- You have the right to receive considerate, respectful and compassionate care in a safe setting regardless of your age, gender, race, national origin, religion, sexual orientation, gender identity or disabilities.
- You have the right to receive care in a safe environment free from all forms of abuse, neglect, or mistreatment.
- You have the right to be called by your proper name and to be in an environment that maintains dignity and adds to a positive self-image.
- You have the right to be told the names of your doctors, nurses, and all health care team members directing and/or providing your care.
- You have the right to have a family member or person of your choice and your own doctor notified promptly of your admission to the hospital.
- You have the right to have someone remain with you for emotional support during your hospital stay, unless your visitor's presence compromises your or others' rights, safety or health. You have the right to deny visitation at any time.
- You have the right to be told by your doctor about your diagnosis and possible prognosis, the benefits and risks of treatment, and the expected outcome of treatment, including unexpected outcomes. You have the right to give written informed consent before any non-emergency procedure begins.
- You have the right to have your pain assessed and to be involved in decisions about treating your pain.
- You have the right to be free from restraints and seclusion in any form that is not medically required and to have restrictions on your freedom kept to the minimum needed to protect other people.
- You can expect full consideration of your privacy and confidentiality in care discussions, exams, and treatments. You may ask for an escort during any type of exam. You have the right to access protective and advocacy services in cases of abuse or neglect. The hospital will provide a list of these resources.
- You, your family, and friends with your permission, have the right to participate in decisions about your care, your treatment, and services provided, including the right to refuse treatment to the extent permitted by law. If you leave the hospital against the advice of your doctor, the hospital and doctors will not be responsible for any medical consequences that may occur.
- You, your family, and friends with your permission, have the right to participate in decisions about your care, your treatment, and services provided, including the right to refuse treatment to the extent permitted by law. If you leave the hospital against the advice of your doctor, the hospital and doctors will not be responsible for any medical consequences that may occur.
- You have the right to agree or refuse to take part in medical research studies. You may withdraw from a study at any time without impacting your access to standard care.
- You have the right to communication that you can understand. The hospital will provide sign language and foreign language interpreters as needed at no cost. Information given will be appropriate to your age, understanding, and language. If you have vision, speech, hearing, and/or other impairments, you will receive additional aids to ensure your care needs are met.
- You have the right to make an advance directive and appoint someone to make health care decisions for you if you are unable. If you do not have an advance directive, we can provide you with information and help you complete one.
- You have the right to be involved in your discharge plan. You can expect to be told in a timely manner of your discharge, transfer to another facility, or transfer to another level of care. Before your discharge, you can expect to receive information about follow-up care that you may need.
- You have the right to receive detailed information about your hospital and physician charges.
- You can expect that all communication and records about your care are confidential, unless disclosure is permitted by law. You have the right to see or get a copy of your medical records. You may add information to your medical record by contacting the Medical Records Department. You have the right to request a list of people to whom your personal health information was disclosed.



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

- You have the right to give or refuse consent for recordings, photographs, films, or other images to be produced or used for internal or external purposes other than identification, diagnosis, or treatment. You have the right to withdraw consent up until a reasonable time before the item is used.
- Be given a statement of your legal rights under the Mental Health Act and information about available advocacy services and grievance procedures at the time that the Order of Authorization for Temporary Admission is made.
- Seek a review by a Mental Health Tribunal against being on an order
- If you or a family member needs to discuss an ethical issue related to your care, a member of the Ethics Service is available by pager at all times. To reach a member, dial 504-702-3000.
- You have the right to spiritual services.
- You have the right to voice your concerns about the care you receive. If you have a problem or complaint, you may talk with your doctor, nurse manager, or a department manager. You may also contact the Executive Lead – Patient Experience at 504-702-3600.
- If your concern is not resolved to your liking, you may also contact: Louisiana Department of Health (LDH), by mail to Health Standards Section P.O Box 3767 Baton Rouge, LA 70821, email: hhs.mail@la.gov, by phone to 225-342-0138 or 866-280-7737, or by fax to 225-342-5073. You may also contact The Joint Commission via their website www.jointcommission.org using the "Report a Patient Safety Event" link in the "Action Center" on the home page of the website, by fax to 630-792-5636 or by mail to The Office of Quality and Patient Safety (OQPS), The Joint Commission, One Renaissance Boulevard, Oakbrook Terrace, Illinois 60181.  To share concerns of discrimination, contact the Office of Civil Rights at the U.S. Department of Health and Human Services, 1301 Young Street, Suite 1169, Dallas, TX 75020.

## Your Responsibilities

- You are expected to provide complete and accurate information, including your full name, address, and home telephone number, date of birth, Social Security number, insurance carrier and employer when it is required.
- You should provide the hospital or your doctor with a copy of your advance directive if you have one.
- You are expected to provide complete and accurate information about your health and medical history, including present condition, past illnesses, hospital stays, medicines, vitamins, herbal products, and any other matters that pertain to your health, including perceived safety risks.
- You are expected to ask questions when you do not understand information or instructions. If you believe you cannot follow through with your treatment plan, you are responsible for telling your doctor. You are responsible for outcomes if you do not follow the care, treatment, and service plan.
- You are expected to actively participate in your pain management plan and to keep your doctors and nurses informed of the effectiveness of your treatment.
- You are asked to please leave valuables at home and bring only necessary items for your hospital stay.
- You are expected to treat all hospital staff, other patients, and visitors with courtesy and respect; abide by all hospital rules and safety regulations; and be mindful of noise levels, privacy, and number of visitors.
- You are expected to provide complete and accurate information about your health insurance coverage and to pay your bills in a timely manner.
- You have the responsibility to keep appointments, be on time, and call your health care provider if you cannot keep your appointments.
- You have the responsibility to voice your concerns about the care you receive. If you have a problem or complaint, you should talk with your nurse, doctor, nurse manager, and/or a department manager. You may also contact the Executive Lead – Patient Experience at 504-702-3600.

## Appointed Designated Representative

Would you like to appoint a designated representative at this time? This person will be informed of medical

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

███████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

Documents (continued)

information including but not limited to your diagnosis and medical testing.

*A designated representative is defined as someone appointed by the patient to act on behalf of the patient when the patient is unable to do so, or when the patient has given permission to the designated representative to make decisions.*

Would you like to appoint a designated representative at this time?
Appointed Designated Representative:
Relationship to Patient:
Home Phone Number:
Cell Phone Number:

Your signature below ensures you have reviewed your rights and responsibilities as a UMCNO patient.

Signature captured with Topaz by Winston B. Boyd at 1/23/2024 02:07 AM
Signature of Patient or Patient's Designated Representative

# For Inpatients Only

For **inpatients only**, please check the appropriate response from the drop-down menu on the left:

# Interpreter Questions

Interpreter Used?
Information about the Interpreter (Name/Service/Company/etc.):



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
████████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

Documents (continued)

Louisiana Balance Billing Disclosure Notice - Electronic signature on 1/23/2024  2:07 AM (effective from 1/23/2024) - E-signed

Clinical date/time: 1/23/2024 0207
Status: Signed
Effective date/time: 1/23/2024 0207

Description: —



**University**
**Medical Center**
**New Orleans**
LCMC Health

## Balance Billing Disclosure Notice

| Patient Name: | BOYD,WINSTON BRUCE | Date Of Birth: | ████████████ |
| Guarantor Name: | BOYD,WINSTON BRUCE | Relationship to Patient | Self |
| Payor Name: | AETNA BETTER HEALTH | Payor ID: | ████████████ |
| Insured Name: | BOYD,WINSTON BRUCE | Provider: | DETIEGE, PIERRE G. |

Pursuant to Louisiana Revised Statute 22:1880, University Medical Center New Orleans is providing the above patient/guarantor with this notice and is disclosing that as of January 23, 2024 they

with the above listed payor

Professional services rendered by independent healthcare professionals are not part of the hospital bill. These services will be billed to the patient separately.

Please understand that physicians or other healthcare professionals may be called upon to provide care or services to you or on your behalf, but you may not actually see, or be examined by, all physicians or healthcare professionals participating in your care; for example, you may not see physicians providing radiology, pathology, and EKG interpretation. In many instances, there will be a separate charge for professional services rendered by physicians to you or on your behalf, and you will receive a bill for these professional services that is separate from the bill for hospital services. These independent healthcare professionals may not participate in your health plan and you may be responsible for payment of all or part of the fees for the services provided by these physicians who have provided out-of-network services, in addition to applicable amounts due for copayments, coinsurance, deductibles, and non-covered services.

We encourage you to contact your health plan to determine whether the independent healthcare professionals are participating with your health plan. In order to obtain the most accurate and up-to-date information about in-network and out-of-network independent healthcare professionals, please

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

███████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

Documents (continued)

contact the customer service number of your health plan or visit its website. Your health plan is the primary source of information on its provider network and benefits. To help you determine whether the independent healthcare professionals who provide services at this facility are participating with your health plan, we have provided you with a complete list of the names and contact information for each individual or group which includes the name and contact information for each individual or group.

We encourage you to request information from your health insurance issuer as to whether these physicians are contracted with your health insurance issuer and under what circumstance you may be responsible for payment of any amounts not paid your health insurance issuer.

In addition to receiving a hard copy listing of our physician list during the registration process, we maintain a listing of these physicians on our website, who have been granted medical staff privileges to provide medical services at our facility.  This list is updated as needed and can be found at http://www.umcno.org/billing

If you are receiving services in a hospital-based outpatient facility where the facility provides the use of the facility, medical, or technical equipment, supplies, staff, and services, please note the following. Depending on your health insurance benefit plan and the actual services furnished by the facility, you may receive a facility charge billed separately from the physician that covers the fees for the use of the facility, medical, or technical equipment, supplies, staff, and services.

Patient or Gaurdian Signature

_Signature captured with Topaz by Winston B. Boyd at 1/23/2024 02:07 AM_

**Patient Signature:**

**Date:** January 23, 2024

**Hospital Representative:** HARRISON, ELLA

**Date:** January 23, 2024

Interpreter Used? No
Information about the Interpreter (Name/Service/Company/etc.): Not Applicable

| University Medical Center | | |
|---|---|---|
| **Specialty** | **Hospital Based Physician Group** | **Business Phone Number** |
| | | |

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

Documents (continued)

| Anesthesiology | LSU Healthcare Network | 504.412.1100 |
|---|---|---|
| Pathology | LSU Healthcare Network | 504.412.1100 |
| Emergency Medicine | LSU Healthcare Network | 504.412.1100 |
| Radiology | LSU Healthcare Network | 504.412.1100 |



**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
███████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

<u>Hospital Consent for Treatment - Electronic signature on 1/23/2024  2:08 AM (effective from 1/23/2024) - E-signed</u>

Clinical date/time: 1/23/2024 0208                    Description: —
Status: Signed
Effective date/time: 1/23/2024 0208

**University**
**Medical Center**
**New Orleans**
LCMC Health

**Financial Consent for Examination and Treatment**

<u>**IMPORTANT: DO NOT SIGN THIS FORM WITHOUT READING AND UNDERSTANDING ITS CONTENTS.**</u>

**1. Consent to Medical Treatment/Services and Surgical Procedures**
I hereby authorize Provider, the provider(s) treating me, and whomever they may select as their assistants, to provide reasonable and necessary medical treatment to me, including but not limited to, emergency care, administration of approved drugs, nursing care, and radiology and pathology services.  I understand it is the responsibility of my physician or surgeon to obtain my informed consent, when required, for medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered under the general and special instructions of the physician.  I understand that in many instances the physicians and surgeons furnishing services to me are independent contractors and are not employees or agents of Provider.  If I am incapacitated and unable to provide my consent and authorization as discussed above, such consent and authorization may be given by any of those persons who are authorized to consent to surgical or medical treatment on my behalf pursuant to La. R. S. 40:1299.53.

**2. Specimens**
I authorize and consent to the preservation, examination, testing, retention, use, including, without limitation, the use for scientific, diagnostic, therapeutic or educational purposes, or disposal, by Provider, at its discretion, of any specimens, tissues, materials, or substances which may be removed during a diagnostic procedure, therapeutic intervention or medical treatment.

**3. Photography**
I consent to photographs, videotapes, digital or other images that may be recorded to document my care. I understand that these images may be used for treatment, health care operations, scientific, educational, research, patient identification, or security purposes.  I understand that these images will be stored in a secure manner and will only be used for reasons other than those outlined above upon my written authorization, or as otherwise permitted by law.

**4. Telemedicine**
I consent to having some or all of my medical services provided by video or other interactive telecommunication technology as allowed by law.  I understand that I may decline to receive medical services via telemedicine or withdraw from such care at any time.

**5. Education**
I have been informed and understand that Provider is a teaching institution and the procedures performed may require observation, cooperation and services of multiple health care providers.  I authorize and understand that my care may be provided by student nurses, technicians, therapists, interns, residents, fellows and other providers and observers, which are supervised by qualified faculty and/or personnel, in accordance with policies of the Provider. I also consent to the presence of manufacturer's representative(s) during certain procedure(s) to observe and provide technical consultation to the physician(s) at the discretion and approval of the physician(s) and Provider.

**6. Drugs**
Unless my provider specifies otherwise, I agree and consent to Provider dispensing chemically identical or therapeutically comparable ("generic") drugs from a drug list approved by the Provider's Medical Staff, as part of its formulary system.

**7. Devices**
I consent to disposal of explanted medical device unless I specifically request it to be retained prior to procedure.

**8. No Guarantees**
I acknowledge that the practice of medicine is not an exact science and that **NO GUARANTEES OR ASSURANCES HAVE BEEN MADE TO ME** concerning the outcome and/or result of any Medical Treatment/Services.

**9. Blood**
I understand that should any hospital or emergency medical personnel, physician, or other person(s) be exposed or report an exposure to my blood or body fluids, my blood will be tested for blood borne infections including, without limitation, Hepatitis B and C as well as HIV/AIDS. I understand that I can decline HIV testing if it is for routine screening. I understand that state law requires Provider and/or physician to report certain infectious diseases including sexually transmitted diseases to the state Department of Health.

**10. Waiver of Liability for Loss of Personal Property**
Provider encourages patients and families NOT to store money and valuables at Provider facilities; these items should be left at home or with family members or other caregivers.  Some Provider facilities have designated secure areas for the safekeeping of money and valuables (including but not limited to, money, jewelry, documents, fur garments, dentures, eyeglasses, hearing aids, prosthetics, or other personal property).  Provider will not be liable for the loss of or damage to any personal property not formally deposited in a designated secure area.



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Documents (continued)

### 11. Assignment of Benefits
I hereby assign and authorize, whether I sign as agent or as Patient, direct payment to Provider and/or to any hospital based physician of all insurance and health plan benefits, including, but not limited to, federal healthcare program benefits, otherwise payable to or on behalf of me for this hospitalization or for these outpatient services, including emergency services if rendered. It is understood by me that I am financially responsible to Provider for charges not covered by this assignment.

### 12. Authorization for Healthcare Related Calls, Texts, and E-mails
I authorize Provider, its employees, agents, representatives and/or designees to contact me using prerecorded/artificial voice messages and/or automatic dialing service at any telephone number (including a wireless telephone) that I disclose to Provider. This consent and authorization will apply to text messages sent to the wireless numbers I disclose to Provider as well as emails using any email address that I provide to Provider.

I agree that by providing services to myself (or others I may be financially responsible, including but not limited to my dependent(s), "We", (which, for purposes of this CONSENT FORM at UNIVERSITY MEDICAL CENTER - NO, "We" or "Us" includes any third party and/or service partner we enlist to service your account or to collect any amounts you may owe) may contact you, or anyone on your behalf, by telephone at any telephone number associated with your account, including wireless telephone numbers, which could result in charges to you. We may also contact you by sending text messages to any number you provide or We obtain or emails using any email address you provide or We obtain. Methods of contact may include using pre-recorded/artificial voice messages and/or use of an automatic dialing device, as applicable. Telephone calls to and from Us may be monitored and recorded. You also agree and understand We may use vendor partners in servicing your account. Any information available or obtained by Us may be used by Us and provided to our vendor partners for the limited purpose of servicing and/or collection.

### 13. Authorization to Release Information
I hereby authorize Provider to obtain my medical information from other health care providers and suppliers as needed for my care and treatment. I authorize Provider to disclose, for review and/or copying, any of my medical information compiled during my admission as may be requested by my insurance company (private or governmental, i.e., Medicare or Medicaid), or other financially liable third party and/or their designated agent(s), for my benefit determinations, payment for services provided to me, and determination of the appropriateness of my admission or continued admission to, and length of stay at Provider location. EXCEPT AS I MAY SPECIFICALLY DIRECT OTHERWISE, I further authorize Provider to disclose my medical information to persons participating in my care. I understand that some of these providers and suppliers may be independent persons or entities that are involved in my medical care. I understand that State and Federal regulations may also require Provider to report information about me for public health or safety purposes including, but not limited to, reporting to immunization registries. If I am an LCMC Health employee or contractor, and am injured or exposed while at work and receive treatment, I authorize LCMC Health Employee Health to access my medical record for follow-up care and related purposes.

I further understand that the Provider belongs, directly or indirectly, to the Partnership for Access to Total Health Information Exchange (PATH HIE) which is also known as the Greater New Orleans Health Information Exchange (GNOHIE). PATH HIE allows other providers to see your health records including your health history, the medicines you take, test results, surgery reports, hospital discharge notes, and other health information. The sharing of this information saves time and helps providers give you better care. If you do not want the PATH HIE to share your records, you can "OPT OUT" of the PATH HIE at anytime by calling 504-301-9835 or by visiting the website at https://gnohie.org/contact-main/patient-opt-out- contact-form/ and clicking on "FAQs." Your records for treatment, payment, and operations will be shared until GNOHIE receives your "opt out" directive. I further understand that the Provider may participate in secure information exchanges designed to promote efficient, high quality care. These exchanges allow other providers to see your health records including your health history, the medicines you take, test results, surgery reports, hospital discharge notes, and other health information. If you do not want to share your records with these exchanges, you can "opt out" of at anytime by sending a completed and signed Opt-Out Form to the appropriate facility's Compliance Department or by contacting the LCMC HIM Department at 1(844) 324-6205 for assistance in submitting the Opt-Out Form. If you opt out of these exchanges, you will be excluded from all exchanges that Provider participates in.

### 14. Financial Agreement
I hereby obligate myself to pay Provider for all care, services, and treatment I receive, according to Provider's regular rates and fee schedules. If I am covered by a health plan or insurance policy, I agree to provide current and accurate information prior to or at the time of admission/registration. I certify that all information that I have provided or shared with the Provider is true and accurate and that I have complied with all insurance company requirements for referrals, pre-authorizations, and family coverage to avoid payment denial. I understand that if I have failed to comply with these requirements, I will be responsible for the bill. If I am eligible to receive benefits under a health care service plan with which Provider has contracted, I may be required to pay for some services pursuant to the plan's contract. If I prefer a private room during an inpatient stay, I understand that I may be responsible for its cost. If my health care plan determines Provider's services to me are not medically necessary, I authorize Provider to represent me in any review of the determination made by or on behalf of my health care plan. If non-insurance payments made on my account exceed the total amount due, including without limitation to any late charge, Provider is authorized to apply that excess to any pre-existing account for prior medical services furnished. In the event, my account becomes delinquent and is referred to an attorney or a collection agency, I will be expected to pay attorney fees, court costs, and collection expenses. I understand that I am responsible for any non-covered services, deductibles, and co-payments. All delinquent accounts shall bear interest at the maximum rate allowed by law. *I understand that I will receive bills both from Provider and any independent physicians or other practitioners involved in my care.*

**I understand that this General Consent for Examination and Treatment will remain in effect and apply to all treatment or services I receive unless I revoke it, in writing, except to the extent that Provider has already taken action in reliance therein. I also understand that I may be asked to provide informed consent for specific procedures, treatments, or services rendered by Provider, a physician, or other healthcare providers affiliated with Provider and that such informed consent will include, but is not limited to, the benefits and risks associated with a specific procedure, treatment, or service. Such informed consent will be presented to me in a separate document or electronic medium and will be made part of my medical record.**
FINANCIAL RESPONSIBILITY BY PERSON OTHER THAN THE PATIENT OR PATIENT'S LEGAL REPRESENTATIVE
I agree to accept financial responsibility for services rendered to the Patient and to unconditionally accept the terms of the Financial Agreement



**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Documents (continued)

and Assignment of Benefits set forth above.

### PATIENT CERTIFICATION
I have read, understood and fully agree to each of the above statements and have been provided the opportunity to ask questions regarding such statements. I sign below as my free and voluntary act. I also acknowledge that I have been offered information on the following subjects: Patient Rights and Responsibilities, Advance Directives, Notice of Privacy Practices, and Patient Billing. I also acknowledge that I have the right to receive a copy of this General Consent form upon my request.

Signature of Responsible Party:

Signature captured with Topaz by Winston B. Boyd at 1/23/2024 02:08 AM

If other than Patient, indicate relationship:

(If signing via MyChart) - Relation to Patient :

Reason Patient is unable to sign (if applicable):

(If signing via MyChart) - Reason unable to sign :

Hospital Representative: HARRISON, ELLA

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

# LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
                                        Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

**Documents (continued)**

### After Visit Summary - Document on 1/23/2024 2:36 AM

Clinical date/time: 1/23/2024 0236
Description: ED After Visit Summary
Service date/time: 1/23/2024 0236

User: Michael Verges, RN
Status: —

Document (below)

---

## AFTER VISIT SUMMARY

**University Medical Center New Orleans** LCMC Health

**Winston B. Boyd**  MRN: ▮▮▮▮▮        📅 1/22/2024   📍 UMCNO EMERGENCY DEPT 504-702-4003

### Instructions

If you experience any signs of infection at your wound such as redness, warmth, swelling, drainage of pus, or any other concerning symptoms please return to the nearest emergency room.

 **Your medications have changed**
🔄 START taking:
   **amoxicillin-clavulanate** (AUGMENTIN)
   **ibuprofen** (Motrin)
   **Review your updated medication list below.**

 Read the attached information
1. Animal Bites Discharge Instructions (English)
2. Animal Bites ED (English)
3. Laceration Repair With Stitches Discharge Instructions (English)

 Pick up these medications at WALGREENS DRUG STORE #15571 - METAIRIE, LA - 4501 AIRLINE DR AT NWC OF CLEARVIEW & AIRLINE

amoxicillin-clavulanate • ibuprofen

Address: 4501 AIRLINE DR, METAIRIE LA 70001-5646
Hours:   24-hours
Phone:   504-885-4867

 Schedule an appointment with University Medical Center Primary Care Clinic as soon as possible for a visit in 2 weeks (around 2/6/2024)
Why: For suture removal
Specialty: Primary Care
Contact: 2003 Tulane Ave
        Suite B
        New Orleans Louisiana 70112-3018
        504-962-6120
UMCNO Primary Care Center, Suite B of the Clinic (Annex)
----------------------------------------------------------------
Please report to University Medical Center New Orleans. The main patient entrances are on S. Galvez Street and Tulane Avenue. Free patient parking is available in our parking garage at 2001 Tulane Avenue. UMCNO Primary Care Center is located on the first floor, street level, of the UMCNO parking garage at the corner of Tulane Avenue and S Prieur Street. Swipe your valid driver's license or state-issued ID card at the kiosk. When called, check in with the Patient Access Registrar.

### Today's Visit

You were seen by P Detiege, MD

Reason for Visit
Animal Bite

Diagnosis
Dog bite

🩻 Imaging Tests
   XR Femur 2 VW Left
   XR Knee 3 VW Left

💊 Medications Given
   ibuprofen (Motrin) Last given
   1/23/2024 1:57 AM

🩸 Blood Pressure    🌡 Temperature
   **139/85**          **97.9 °F**

❤ Pulse            🫁 Respiration
   **84**              **18**

🧍 Oxygen Saturation
   **99%**

---

Winston B. Boyd (MRN: ▮▮▮▮▮ • Printed at 1/23/2024 2:36 AM        Page 1 of 15   **Epic**

---

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

Instructions (continued)

 Go to UMCNO EMERGENCY DEPT
Why: As needed, if symptoms worsen
Specialty: Emergency Medicine
Contact: 2000 Canal St
         New Orleans Louisiana 70112-3018
         504-702-4003
Report to emergency room registration.

## What's Next

You currently have no upcoming appointments scheduled.

**Questions about your health or care at LCMC Health? Call our free Nurse Hotline
at (504) 962-6202. Hours: Mon-Fri 8a-8p and Sat-Sun 8a-4p.**

We're committed to providing you with the best care possible. It is important for us to know if we accomplished our
goal during your stay with us. You may receive a phone call or paper survey following your discharge from UMC to rate
your hospital experience, including your room, how you were treated and other items. Your input would be greatly
appreciated. Thank you for your help in improving the care we will provide for you and others in the future.

If you have any non-urgent problems after discharge, please feel free to call the Nurse Manager or the Charge Nurse on
the unit you were discharged from at (504)702-3000.  We will help you with any questions you may have.

University Medical Center would like to thank you for allowing us to assist you with your healthcare needs. The
following includes patient education materials and information regarding your injury/illness. Our entire staff strives to
provide an excellent experience for our patients and their families.

Patient satisfaction is important to us! After discharge, you may be randomly selected to get a call from our patient
satisfaction survey vendor. Your answers help us to improve care for our patients. We hope that you will take the time to
answer the survey when called, and let us know how we are doing. Thank you for choosing University Medical Center
for your care!

## Immunizations Administered

| Name | Date |
|------|------|
| **TDAP** | ~~1/23/2024~~ Deferred |

Manufacturer: Sanofi Pasteur
Medication Name: ADACEL (TDAP ADOLESN/ADULT)(PF)2LF-(2.5-5-3-5MCG)-5 LF/0.5 ML IM SUSP

## Medicaid Transportation Information

Non-Emergency transportation to medical appointments.

Winston B. Boyd (MRN: ▮▮▮▮▮ • Printed at 1/23/2024 2:36 AM          Page 2 of 15   *Epic*

# LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
                                    Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

## 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

**Documents (continued)**

Medicaid Transportation Information (continued)

If you have Medicaid and require transportation to follow-up appointments, you can access Medicaid Transportation by calling the telephone number on the back of your Medicaid card and following the prompts.

If you do not know which Medicaid plan you have call: 1-888-342-6207

| Medicaid Provider | Call Center Name | Phone Number |
|---|---|---|
| Legacy Medicaid | Southeast Transportation | Reservations: 855-325-7565 |
| Healthy Blue | Meditrans | Reservations: 866-430-1101 |
| AmeriHealth Caritas | Southeast Transportation | Reservations: 855-913-0364 |
| Humana Healthy Horizons | Meditrans | Reservations: 844-613=1638 |
| LA Healthcare Connections | Centene | Reservations: 855-369-3723 |
| Aetna Better Health | Meditrans | Reservations: 877-917-4150 |
| United Healthcare Community | Modivcare | Reservations: 866-726-1472 |

Members must call no later than 48 HOURS/2 BUSINESS DAYS before the time of your appointment. You must call between 7am-7pm Monday – Friday to make your reservation. Have your Medicaid number or social number ready. You will need the address of your appointment as well as the address of your pick up location.

Winston B. Boyd (MRN: ███ • Printed at 1/23/2024  2:36 AM                    Page 3 of 15   *Epic*

 **LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
█████████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

---

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

---

## Changes to Your Medication List

### START taking these medications


START

**amoxicillin-clavulanate** 875-125 mg per tablet
Commonly known as: AUGMENTIN

Take 1 tablet by mouth 2 (two) times daily for 10 days


START

**ibuprofen** 600 MG tablet
Commonly known as: Motrin

Take 1 tablet by mouth every 6 (six) hours as needed
(For pain) for up to 7 days

---

### LCMC Health Patient Portal

Welcome to LCMC Health Patient Portal ! Send messages to your health care providers, renew prescriptions, view
test results, request and manage appointments, and more. **For medical emergencies, dial 911.**

To sign up, visit https://PatientPortal.LCMCHealth.org Click "Sign Up Now" and enter your access code exactly as it
appears below:

**4GM8P-B3KZ6-TQ4FA**
**Expires: 3/23/2024  2:36 AM**

---

Winston B. Boyd (MRN: ███████ • Printed at 1/23/2024  2:36 AM          Page 4 of 15    *Epic*



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Adm: 1/22/2024, D/C: 1/23/2024

, Sex: M

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

📄 Attached Information                         Animal Bites Discharge Instructions (English)

**Patient Education**

## Animal Bites Discharge Instructions

### About this topic

Many kinds of animals can bite you. The bite may have scraped, torn, or punctured your skin. Depending on how serious the bite is, you may need stitches. You may need to take antibiotics to treat or prevent infections. The doctors gave you a rabies vaccine if the animal bite could have exposed you to rabies. You will need to get more shots of the vaccine to keep you from getting rabies. Most of the time, you can care for your wounds at home. How long it will take to heal is based on how serious the wound is.

### What care is needed at home?

- Ask your doctor what you need to do when you go home. Make sure you ask questions if you do not understand what the doctor says.

- If you got a prescription for antibiotics, be sure to take all of the medicine as prescribed.

- The doctor may want you to keep your wound covered as it heals. You may want to use a thin layer of antibiotic ointment to help keep the wound moist. This will also keep the dressing from sticking to the wound.

- After a day or two, you can gently wash the wound with soap and water. Pat dry and put on a clean dressing. If you got stitches, the doctor will tell you how to care for them.

- Change your dressing once a day or every other day.

- Always wash your hands before and after touching the wound.

- Each time you change the dressing, look closely at the wound to be sure it is healing the right way. The wound may have a thin, yellowish discharge, and this is normal.

- Avoid picking the scab or scratching the site which may cause more irritation.

- Do not soak in water or swim with an open wound.

Winston B. Boyd (MRN:          - Printed at 1/23/2024 2:36 AM                    Page 5 of 15    *Epic*

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
[redacted], Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

## Wound Care



### What follow-up care is needed?

- Your doctor may want you to follow up in 48 hours to check for infection.
- If you have stitches, you will need to have them taken out. Your doctor will often want to do this in 1 to 2 weeks.

### What drugs may be needed?

The doctor may order drugs to:

- Help with pain
- Prevent infection

You may also get a tetanus or rabies shot from your doctor. If rabies shots are needed, they are given over a specific period of time. Make sure you keep all appointments to get all of your shots.

### Will physical activity be limited?

For minor bruises or wounds, you will likely be able to do your normal activities. If your wound is very bad, you may have to limit your activity.

### What problems could happen?

Most animal bites get better without problems. Sometimes, there are problems like:

- Infection
- Bleeding

Winston B. Boyd (MRN: [redacted] · Printed at 1/23/2024 2:36 AM        Page 6 of 15    *Epic*

LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
█████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

- Pain in the bitten area
- Drainage, swelling, or redness at wound site

### What can be done to prevent this health problem?

- Always be careful when playing with pets.
- Do not bother animals, especially when they are eating, sleeping, or caring for their young.
- Do not step between animals that are growling, hissing, or fighting.
- Do not interact with unknown animals. Help your children learn which animals are OK to play with. Always ask before you reach out to touch someone's animal.
- Do not play with wild animals. Keep your fingers out of cages at zoos and pet stores.
- Do not capture or feed wild animals.
- Do not pull on animal's tails or ears.
- Keep your pet's rabies shots up to date.
- Keep your tetanus shot up to date.
- If an unknown animal comes up to you, do not move.

## Avoiding Animal Bites



Avoid taking a dog's
bone or toys

Avoid bothering dogs
when they are eating

Avoid putting your face
right up to a dog's face

Avoid bothering animals
when they are resting

Avoid grabbing tail
or ears

### When do I need to call the doctor?

- You have a fever of 100.4°F (38°C) or higher or chills.
- Your wound is swollen, red, or warm.
- Your wound has thick yellow or green drainage.

Winston B. Boyd (MRN: ████ • Printed at 1/23/2024 2:36 AM          Page 7 of 15   *Epic*

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
███████████████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

- The wound opens up.
- You have more pain at the bite after the first 2 days.

### Teach Back: Helping You Understand

The Teach Back Method helps you understand the information we are giving you. After you talk with the staff, tell them in your own words what you learned. This helps to make sure the staff has described each thing clearly. It also helps to explain things that may have been confusing. Before going home, make sure you can do these:

- I can tell you how to care for my wound.
- I can tell you what I will do to help prevent another animal bite.
- I can tell you what I will do if I have swelling, redness, or warmth around my wound.

### Last Reviewed Date

2021-10-05

### Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https:// www.wolterskluwer.com/en/know/clinical-effectiveness-terms

### Copyright

Copyright © 2023 UpToDate, Inc. and its affiliates and/or licensors. All rights reserved.



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

📄 Attached Information                                    Animal Bites ED (English)

Patient Education

## Animal Bites ED

### General Information

You came to the Emergency Department (ED) after an animal bite. The bite may have scraped, torn, or punctured your skin. Depending on how serious the bite is, you may need stitches. You may need to take antibiotics to treat or prevent infections. The doctors gave you a rabies vaccine if the animal bite could have exposed you to rabies. You will need to get more shots of the vaccine to keep you from getting rabies. Most of the time, you can care for your wounds at home. How long it will take to heal is based on how serious the wound is.

### What care is needed at home?

- Call your regular doctor to let them know you were in the ED. Make a follow-up appointment if you were told to.

- If you got a prescription for antibiotics, be sure to take all of the medicine as prescribed.

- The doctor may want you to keep your wound covered as it heals. You may want to use a thin layer of antibiotic ointment to help keep the wound moist. This will also keep the dressing from sticking to the wound.

- After a day or two, you can gently wash the wound with soap and water. Pat dry and put on a clean dressing. If you got stitches, the doctor will tell you how to care for them.

- Change your dressing once a day or every other day.

- Always wash your hands before and after touching the wound.

- Each time you change the dressing, look closely at the wound to be sure it is healing the right way. The wound may have a thin, yellowish discharge, and this is normal.

- Avoid picking the scab or scratching the site which may cause more irritation.

- Do not soak in water or swim with an open wound.

- If you have stitches, do not take them out yourself. Your stitches need to be removed on _____.

### When do I need to call the doctor?

- You have a fever of 100.4°F (38°C) or higher or chills.

- Your wound is swollen, red, or warm.

- Your wound has thick yellow or green drainage.

- The wound opens up.

- You have more pain at the bite after the first 2 days.

- You have new or worsening symptoms.

### Last Reviewed Date

Winston B. Boyd (MRN:         · Printed at 1/23/2024  2:36 AM                    Page 9 of 15   *Epic*



LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
██████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Documents (continued)

2021-08-18

### Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms

### Copyright

Copyright © 2023 UpToDate, Inc. and its affiliates and/or licensors. All rights reserved.

Winston B. Boyd (MRN: ██████ - Printed at 1/23/2024  2:36 AM          Page 10 of 15   *Epic*

LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

▮▮▮▮▮▮▮▮, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

 Attached Information        Laceration Repair With Stitches Discharge Instructions (English)

**Patient Education**

## Laceration Repair With Stitches Discharge Instructions

## About this topic

A laceration is a cut on your skin. It is most often caused by a sharp object like a knife blade, glass, or from other things with sharp edges. Sometimes, this kind of cut is shallow. Other times, it goes deep into the skin and muscles. Before the cut can be closed, it must be cleaned. Closing the wound is called a laceration repair.

Stitches are a special kind of thread and are also called sutures. They are used to close a skin cut or wound. They are often used for cuts that are deep or bleeding. Stitches work well for cuts with jagged edges, or those that have fat or muscle showing. Stitches most often makes the skin heal faster and with less scarring. The skin is sewn together with special kinds of thread. Stitches are used to fix cuts on the outside of the skin. They are also used to fix cuts made in surgery and cuts inside the body. Stitches are also used to help control bleeding. Some stitches need to be taken out. Others melt away or dissolve on their own as the wound heals.

### Laceration Repair with Stitches



Winston B. Boyd (MRN: ▮▮▮▮▮ • Printed at 1/23/2024  2:36 AM                Page 11 of 15   *Epic*

LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
██████████████████ Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

Documents (continued)

## Wound Care



## What care is needed at home?

- Ask your doctor what you need to do when you go home. Make sure you ask questions if you do not understand what the doctor says.

- Your wound may drain a small amount of clear yellow fluid in the first few days.

- Keep your wound clean and dry for the first 24 hours. After 24 hours, you can gently wash the wound with soap and water or take a shower.

- You may apply an antibiotic ointment to the wound 1 to 2 times each day. If you want, you can cover your wound with a bandage. You can also leave it open to air if you prefer.

- Wash your hands before and after you touch your wound or bandage.

- Avoid activities that could hurt the area of your stitches for 1 to 2 weeks. If you hurt the same part of your body again, stitches can break, and the cut can open up again.

- Do not try to take out the stitches yourself.

## What follow-up care is needed?

- Your doctor may ask you to make visits to the office to check on your progress. Be sure to keep these visits.

- If you have stitches that do not dissolve on their own, you will need to have them taken out. Your doctor will often want to do this in 5 to 10 days.

Winston B. Boyd (MRN: ████) • Printed at 1/23/2024 2:36 AM                Page 12 of 15   *Epic*



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

███████████████████████  Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

## What drugs may be needed?

The doctor may order drugs to:

- Help with pain
- Prevent or fight an infection

## Will physical activity be limited?

- Limit your activity until your wound is fully healed. Talk to your doctor about the right amount of activity for you.
- Your doctor will tell you when it is safe to return to sports. Be sure to ask your doctor before you do any activities.

## What problems could happen?

- Bleeding
- Infection
- Poor healing
- Scarring

## When do I need to call the doctor?

- You have a fever of 100.4°F (38°C) or higher or chills.
- Your wound is swollen, red, or warm.
- Your wound has thick yellow or green drainage.
- The wound opens up.

## Teach Back: Helping You Understand

The Teach Back Method helps you understand the information we are giving you. After you talk with the staff, tell them in your own words what you learned. This helps to make sure the staff has described each thing clearly. It also helps to explain things that may have been confusing. Before going home, make sure you can do these:

- I can tell you about my procedure.
- I can tell you how to care for my wound.
- I can tell you if my stitches dissolve or need to be removed by the doctor.
- I can tell you what I will do if I have swelling, redness, or warmth around my wound.

## Last Reviewed Date

2021-05-05

## Consumer Information Use and Disclaimer

This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the

Winston B. Boyd (MRN: ███████ • Printed at 1/23/2024 2:36 AM                    Page 13 of 15  *Epic*



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

▊▊▊▊▊▊▊▊▊▊▊▊, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof. The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms

## Copyright

Copyright © 2023 UpToDate, Inc. and its affiliates and/or licensors. All rights reserved.

**When you feel sick, you want to feel better fast. But antibiotics aren't the answer for every illness. This brochure can help you know when antibiotics work - and when they won't. For more information, talk to your healthcare provider or visit www.cdc.gov/getsmart.**

## The Risk: Bacteria Become Resistant

What's the harm in taking antibiotics anytime? Using antibiotics when they are not needed causes some bacteria to become resistant to the antibiotic.

These resistant bacteria are stronger and harder to kill. They can stay in your body and can cause severe illnesses that cannot be cured with antibiotics. A cure for resistant bacteria may require stronger treatment - and possibly a stay in the hospital.

To avoid the threat of antibiotic-resistant infections, the Centers for Disease Control and Prevention (CDC) recommends that you avoid taking unnecessary antibiotics.

## Antibiotics Aren't Always the Answer

Most illnesses are caused by two kinds of germs: bacteria or viruses. Antibiotics can cure bacterial infections - not viral infections.

**Bacteria** cause strep throat, some pneumonia and sinus infections. *Antibiotics can work.*

**Viruses** cause the common cold, most coughs and the flu. *Antibiotics don't work.*

Using antibiotics for a virus:

- **Will NOT cure the infection**
- **Will NOT help you feel better**
- **Will NOT keep others from catching your illness**

## Protect Yourself With the Best Care

You should not use antibiotics to treat the common cold or the flu.

Winston B. Boyd (MRN: ▊▊▊▊ • Printed at 1/23/2024  2:36 AM

Page 14 of 15   *Epic*

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

███████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

If antibiotics are prescribed for you to treat a bacterial infection - such as strep throat - be sure to take all of the medicine. Only using part of the prescription means that only part of the infection has been treated. Not finishing the medicine can cause resistant bacteria to develop.

**Talk to Your Healthcare
Provider to Learn More**

## Commonly Asked Questions:

**How Do I Know if I Have a Viral or Bacterial Infection?**

Ask your healthcare provider and follow his or her advice on what to do about your illness.

Remember, colds are caused by viruses and should not be treated with antibiotics.

**Won't an Antibiotic Help Me Feel Better Quicker so That I Can Get Back to Work When I Get a Cold or the Flu?**

No, antibiotics do nothing to help a viral illness. They will not help you feel better sooner. Ask your healthcare provider what other treatments are available to treat your symptoms.

**If Mucus from the Nose Changes from Clear to Yellow or Green - Does This Mean
I Need an Antibiotic?**

No. Yellow or green mucus does not mean that you have a bacterial infection. It is normal for mucus to get thick and change color during a viral cold.

**GET SMART...**
• Antibiotics are strong medicines, but they don't cure everything.
• When not used correctly, antibiotics can actually be harmful to your health.
• Antibiotics can cure most bacterial infections. Antibiotics cannot cure viral illnesses.
• Antibiotics kill bacteria – not viruses.
• When you are sick, antibiotics are not always the answer.

**USE ANTIBIOTICS WISELY**
*Talk with your healthcare provider about the right medicines
for your health.*

Cold or Flu.
Antibiotics Don't Work for You.

For more information, see the Centers for Disease Control and Prevention website at:
**www.cdc.gov/getsmart or call 1-800-CDC-INFO**

Winston B. Boyd (MRN: ███████ • Printed at 1/23/2024  2:36 AM          Page 15 of 15   *Epic*

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

### 01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)

## Documents (continued)

### Ambulance Record - Scan on 1/23/2024  2:20 PM (effective from 1/23/2024)

Clinical date/time: 1/23/2024 0000
Description: NOEMS
Service date/time: 1/23/2024
  Scan (below)

User: Jennifer Jones
Status: Received
Effective date/time: 1/23/2024

New Orleans EMS
Item #: 01-A-4214-24



.Print Out v1

New Orleans EMS
2929 Earhart Blvd
New Orleans, LA 70125
Work: (504) 658-2640
Fax: (504) 658-2739



**Patient Information**

| | | | |
|---|---|---|---|
| Name: Boyd, Winston | D.O.B: | Age: 39 Years | Weight: 90.7 kg (200 lbs) |
| SSN: | Race: Black or African American | Gender: Male | |
| Address: | | | |

**Hospital Medical Record Number**

Hospital Medical Record Number
1001721394

Is Patient Homeless?: No          Veteran Status: No          Validity: 100



**Provider Impression**

Primary Impression: Trauma - Traumatic Injury

**Complaint**

| Complaint Type | Complaint | Duration | Time Units of Duration of Complaint |
|---|---|---|---|
| Chief (Primary) | Traumatic Injury | Not Reporting Not Reporting | Not Reporting |

Chief Complaint Anatomic Location: Extremity-Lower
Chief Complaint Organ System: Musculoskeletal/Skin
Alcohol/Drug Use: None Reported
Possible Injury: Yes
Cardiac Arrest: No

**Symptoms**

Primary Symptom: Acute pain due to trauma

**Allergies**

**Medication Allergies**

Medication Allergies
No Known Drug Allergy

**Medications**

**Patient Medications**

| Medication | Dosage |
|---|---|
| Patient Denies Taking Any Medications | |

**Past Medical History**

Medical History: Unable to Complete
Barriers to Care: None Noted
Medical History Obtained From: Patient
Advance Directives: None



**Vitals**

**Vitals**

| PTA | Time | BP | Limb | HR | Rhythm | Resp | SpO2 | Qualifier | Temp | CBG | Pain | GCS | Position |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01/22/2024 22:40:50 | 147 / 96 | Right Arm | 87 | Sinus Rhythm | 18 | 98 | Room Air | | | 7 | 15 | Semi-Fowlers |
| | 01/22/2024 22:45:38 | 135 / 97 | Right Arm | 91 | Sinus Rhythm | 18 | 99 | Room Air | | | 7 | 15 | Semi-Fowlers |
| | 01/22/2024 22:50:33 | 140 / 104 | Right Arm | 96 | Sinus Rhythm | 18 | 99 | Room Air | | | 7 | 15 | Semi-Fowlers |

Date Printed: 01/23/2024 10:30          Item #: 01-A-4214-24



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Documents (continued)



New Orleans EMS
Item #: 01-A-4214-24

**Activities**

**Medications**

| PTA | Time | Crew | Medication | Route | Dosage | Response | Medication Complication |
|-----|------|------|-----------|-------|--------|----------|------------------------|
| No | 01/22/2024 22:38:45 | Happel, Matthew | Normal saline | Intravenous (IV) | 10 Milliliters (ml) | Unchanged | None |

**Procedures**

| Time | Crew | Name | Location | Size of Equipment | Attempts | Response | Success | Procedure Comments |
|------|------|------|----------|-------------------|----------|----------|---------|--------------------|
| 01/22/2024 22:26:06 | Frazier, Joseph | Wound Care - General | | 5x9, Kling | 1 | Unchanged | Yes | |
| 01/22/2024 22:38:45 | Happel, Matthew | IV, Extremity | Hand-Left | 20 | 1 | Unchanged | Yes | |
| 01/22/2024 22:40:07 | Happel, Matthew | Initial Rhythm | | | 1 | Unchanged | Yes | Import Event 'Leads On' |

**Medical Devices**

| Date/Time of Event (per Medical Device) | Medical Device Event Type | Medical Device Name |
|------------------------------------------|---------------------------|---------------------|
| 22:38:39 | Power On | LP-3237 (40987461) |
| 22:40:07 | ECG-Monitor | LP-3237 (40987461) |

**Assessment**

**Assessment**

| Time |
|------|
| 01/22/2024 22:35:45 |

**Assessment Summary**

01/22/2024 22:35:45

**Detailed Findings**

| Location | Description | Details |
|----------|-------------|---------|
| Eye Bilateral: Left: Right: | Reactive Reactive Reactive | |
| Shoulder | | |
| Abdomen | | |
| Upper Leg Leg-Upper-Left: | Puncture/Stab Wound Pain Tenderness Bleeding Controlled | |
| Knee | | |
| Lower Leg | | |
| Ankle | | |
| Upper Arm | | |
| Elbow | | |
| Forearm | | |

Date Printed: 01/23/2024 10:30          Item #: 01-A-4214-24



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

New Orleans EMS
Item #: 01-A-4214-24

| Wrist | | |
|---|---|---|
| **Hand** Hand-Palm-Left: | Puncture/Stab Wound Pain Bleeding Controlled | |
| **Back/Spine** | | |
| **Lung** | | |
| **Chest** | | |

**Normal Findings**

Skin; Mental Status; Neurological; Head; Face; Eye (); Neck; Shoulder (Shoulder-Left, Shoulder-Right); Abdomen (Generalized, Left Lower Quadrant, Left Upper Quadrant, Periumbilical, Right Lower Quadrant, Right Upper Quadrant, Epigastric); Upper Leg (Leg-Upper-Left, Leg-Upper-Right); Knee (Knee-Left, Knee-Right); Lower Leg (Leg-Lower-Left, Leg-Lower-Right); Ankle (Ankle-Left, Ankle-Right); Upper Arm (Arm-Upper-Left, Arm-Upper-Right); Elbow (Elbow-Left, Elbow-Right); Forearm (Forearm-Left, Forearm-Right); Wrist (Wrist-Left, Wrist-Right); Hand (Finger-2nd (Index)-Left, Finger-2nd (Index)-Right, Finger-3rd (Middle)-Left, Finger-3rd (Middle)-Right, Finger-4th (Ring)-Left, Finger-4th (Ring)-Right, Finger-5th (Smallest)-Left, Finger-5th (Smallest)-Right, Hand-Dorsal-Left, Hand-Dorsal-Right, Hand-Palm-Right, Thumb-Left, Thumb-Right); Back/Spine (Back-General, Cervical-Left, Cervical-Midline, Cervical-Right, Lumbar-Left, Lumbar-Midline, Lumbar-Right, Sacral-Left, Sacral-Midline, Sacral-Right, Thoracic-Left, Thoracic-Midline, Thoracic-Right); Lung (Left, Right, Bilateral); Chest (Left - Anterior, Left - Posterior, Right - Anterior, General - Anterior, General - Posterior, Left - Side, Right - Side);

**Not Done**

Heart; Pelvis; Hip (Hip-Left, Hip-Right); Foot (Foot-Dorsal-Left, Foot-Dorsal-Right, Foot-Plantar-Left, Foot-Plantar-Right, Toe-1st (Big)-Left, Toe-1st (Big)-Right, Toe-2nd-Left, Toe-2nd-Right, Toe-3rd-Left, Toe-3rd-Right, Toe-4th-Left, Toe-4th-Right, Toe-5th (Smallest)-Left, Toe-5th (Smallest)-Right);

**Trauma Assessment**

| | | | |
|---|---|---|---|
| **Cause of Injury:** | Contact with dog | **Trauma Center Criteria:** | Penetrating injuries to head, neck, torso, and extremities proximal to elbow or knee |

**Timeline**

| Timeline: Time | Type | Details | Crew Member |
|---|---|---|---|
| 01/22/2024 21:58:34 | PSAP Call | | |
| 01/22/2024 21:58:34 | Dispatch Notified | | |
| 01/22/2024 22:23:19 | Unit Notified by Dispatch | | |
| 01/22/2024 22:23:55 | Unit En Route | | |
| 01/22/2024 22:26:06 | Wound Care - General | Size: 5x9, kling No. of Attempts: 1 Response: Unchanged Success: Yes | Frazier, Joseph |
| 01/22/2024 22:32:06 | Unit Arrived on Scene | | |
| 01/22/2024 22:33:45 | Arrived at Patient | | Happel, Matthew |
| 01/22/2024 22:35:45 | Exam | | Happel, Matthew |
| 01/22/2024 22:38:39 | Med Device | | Happel, Matthew |
| 01/22/2024 22:38:45 | IV, Extremity | Size: 20 No. of Attempts: 1 Response: Unchanged Success: Yes | Happel, Matthew |
| 01/22/2024 22:38:45 | Normal saline | Dosage: 10 Milliliters (ml) Route: Intravenous (IV) Response: Unchanged PTA: No | Happel, Matthew |

Date Printed: 01/23/2024 10:30                     Item #: 01-A-4214-24

LCMC Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Documents (continued)

New Orleans EMS
Item #:  01-A-4214-24

| | | |
|---|---|---|
| 01/22/2024 22:40:07 | Med Device | Happel, Matthew |
| 01/22/2024 22:40:07 | Initial Rhythm | Happel, Matthew |

No. of Attempts: 1 Response:
Unchanged Success: Yes Comment:
Import Event 'Leads On'

01/22/2024 22:40:50  Vitals                     Happel, Matthew

BP: 147/96 Method of BP: Automated
NIBP Limb: Right Arm Pulse: 87 Pulse
Rate Method: Cardiac Monitor Cardiac
Rhythm: Sinus Rhythm Resp: 18
Effort: Normal SPO2: 98 SPO2 Qual:
Room Air GCS Eye: Opens Eyes
spontaneously GCS Verbal: Oriented
[Coos, Babbles] GCS Motor: Obeys
commands [Spontaneous movements]
GCS Total: 15 Pain: 7 Mean Arterial
Pressure: 113 Pain Scale Type:
Numeric (0-10) RTS: 12 Patient
Position: Semi-Fowlers

| | | |
|---|---|---|
| 01/22/2024 22:41:45 | Unit Left Scene | |
| 01/22/2024 22:45:38 | Vitals | Happel, Matthew |

BP: 135/97 Method of BP: Automated
NIBP Limb: Right Arm Pulse: 91 Pulse
Rate Method: Cardiac Monitor Cardiac
Rhythm: Sinus Rhythm Resp: 18
Effort: Normal SPO2: 99 SPO2 Qual:
Room Air GCS Eye: Opens Eyes
spontaneously GCS Verbal: Oriented
[Coos, Babbles] GCS Motor: Obeys
commands [Spontaneous movements]
GCS Total: 15 Pain: 7 Mean Arterial
Pressure: 109 Pain Scale Type:
Numeric (0-10) RTS: 12 Patient
Position: Semi-Fowlers

01/22/2024 22:50:16  Signature

Type: Patient Reason: HIPAA
Acknowledgement/ Billing Release;
Patient Belongings (Receipt) Status:
Signed Name: Boyd, Winston

01/22/2024 22:50:33  Vitals                     Happel, Matthew

BP: 140/104 Method of BP: Automated
NIBP Limb: Right Arm Pulse: 96 Pulse
Rate Method: Cardiac Monitor Cardiac
Rhythm: Sinus Rhythm Resp: 18
Effort: Normal SPO2: 99 SPO2 Qual:
Room Air GCS Eye: Opens Eyes
spontaneously GCS Verbal: Oriented
[Coos, Babbles] GCS Motor: Obeys
commands [Spontaneous movements]
GCS Total: 15 Pain: 7 Mean Arterial
Pressure: 116 Pain Scale Type:
Numeric (0-10) RTS: 12 Patient
Position: Semi-Fowlers

| | | |
|---|---|---|
| 01/22/2024 22:51:04 | Patient Arrived at Destination | |
| 01/22/2024 23:03:34 | Signature | Mahesh, Abhinav |

Type: EMS Crew Member Completing
Report Reason: Member Completing
Report Status: Signed Name: Mahesh,
Abhinav

01/22/2024 23:21:15  Signature

Type: Nurse Reason: Transfer of
Patient Care Status: Signed Name:
Schiavi, Frank

| | |
|---|---|
| 01/22/2024 23:27:00 | Destination Patient Transfer of Care |
| 01/22/2024 23:35:00 | Unit Back in Service |
| --:-- | External Record Number |

Stroke

Last Seen Normal: Unable to
Complete

Insurance Information

### Insurance

| Company Name | Company City | Company State | Insurance Policy # | Relationship |
|---|---|---|---|---|
| Not Known | | | | |

Narrative

Date Printed:  01/23/2024 10:30          Item #:  01-A-4214-24



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
████████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Documents (continued)

New Orleans EMS
Item #: 01-A-4214-24
Narrative: A3258 d/p on a response, backing up 6215 for the dog bite. U/a found pt seated in a chair, ca+ox4, PWD, stating c/o 6/10 pain to his L thigh. Pt states that he was relaxing in his garage smoking a cigar, dozing off, when he was bitten by an NOPD dog. Pt states that he suffered bites to his L thigh and a wound to his L hand, denying any further c/o pain or discomfort. 6215 reports that the pt has penetrating injuries to his L thigh, noting one of the puncture wounds to have a small amount of adipose tissue hanging out. 6215 applied a bandage. Pt to be transported to the UMC ED as a Trauma Activation due to penetrating trauma proximal to the knee. Noted all bleeding to be controlled at this time. Pt transferred to stretcher via assisted stand and pivot, secured full straps and rails. Pt placed on the monitor noting NSR w/no ectopy. Further vitals obtained as noted w/meds, hx, and allergies. IV initiated 20G L hand. En route pt monitored as noted and Trauma Activation called into receiving facility, requesting they meet EMS at the door. Pt transported w/o complication. U/a provided facility staff w/report and facility staff deactivated at the door. Pt transferred into bed in EMS via side by side transfer, into the care of facility staff. Cleared, in service. MJH.



**AMA/Refusal**

| Is the patient 18 YEARS OF AGE or emancipated: | Yes |
| --- | --- |

**Patient Transport/Positioning**

| | |
| --- | --- |
| EMS Transport Method: | Ambulance |
| Patient Moved to Ambulance: | Stretcher |
| Patient's Position in Transport: | Semi-Fowlers |
| Patient Moved From Ambulance: | Stretcher |

**Disposition**

| | | | |
| --- | --- | --- | --- |
| Item Number: | 01-A-4214-24 | Call Sign: A3258 | Veh #: A3258 | Type of Service Requested: 911 Response |
| Item Disposition: | Patient Transported | | Destination: University Medical Center | Bed #: Bed in EMS triage |
| Unit Disposition: | Patient Contact Made | Patient Evaluation/Care: Patient Evaluated and Care Provided | Crew Disposition: Initiated and Continued Primary Care | Transport Disposition: Transport by This EMS Unit |
| Transport Priority: | Code 2 | Number of Patients Transported in this Unit: 1 | Final Patient Acuity: Emergent | Alerts: Trauma Activation |
| | | Level of Care Provided per Protocol: ALS - Paramedic | Reason for Choosing Destination: Patient's Choice | Hospital Capability: General ER Services |
| | | PACT Airway Study Candidate: No | | |

**Misc**

| | |
| --- | --- |
| Bariatric Fee: | No |
| Wall Time: | None |



**CAD Information**

| | | | |
| --- | --- | --- | --- |
| Item Number: | 01-A-4214-24 | Call Type: Traumatic Injury | |
| Response: | 911 Response | Resp. Mode: Code 2 | |
| Location: | Residence | First EMS Unit on Scene: Yes | Number of Patients at Scene: Single |
| Incident Address: | 3030 HAMILTON ST NEW ORLEANS, LA 70118 | | Mass Casualty Incident: No |
| EMD Card Number: | 30A01 | | |
| PCR Number: | 744f4fa2efbc 4fe09b3fc81 5f17d5418 | | |

Date Printed: 01/23/2024 10:30                    Item #: 01-A-4214-24



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
███████████████, Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

## Documents (continued)

New Orleans EMS
Item #: 01-A-4214-24

**Unit Personnel**

**Personnel**

| Crew Member | Level of Certification | Role |
|---|---|---|
| Frazier, Joseph | Paramedic | Supervisor |
| Police Department, New-Orleans | Other Non-Healthcare Professional | Secondary Patient Caregiver |
| Happel, Matthew | Paramedic | Primary Patient Caregiver |
| Mahesh, Abhinav | AEMT | Secondary Patient Caregiver |

**Response Times and Mileage**

| | | | |
|---|---|---|---|
| PSAP: | 01/22/2024 21:58:34 | Type of Response Delay: | None/No Delay |
| Disp. Notified: | 01/22/2024 21:58:34 | | |
| Unit Disp.: | 01/22/2024 22:23:19 | Type of Scene Delay: | None/No Delay |
| Enroute: | 01/22/2024 22:23:55 | | |
| At Scene: | 01/22/2024 22:32:06 | Type of Transport Delay: | None/No Delay |
| At Patient: | 01/22/2024 22:33:45 | | |
| Depart: | 01/22/2024 22:41:45 | Type of Turn-Around Delay: | ED Overcrowding / Transfer of Care |
| Arrive Dest.: | 01/22/2024 22:51:04 | | |
| ED Registration : | 01/22/2024 23:16:02 | En Route Odom: | 40.7 |
| Stretcher Clear: | 01/22/2024 23:27:00 | Scene Odom: | 44.8 |
| Available: | 01/22/2024 23:35:00 | Dest. Odom: | 48.3 |
| | | Loaded Mileage: | 3.5 |

**Signatures**

**Type of Person Signing:** Patient

**Signature Reason:** HIPAA Acknowledgement/ Billing Release; Patient Belongings (Receipt)

**Paragraph Text:**
I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers or any other government agency or insurance carrier responsible for payment any information needed for this related Medicare or other claim, now, in the future or in the past. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits to the service provider.

City of New Orleans

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.

This Notice of Privacy Practices ("Notice") describes the legal duties of City of New Orleans ("Provider," "we," "us," or "our") and your legal rights regarding your protected health information ("PHI") in accordance with the Health Insurance Portability and Accountability Act of 1996, as amended ("HIPAA").

Provider Responsibilities. The Provider is required by law to:
• Maintain the privacy of your PHI;
• Provide you with certain rights with respect to your PHI;
• Provide you with a copy of this Notice of our legal duties and privacy practices with respect to your PHI; and
• Follow the terms of the Notice that is currently in effect.

Uses and Disclosures of PHI. The Provider may use or disclose PHI for the purposes of treatment, payment, and health care operations without your written permission, in most cases. Examples of our use or disclosure of your PHI include the following:

For Treatment. This includes such things as obtaining verbal and written information about your medical condition and treatment from you, as well as from others, such as doctors and nurses who give orders to allow us to provide treatment to you. We may give your PHI to other health care providers involved in your treatment, and may transfer your PHI via radio or telephone to the hospital or dispatch center.

For Payment. This includes any activities we must undertake in order to get reimbursed for the services we provide to you, including such things as

Date Printed:  01/23/2024 10:30          Item #:  01-A-4214-24



UNIVERSITY MEDICAL CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce
Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

New Orleans EMS
    Item#: 01-A-4214-24
submitting bills to insurance companies, making medical necessity determinations, and collecting outstanding accounts.

For Health Care Operations. This includes quality assurance activities, licensing, and training programs to ensure that our personnel meet our standards of care and follow established policies and procedures, as well as certain other management functions. Reminders for Scheduled Transports and Information on Other Services. We may also contact you to provide you with a reminder of any scheduled appointments for non-emergency ambulance and medical transportation, or to provide information about other services we provide.

Use and Disclosure of PHI Without Your Authorization. The Provider is permitted to use or disclose PHI without your written authorization, or opportunity to object, in certain situations, and unless prohibited by a more stringent state law, including:
• For the treatment, payment, or health care operations activities of another health care provider who treats you;
• For health care and legal compliance activities;
• To business associates that perform various functions on our behalf or to provide certain types of services;
• To a family member, other relative, close personal friend, or other individual involved in your care if we obtain your verbal agreement to do so or if we give you an opportunity to object to such a disclosure and you do not raise an objection, and in certain other circumstances where we are unable to obtain your agreement and believe the disclosure is in your best interests;
• To a public health authority in certain situations, as required by law (such as to report abuse, neglect, or domestic violence);
• For health oversight activities, including audits or government investigations, inspections, disciplinary proceedings, and other administrative or judicial actions undertaken by the government (or its contractors) by law to oversee the health care system;
• For judicial and administrative proceedings, as required by a court or administrative order, or in some cases in response to a subpoena or other legal process;
• For law enforcement activities in limited situations, such as when responding to a warrant;
• For military, national defense and security, and other special government functions;
• To avert a serious threat to the health and safety of a person or the public at large;
• For workers' compensation purposes, and in compliance with workers' compensation laws;
• To coroners, medical examiners, and funeral directors for identifying a deceased person, determining cause of death, or as necessary to carry out their duties, as authorized by law;
• If you are an organ donor, to an organization that handles organ procurement or organ, eye, or tissue transplantation, or to an organ donation bank, as necessary to facilitate organ donation and transplantation;
• For research projects, but this will be subject to strict oversight and approvals; and
• In a manner that does not personally identify you or reveal who you are.

Use and Disclosure of PHI With Your Authorization. Other uses or disclosures of your PHI not described above will only be made with your written authorization. For example, in general and subject to specific conditions, we will not use or disclose your psychiatric notes; we will not use or disclose your PHI for marketing; and we will not sell your PHI, unless you give us a written authorization. You may revoke written authorizations at any time, so long as the revocation is in writing. Once we receive your written revocation, it will only be effective for future uses and disclosures. It will not be effective for any PHI that may have been used or disclosed in reliance upon the written authorization and prior to receiving your written revocation. Patient Rights. As a patient, you have a number of rights with respect to your PHI, including:

The Right to Access, Copy, or Inspect Your PHI. You have the right to inspect and copy certain types of your PHI. We will generally provide you with access to this PHI within 30 days of your request. If the PHI you request is maintained electronically, and you request an electronic copy, we will provide a copy in the electronic format you request if the PHI can be readily produced in that format. If the PHI cannot be readily produced in that format, we will work with you to come to an agreement on format. If we cannot agree on an electronic format, we will provide you with a paper copy. To inspect and copy your PHI, please contact our Privacy Officer (as set forth below). If you request a copy of the PHI, we may charge a reasonable fee for you to copy any PHI that you have the right to access. We may deny your request to inspect and copy your PHI in certain limited circumstances. If you are denied access to your PHI, we will provide a written denial, and you may request that the denial be reviewed by submitting a written request to our Privacy Officer.

The Right to Receive Confidential Communications. You have the right to request that we communicate with you about medical matters in a certain way or at a certain location. For example, you can ask that we only contact you at work or by mail. To request confidential communications, please contact our Privacy Officer. Your request must specify how or where you wish to be contacted. We will accommodate all reasonable requests.

The Right to Amend Your PHI. You have the right to ask us to amend PHI that we may have about you. We will generally amend your PHI within 60 days of your request and will notify you when we have amended the PHI. We are permitted by law to deny your request to amend your PHI only in certain circumstances, like when we believe the PHI you have asked us to amend is correct. If you wish to request that we amend the PHI that we have about you, please contact our Privacy Officer.

The Right to Request an Accounting. You may request an accounting from us of certain disclosures of your PHI that we have made in the six years prior to the date of your request. We are not required to give you an accounting of uses or disclosures for purposes of treatment, payment, or health care operations, or when we share your PHI with our business associates, such as our billing company or a medical facility from/to which we have transported you. We are also not required to give you an accounting of our uses and disclosures of PHI for which you have given us written authorization. If you wish to request an accounting, please contact our Privacy Officer.

The Right to Request that We Restrict the Uses and Disclosures of Your PHI. You have the right to request that we restrict how we use and disclose your PHI. Except as provided below, the Provider is not required to agree to any restrictions you request. However, any restrictions agreed to by the Provider in writing are binding on the Provider. We will comply with any restriction request if (1) except as otherwise required by law, the disclosure is to a health plan for purposes of carrying out payment or health care operations (and is not for purposes of carrying out treatment), and (2) the PHI pertains solely to a health care item or service for which the health care provider involved has been paid in full by you or another person. To request restrictions, please contact our Privacy Officer.

The Right to Be Notified of a Breach. You have the right to be notified in the event that we (or a business associate) discover a breach of unsecured PHI.

Other Applicable Laws. HIPAA generally does not preempt other laws that give individuals greater privacy protections. Therefore, if any state or federal privacy law requires us to provide you with more privacy protections, then we will also follow that law in addition to HIPAA.

Internet, Electronic Mail, and the Right to Obtain Copy of Paper Notice on Request. If we maintain a web site, we will prominently post a copy of this Notice on our web site. If you allow us, we will forward you this Notice by electronic mail instead of on paper and you may always request a paper copy of the Notice.

Revisions to the Notice. The Provider reserves the right to change the terms of this Notice at any time, and the changes will be effective

    Date Printed: 01/23/2024 10:30          Item #: 01-A-4214-24



UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

███████████ , Sex: M
Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

New Orleans EMS

**Item #:** 01-A-4214-24

immediately and will apply to all PHI that we maintain. Any material changes to the Notice will be promptly posted in our facilities and posted to our web site, if we maintain one. You can get a copy of the latest version of this Notice by contacting our Privacy Officer.

**Your Legal Rights and Complaints.** You also have the right to complain to us or to the Secretary of the United States Department of Health and Human Services ("Secretary") if you believe your privacy rights have been violated. You will not be retaliated against in any way for filing a complaint with us or the Secretary. To file a complaint with the Provider, or if you have any questions or comments regarding this Notice, please contact our Privacy Officer. Please note that all complaints filed with the Provider must be submitted in writing.

**Privacy Officer Contact Information:**
Privacy Officer
New Orleans Emergency Medical Services
2929 Earhart Blvd.
New Orleans, LA 70125
Phone: 504-658-2929
Fax: 504-658-2739

**Effective Date of the Notice:** January 6, 2016

By signing below, I agree that I am in possession of all belongings that I brought with me to the Emergency Department.

**Status:** Signed

**Signature Graphic:**

**Printed Name:** Winston  Boyd

**Signature Date:** 01/22/2024 22:50:16

**Type of Person Signing:** EMS Crew Member Completing Report

**Signature Reason:** Member Completing Report

**Paragraph Text:** I acknowledge that I have provided the above assessments/treatments for this patient.

**Status:** Signed

**Signature Graphic:**

**Printed Name:** Abhinav  Mahesh

**Signature Date:** 01/22/2024 23:03:34

**Type of Person Signing:** Nurse

**Signature Reason:** Transfer of Patient Care

**Paragraph Text:** I acknowledge that the above patient was transferred to my care.

**Status:** Signed

**Signature Graphic:**

**Date Printed:** 01/23/2024 10:30                **Item #:** 01-A-4214-24

**LCMC** Health

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

Documents (continued)



New Orleans EMS
Item #:  01-A-4214-24

Printed Name: Frank  Schiavi
Signature Date: 01/22/2024 23:21:15

Time: 01/22/2024 22:38:39
File Name: Physio_20240122223839.png

Time: 01/22/2024 22:40:07
File Name: Physio_20240122224007.png

Date Printed:  01/23/2024 10:30          Item #:  01-A-4214-24

**LCMC Health**

UNIVERSITY MEDICAL
CENTER - NO
2000 Canal St
New Orleans LA 70112-3018

Boyd, Winston Bruce

Sex: M

Adm: 1/22/2024, D/C: 1/23/2024

**01/22/2024 - ED in UMCNO EMERGENCY DEPT (continued)**

**Documents (continued)**

New Orleans EMS
Item #: 01-A-4214-24
Time: 01/22/2024 22:40:50
File Name: Physio_20240122224050.png



Time: 01/22/2024 22:45:38
File Name: Physio_20240122224538.png



Time: 01/22/2024 22:50:33
File Name: Physio_20240122225033.png



Date Printed: 01/23/2024 10:30        Item #: 01-A-4214-24